Redacted
Exhibit C

SIMO Holdings Inc.

v.

Hong Kong uCloudlink Network Technology Limited, and
uCloudlink America, Ltd.

Case No. 18-cv-5427 JSR

Expert Rebuttal Report of John L. Hansen

TM Financial Forensics, LLC
February 1, 2019

John L. Hansen

CONFIDENTIAL INFORMATION
GOVERNED BY PROTECTIVE ORDER