# Redacted Exhibit K



# CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of Rongrong Zeng, Volume 2

**Date:** November 9, 2018
**Case:** SIMO -v- uCloudlink

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2              I, JADE K. KING, Accredited Shorthand
 3     Reporter, the officer before whom the foregoing
 4     deposition was taken, do hereby certify that the
 5     foregoing transcript is a true and correct record of
 6     the testimony given; that said testimony was taken
 7     by me stenographically and thereafter reduced to
 8     typewriting under my supervision; that reading and
 9     signing was not requested; and that I am neither
10     counsel for or related to, nor employed by any of
11     the parties to this case and have no interest,
12     financial or otherwise, in its outcome.
13              IN WITNESS WHEREOF, I have hereunto set my
14     hand this 9th day of November 2018.
15         
16     _____
17     Jade K. King
18
19
20
21
22
23
24
25
```