# Exhibit S



Homepage    CloudSIM    Data    Coverage    Service    About    Purchase    Login

FAQs    User Manual    Safety Measures    Maintenance    Online Support

G2 instruction

U2 instruction

G3 instruction







Quick Start Guide

1 Download GlocalMe APP
⦿ Scan the QR-Code for downloading

SIMO_0238323



## 2 Register a GlocalMe Account (in APP)

- Press [Login] → [Register]
- Follow the step to register an account
  (You can register by email or mobile number)



## 3 Turn on U2

- Press and hold the power button for 3 second
- When the light of 📶 stays on, it means successful connection.





## 4 Activate U2

- Open GlocalMe APP
- Press [My Device] → [Activate Device]
- Scan the device QR-code on the back of U2 (or inside)
- Re-start your U2 after activation success



## 5 Connect the Wi-Fi

- Find the Wi-Fi name and password at the back of U2 (or inside)
- Connect your mobile device in Wi-Fi setting



## U2 Light Indicator:



## 1 Battery Check

Press Power button once for checking the battery level



SIMO_0238326



| CloudSIM Gadget | Data Package | Coverage | Service | About | Language | 24/7 CS & Technical Support |
|---|---|---|---|---|---|---|
| Glocalme G3 | | | Privacy Policy | GlocalMe | 简体中文 | Email : service@ucloudlink.com |
| Glocalme U2 | | | Enterprise Solutions | Newsroom | 繁體中文 | Hotline : +852 8191-2660 |
| WorldPhone | | | FAQs | Cooperation | English | Skype ID : uCloudlink Hong Kong |
| | | | User Manual | Contact us | | |
| | | | Safety Notice | | | |
| | | | Maintenance | | | |
| | | | Live Support | | | |
| | | | Download APP | | | |

Copyright©2017 GlocalMe | uCloudlink Co., Ltd                                                                  UNITED STATES

SIMO_0238327