# Redacted Exhibit EE



City of New York, State of New York, County of New York

I, Wendy Poon, hereby certify that the document "UCLOUDLINK0318694 - UCLOUDLINK0318701" is to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Wendy Poon

Sworn to before me this
December 17, 2018

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE