# Exhibit UU



SIMO_0263752