# Exhibit L

# Oxford English Dictionary | The definitive record of the English language

# and, *conj.1*, *adv.*, and *n.1*

**Pronunciation:** Brit. /and/, /(ə)n(d)/, U.S. /æn(d)/, /(ə)n(d)/

**Forms:**

α. OE–ME **ond**, OE– **and**, eME **ad** (*transmission error*), eME **anð** (*rare*), ME **ande**, ME **ant**, lME **yand**; *Scottish* pre-17 **andd**, pre-17 **ande**, pre-17 17– **and**, pre-17 **ond**.

β. eOE **aend**, OE–eME **ænd**, OE–eME 16 **end**, lOE **ænde**, eME **ent**.

Frequently represented by the abbreviations 7 (in Old English and Middle English), **&**, **+**. See also AN *conj.* and *n.*In this dictionary the Old and Middle English Tironian note 7 is usually printed as **&**.

**Frequency (in current use):**

**Origin:** A word inherited from Germanic.

**Etymology:** Cognate with Old Frisian *ande*, *and*, *an*, *end*, *en* (West Frisian *en*), Old Dutch *ende*, *inde*, *en*, *in* (Middle Dutch *end*, *ende*, *inde*, *en*, etc., Dutch *en*, †*ende*), Old Saxon *anda*, *ande*, *ende*, *endi*, *en* (Middle Low German *unde*, (rare) *ende*, German regional (Low German) *un*), Old High German *anti*, *endi*, *enti*, *indi*, *inti*, *unde*, *unti*, etc. (Middle High German *unde*, *und*, *unt*, German *und*), and also Old Icelandic *en*, *enn*, Old Danish *æn* (Danish *end*), both in sense 'but', further etymology and semantic development uncertain and disputed (see note). The β. forms show i-mutation, as do parallel forms with initial *e* or *i* in the other Germanic languages. The variation in several Germanic languages between forms with initial *a*, *e*, and *i* on the one hand and forms with initial *u* on the other is probably due to the coexistence of distinct ablaut variants from early times, rather than (as has sometimes been suggested) to reduction of the initial vowel in unstressed position.

The form *ant* occurs in a gloss to a scribble in a 9th-cent. continental manuscript, but probably reflects no more than unfamiliarity with Old English on the part of the scribe (see N. R. Ker *Catal. MSS containing Anglo-Saxon* (1990) Suppl. Apparently no. 40).

The form *yand* shows development of an initial *j* -glide.

Many senses of the English conjunction are paralleled in other West Germanic languages. In North Germanic languages the usual word for 'and' is a cognate of EKE *adv.*

The ulterior etymology of the word as well as its precise semantic development are uncertain. Most scholars appear to agree with the view expressed in *N.E.D.* (1884) that 'from the idea of opposition, juxtaposition, or antithesis, the word was used in the Germanic languages to express the mutual relation of notions and propositions', and assume a development from an adverb or a preposition with originally locative sense to a conjunction, comparing the following prepositions and adverbs in other Indo-European languages: ancient Greek *ἀντί* (see ANTI- *prefix*), classical Latin *ante* (see ANTE- *prefix*), Sanskrit *anti* (adverb) near. In this case, the conjunction would derive ultimately < the same Indo-European base as END *n.* However, there seems to be no general agreement as to whether the abovementioned words are in fact cognates of the Germanic word, and if no secure cognates are attested outside Germanic, statements about the semantic development of the word within Germanic risk circularity. Some scholars have considered Tocharian B *entwe* 'then, thereupon' a cognate, and on this basis suggested a derivation of the Germanic conjunction < the Indo-European base of IN *prep.* (with additional suffix); however, this is very doubtful, as the Tocharian B word is only securely related to Tocharian A *antuṣ* in same sense, but the further etymology of both Tocharian words is uncertain and disputed. For a detailed discussion of the semantic development of the word in West Germanic, see further R. Lühr in *Münchner Studien zur Sprachwissensch.* **38** (1979) 117–54, who agrees with the majority view on both the ulterior etymology of the word and its semantic development.

With numerals of the type *one and twenty* (see sense A. 1b) compare this type of composition in other Germanic languages, e.g. Old High German *fiarzug inti sehso* forty-six, Middle High German *einz und drīzic* thirty-one, German *einundzwanzig* twenty-one, Old Icelandic *einn ok tuttugu* (also *tuttugu ok einn* ) twenty-one, etc.

In sense A. 4 perhaps after classical Latin *et..et..*, Anglo-Norman and Old French *e..e..*, Old French, Middle French, French *et..et..* (end of the 11th cent.).

With sense A. 6a compare French *il y a..et..* in the same sense (1667 or earlier, especially in *il y a fagots et fagots* 'there are bundles and bundles' ( 'Molière' *Le médecin malgré lui* (1667) I. v)); although the use by Molière has sometimes been considered the model of the English one, this could only be true of later uses, given the considerably earlier attestation of this sense in English. Compare also post-classical Latin *ribaldi sunt et ribaldi* 'there are ribalds and ribalds' (in an undated source in Du Cange) (see RIBALD *n.* for the meanings of this word, which are perhaps being played on here).

In later uses in Irish English and Scots in sense A. 9b apparently influenced by similar constructions with Irish *agus* (or Scottish Gaelic *agus* ) followed by the subject and (where a verb is required) a verbal noun rather than a finite verb.

Normative usage guides have frequently criticized the use of *and* at the beginning of a sentence (seen especially in sense A. 11a), as well as supposedly over-frequent use of the conjunction in general.

Branch A. II. (the conditional use) probably represents a native semantic development from the use as coordinating conjunction, although the details are unclear. Scandinavian influence has sometimes been suggested, but is unlikely: although similar uses in the senses 'if' and 'even if' are attested for Old Icelandic *enda* 'and indeed, and moreover, and yet, although, if, even if' (probably < the Germanic base of AND *conj.¹*, *adv.*, and *n.¹* + the Germanic base of THOUGH *adv.*, *conj.*, and *n.*) as well as for the cognate Old Icelandic *en* , *enn* , early quots. for the conditional use do not come from areas with close contact between English and Scandinavian languages. Middle High German *unde* , *unt* has also been compared to the English conditional use, but although it does occur introducing conditional clauses, its precise meaning and function in such instances are hard to pin down, so much so that it has been suggested that it may lack any tangible lexical meaning and merely serve to emphasize the beginning of a subordinate clause (see H. Paul et al. *Mittelhochdeutsche Grammatik* (ed. 24, 1998) §445). In later use, the conditional use is usually treated as a distinct word and spelt *an* (see AN *conj.* and discussion at that entry).

The conditional use is not securely attested before the late 13th cent. *Dict. Old Eng.* (at cited word, sense B.1) records a handful of possible earlier examples, all of which may arguably be better interpreted either as examples of the simple sense 'and' or as scribal errors; compare the following (and see further *Dict. Old Eng.*):

OE    tr. Bede *Eccl. Hist.* (Corpus Cambr.) v. ix. 408    Wæron eac ða gyt oðre folc manig in ðam ylcum dælum hæðenum þeawum þeowigende, to ðam se foræspre[ce]na Cristes cempa ymbliþendra Brytene utan cuman wolde, & [eOE *Tanner* gif, OE *Otho* gif, OE *Cambr. Univ. Libr.* gif] wen wære [L. *siquos forte*] þæt he þær hwylce mihte deofle oðgripan & to Criste gecyrran.

OE    ÆLFRIC *Homily* (Corpus Cambr. 188) in B. Assmann *Angelsächsische Homilien u. Heiligenleben* (1889) 40    Swa is eac on lichaman se læssa man betere, swa swa Zacheus wæs, mid gesundfulnysse, þonne se unhala beo and hæbbe on his wæstme Golian mycelnysse, þæs gramlican entes.

lOE    *Anglo-Saxon Chron.* (Laud) (Peterborough interpolation) anno 675    Ic wille & tyðe þet hwilc man swa haued behaten to faren to Rome and he ne muge hit forðian, ouðer for untrumnisse..ouðer for hwilces cinnes oðer neod he ne muge þær cumon,..cume to þet mynstre on Medeshamstede & haue þet ilce forgiuenesse of Criste & Sancte Peter & of þone abbot & of þone muneca þet he scolde hauen gif he to Rome fore.

a1225  ( ▸ *?*OE)    *MS Lamb.* in R. Morris *Old Eng. Homilies* (1868) 1st Ser. 23    And þah an castel beo wel bemoned mid monne and mid wepne, and [*perh. understand* þeh] þer beo analpi holh þat an mon mei crepan in, Nis hit al unnet?

In use as adverb (sense B.) after classical Latin *et* in similar use.

The existence of a prepositional use of Old English *and* , *ond* with the dative, posited by 19th-cent. scholars and exemplified by *N.E.D.* (1884), is no longer accepted. Presumed senses were given by *N.E.D.* as 'before, in presence of' and 'by the side of, besides, along with, in addition to'. However, the examples cited are better interpreted as instances of a reverse spelling of 7 (the Tironian note) for *on* ON *prep.* (compare use of *on* for *ond* : see AN *conj.*), or, in the case of the examples from *Menologium*, as instances of the conjunction in simple connective use following a preposition governing the dative (see further *Dict. Old Eng.* (at cited word, sense E) and B. Mitchell *Old Eng. Syntax* (1985) §§571, 1739):

eOE  KING ÆLFRED tr. Gregory *Pastoral Care* (Hatton) (1871) xxxviii. 277  Hit bið todæled & [eOE *Junius* on] to monigfealda spræca.

eOE  KING ÆLFRED tr. Boethius *De Consol. Philos*. (Otho) xxix. 67  Hwylc is wirsa wol oððe ænegum men mare daru þonne [he] hæbbe on his geferrædenne & on h[i]s neaweste feond & [*read* on] freondes anlicnesse [L. *familiaris inimicus*]?

OE  *Genesis A* (1931) 13  Hæfdon gleam & dream, & [*read* on] heora ordfruman, engla þreatas, beorhte blisse.

OE  *Menologium* 188  Swylce wigena tiid ymb twentig þæs twegra healdað and fif [*read* seofon] nihtum samod ætgædere on anne dæg.

OE  *Menologium* 211  Þænne embe eahta niht and feowerum þætte fan gode besenctun on sægrund sigefæstne wer.

However, such a prepositional use is attested in several other Germanic languages; compare Old Frisian *and* , *ande* , *anda* , *end* , *ende* in, Old Saxon *ant* until, Gothic *and* along, through, over (in an isolated attestation); see also AND- *prefix* and compare discussion at that entry.

**A.** *conj.*[1]
**I.** Coordinating. Introducing a word, phrase, clause, or sentence, which is to be taken side by side with, along with, or in addition to, that which precedes it.
\* Connecting words.
**1.**

**a.** Simply connective.

> *and all*: see ALL *adj.*, *pron.*, *n.*, *adv.*, and *conj.* Phrases 15.
> 
> When two noun phrases connected by *and* form the sentence subject, the verb is normally plural (in Old English, if the verb preceded such a compound subject it could be singular); but cf. sense A. 1d.

eOE (Northumbrian)  CÆDMON *Hymn* (Cambr. Kk.5.16) 2  Nu scylun hergan hefaenricaes uard, metudæs maecti end his modgidanc.

eOE  *Anglo-Saxon Chron.* (Parker) anno 871  Þæs ymb XIIII niht gefeaht Eþered cyning & Ælfred his broður wiþ þone here æt Basengum.

?a1160  *Anglo-Saxon Chron.* (Laud) (Peterborough contin.) anno 1137  Þa namen hi þa men þe hi wenden ðat ani god hefden..carlmen & wimmen.

c1275  (▸ ?a1200)  LAȝAMON *Brut* (Calig.) (1963) 3000  Sorwen & kare.

a1325  (▸ c1250)  *Gen. & Exod.* (1968) l. 485  Twin-wifing ant twin-manslagt Of his soule beð mikel hagt.

c1325  (▸ c1250)  *Prov. Hendyng* (Harl.) l. 15 in K. Böddeker *Altengl. Dichtungen* (1878) 288  Wyt ant wysdom lurneþ ȝerne.

a1425  (▸ a1382)  *Bible (*Wycliffite, E.V.*)* (Corpus Oxf.) (1850) Gen. i. 1  Heuene and erthe.

c1449  R. PECOCK *Repressor* III. v. 303  Mete and drinke, hous and clooth.

1486  *Bk. St. Albans* sig. ej  The Fox and the Martron, and the wilde Roo.

1509  S. HAWES *Pastime of Pleasure* (1928) xxx. 147  My herte and mynde she had so tane in cure.

1578  J. LYLY *Euphues* f. 52  A suruayour and ouerseer of his mannors.

1607  G. MARKHAM *First Pt. First Bk. Eng. Arcadia* 141  The great and dreadfull Goddesse of Fortune.

a1616  SHAKESPEARE *Comedy of Errors* (1623) v. i. 170  My Master and his man are both broke loose.

a1635  T. RANDOLPH *Muses Looking-glasse* IV. iv. 79 in *Poems* (1638)  I had rather..haue his twelve Godvathers, good men and true contemne him to the Gallowes.

1711  R. STEELE *Spectator* No. 2. ¶1  Both in Town and Country.

1769  B. FRANKLIN *Let.* 9 Jan. in W. B. Willcox *Papers of Benjamin Franklin* (1972) XVI. 16  The Virginians have apply'd to King, Lords, and Commons.

1846  G. GROTE *Hist. Greece* I. I. i. 62  The immortal food, nectar and ambrosia.

1859  TENNYSON *Elaine* in *Idylls of King* 209  The bond of man and wife.

1920  E. WHARTON *Age of Innocence* II. xxiv. 241  They lunched slowly and meditatively.

1958  J. SLIMMING *Temiar Jungle* ii. 25  'Greetings, Tuan!' His voice is quiet and gentle.

2005 C. Tudge *Secret Life Trees* xiv. 380 Animals that can move quickly and easily do not need to adapt genetically.

**b.** Used to connect the unit numbers with the tens when they precede (now *regional* and old-fashioned), but not when they follow, as *one and twenty,* 'twenty-one'; to connect (units or) tens to hundreds (or thousands), as *two hundred and one, three thousand and twenty-one, six thousand two hundred and fifty-six*; to connect fractions to wholes, as *four and a half, a pound and three quarters, an hour and twenty minutes,* also (in the British pre-decimal currency) with shillings and (fractions of) pence, as *three and sixpence* (colloquially *three and six*).

> *and* connecting units or tens to hundreds or thousands is frequently omitted colloquially in North American usage.

> *and* is not usually used with different denominations of weights and measures, as *two pound(s) ten shillings* (or *two pound ten*); *four pound(s), six ounces; five foot, six inches*; nor when expressing the time by placing the minutes after the hour, as *nine forty-eight* (48 minutes past nine).

OE (Northumbrian) *Lindisf. Gospels: John* xxi. 11 *Rete..plenam magnis piscibus centum quinquaginta tribus* : þæt nett..full mið miclum fiscum *uel* of miclum fiscum hunteantig & fiftig ðriim *uel* ðreo.

OE *Coronation of Edgar* (Parker) 18 And him Eadmundes eafora hæfde nigon and xx..wintra on worulde.

?a1160 *Anglo-Saxon Chron.* (Laud) (Peterborough contin.) anno 1137 xx wintre & half gær & viii dæis.

a1325 (▸c1250) *Gen. & Exod.* (1968) l. 657 xi hundred ger and fifti told, Or or he starf, noe was old.

▸ a1398 J. Trevisa tr. Bartholomaeus Anglicus *De Proprietatibus Rerum* (BL Add. 27944) (1975) II. xix. cxxix. 1381 Þe stadial feld conteyneþ sixe score paas and fyue, þat is sixe hundred foote and fyue and twenty. And eiȝte suche makeþ a myle.

a1425 (▸a1400) *Prick of Conscience* (Galba & Harl.) (1863) 4554 When þai haf liggen dede..Thre days and an half.

a1425 (▸a1382) *Bible (*Wycliffite, E.V.*)* (Corpus Oxf.) (1850) Gen. v. 20 Al the daies of Jared ben maad nyne hundrid ȝeer and two and sixti... Forsothe Enok lyued fyue and sixti ȝeer [1611 Nine hundred sixtie and two yeeres;—sixtie and fiue yeeres].

1535 *Bible (*Coverdale*)* Psalms xc. 10 The dayes of oure age are iij. score yeares & ten.

1673 J. Ray *Observ. Journey Low-countries* 3 We..at a League and halfs end came to a Lock.

1712 R. Steele *Spectator* No. 431. ¶2 I am now entering into my One and Twentieth year.

1787 J. Beattie *Scoticisms* 95 The twentieth and first verse of the hundredth fortieth and fifth psalm.

1839 Thackeray *Let.* 23–31 Dec. (1945) I. 405 We shall be obliged to pay one and eightpence as usual.

1893 T. R. R. Stebbing *Hist. Crustacea* xxiii. 372 It attains a length of three inches and a half by a breadth of an inch and three-quarters, and is, therefore, one of the monster Isopods.

1952 T. Armstrong *Adam Brunskill* xi. 372 The smelters..were demanding an increase upon the standard rate of six and eightpence a ton.

1969 S. Dobson *Larn Yersel Geordie* 23 Ye knaa Ned and four and twenty o' Haaks's men went oot t' the war agyen the French.

1995 K. Toolis *Rebel Hearts* (1996) i. 4 The death toll is three thousand and something now.

2000 J. Goodwin *Danny Boy* iii. 59 Having been on the run for precisely eight hours and twenty minutes.

†**c.** Used in expressing two dimensions of space: by. *Obsolete.*

?1677 S. Primatt *City & Country Purchaser & Builder* 64 The principal Rafters being nine and seven inches.

**d.** Used to connect two numbers to indicate that they are being added together. Cf. PLUS *prep.* 1a.

> Frequently treated as a unitary subject with singular verb.
>
> *two and two make four*: see TWO *n.* 1a.

 1695   J. COLLIER *Misc. upon Moral Subj.* 80   The..Notion..is as clear as that Two and Two makes Four.
 1711   J. ADDISON *Spectator* No. 126. ¶2   We do in our Consciences believe two and two make four.
 1807   T. YOUNG *Course Lect. Nat. Philos.* II. 1/2   Thus one and one compose two, 2 + 1 = 3, 3 + 1 = 4, or 2 + 2 = 4.
 1867   G. H. LEWES *Hist. Philos.* (ed. 3) I. Prolegomena iii. p. lxiv   The terms 'three and three' and 'six' denote the same relations, connote different ideas.
 1875   W. D. WHITNEY *Life & Growth of Lang.* 279   Mathematics began with the apprehension that one and one are two.
 1984   A. SMITH in G. Ursell *More Saskatchewan Gold* (1984) III. iii. 325   What if one and one *wasn't* two?

**e.** With ellipsis of second element in certain predictable or regular combinations (now *rare*); *spec.* *(a)* the second of two articles of food or drink commonly served together (see also *coffee and n.* at COFFEE *n.* Compounds 2; cf. WITH *prep.* 26b(b));  *(b)* (*Poker*) (perhaps) the second of two pairs in a hand;  *(c)* (*Tennis*) a second score equal to the first given; ***game and***: one game all; (also) game and set.

 1742   H. FIELDING *Joseph Andrews* I. I. xv. 104   She then asked the Doctor and Mr. Barnabus what Morning's Draught they chose, who answered, they had a Pot of *Syder-and*, at the Fire.
 1875   'M. TWAIN' *Sketches New & Old* 74   His last act was to go his pile on 'Kings-*and*'..when there was a 'flush' out agin him.
 1899   'M. TWAIN' *Man that corrupted Hadleyburg* 100   He saw my deuces-and with a straight flush, and by rights the pot is his.
 1938   R. L. RAMSAY *Mark Twain Lexicon* 6/7   Neither 'kings-*and*' nor 'deuces-*and*' is explained in any dictionary, and neither combination seems to be any longer in use. Present day poker experts..are far from agreed in their interpretations. With this emphatic use of 'and' compare the common American tennis expressions 'game-*and*' and 'thirty-*and*' for what the British call 'game-all' and 'thirty-all'; also the still more familiar Americanism 'ham-*and*' for a restaurant order of ham and eggs.
 1948   J. BETJEMAN *Sel. Poems* 114   Harold serves again... 'Game..AND! and thank you!'

**f. *and/or*** (also ***and or***): a formula denoting that the items joined by it can be taken either together or as alternatives. Cf. EITHER-OR *n.* and *adj.*.

 1855   *Law Jrnl. Reports* **24** II. Excheq. 199/2   The parties were to 'load a full and complete cargo of sugar, molasses, and/ or other lawful produce'..the words 'and' and 'or' being introduced into the charter-party.
 1895   F. POLLOCK & F. W. MAITLAND *Hist. Eng. Law* I. I. v. 152   In medieval Latin *vel* will often stand for *and*... Often it is like the and/ or of our mercantile documents.
 1916   H. BARBER *Aeroplane Speaks* ii. 85   The jamming of the rudder and/or elevator.
 1929   *Penrose's Ann.* XXXI. 99   A good proportion of cotton and/or linen in the furnish of a paper.

1941   *Official Gaz. Kenya* 13 May 305/2   Applicants are at liberty to submit their own proposals and/or programmes for the prospecting, development, and/or mining of the Owour Area.

1960   E. BOWEN *Time in Rome* iii. 82   The young set-apart creature, waiting at home for her fifteenth birthday and/or the next vacancy in the Atrium.

1998   N. LAWSON *How to Eat* (1999) 68   Grate in a cooking apple and or a quince.

**2.** Connecting each of three or more members (sometimes used to emphasize the number of points or length of the series). Now chiefly *colloquial* or *literary*.

   In ordinary prose *and* is expressed only with the last member.

   OE   WULFSTAN *Sermo ad Anglos* (Nero) (1957) 273   Her syndan mannslagan & mægslagan & mæsserbanan & mynsterhatan; & her syndan mansworan & morþorwyrhtan; & her syndan myltestran & bearnmyrðran & fule forlegene horingas manege.

   c1325   (▸ c1300)   *Chron. Robert of Gloucester* (Calig.) l. 79   Of lincolne, & of chestre, & ek of wrcestre.

   c1390   (▸ a1376)   LANGLAND *Piers Plowman* (Vernon) (1867) A. III. 273   Loue and louhnesse and leute to-gedere.

   1480   CAXTON *Chron. Eng.* cxcii. 168   Al tho that myghte trauayle, as wel monkes and preestes and frerys and chanons and seculeres.

   c1540   (▸ ?a1400)   *Gest Historiale Destr. Troy* 1395   Þat was cumly and clene and a kinges doughter.

   a1616   SHAKESPEARE *Julius Caesar* (1623) II. ii. 80   Warnings and portents, and euils imminent.

   1774   D. HUME *Let.* 4 June (1932) II. 291   The child has a great deal of salt, and spirit, and humour.

   1805   SCOTT *Lay of Last Minstrel* v. xiii. 138   Sorrow, and sin, and shame.

   1820   KEATS *Ode to Nightingale* in *Lamia & Other Poems* 108   Dance, and Provençal song, and sunburnt mirth!

   1846   G. GROTE *Hist. Greece* I. I. i. 62   Dance and song and athletic contests adorned the solemnity.

   1952   S. KAUFFMANN *Philanderer* (1957) x. 163   He began tenderly to kiss her cheeks and her eyes and her temples and her throat.

   1994   C. DEXTER *Daughters of Cain* (1995) lxii. 341   All the arches and whorls and loops, all the peaks and the troughs and the ridges, had ever remained a deep mystery to him.

   2005   *New Yorker* 5 Sept. 129/2   A chai cookie—something with cardamom and cinnamon and vanilla and cloves and a soft dairy note.

**3.** Connecting occurrences of the same member, expressing continuous repetition.

**a.** Expressing the repetition of numerical groups. Esp. in ***two and two***: by twos, two and then another two and so on, two preceded and followed by two continuously. Now *archaic* and *rare*.

   OE   *West Saxon Gospels: Mark* (Corpus Cambr.) vi. 7   He..him twelfe togeclypode, & agan hi sendan twam & twam.

   c1275   (▸ ?a1200)   LAȝAMON *Brut* (Calig.) (1978) 12351   Æuer tweie and tweie tuhte to-somne.

   a1325   (▸ c1250)   *Gen. & Exod.* (1968) l. 2323   He gan hem ransaken on and on.

   a1400   (▸ a1325)   *Cursor Mundi* (Vesp.) l. 1713   ȝee sal..tak..Beist and fouxul..þe meke be þam ai tua and tua.

   a1500   (▸ a1460)   *Towneley Plays* (1897–1973) 356   I lefe it you bi oon and oone.

   1587   T. SAUNDERS *True Discr. Voiage Tripolie* sig. Biv[v]   Wee were cheaned three and three to an oare.

1598 SHAKESPEARE *Henry IV, Pt. 1* III. iii. 90   *Falst.* Must we all march? *Bar.* Yea, two, and two, Newgate fashion.

1630 J. WADSWORTH *Eng. Spanish Pilgrime* (new ed.) v. 38   Putting foure and foure to an oare.

1690 R. STRUTTON *True Relation Cruelties French* 10   We Mest our selves seven and seven together.

1722 D. DEFOE *Jrnl. Plague Year* 128   The Ships..rid two and two in the middle of the Stream.

1832 TENNYSON *Lady of Shalott* II, in *Poems* (new ed.) 12   The knights come riding, two and two.

1891 W. MORRIS *Poems by Way* (1898) 16   Across the stubble acres now the teams go four and four.

1938 A. L. MAYCOCK *Nicholas Ferrar* viii. 204   The three masters in their black gowns..followed by the boys, two and two.

  **b.** Expressing repetition to an indefinite extent: originally and frequently with comparative adjectives and adverbs, with certain adverbs of time, manner, degree, etc. (as *for ever and ever*, *over and over*, *through and through*), and with verbs; also more recently with units of time, space, capacity, etc. (as *miles and miles* 'miles and yet more miles, miles upon miles, miles without number').

   OE   *Seven Sleepers* (Julius) (1994) 45   And æfre swa hi near and near eodon, hi fundon ælcne stan on oðerne befegedne.

   lOE   *Anglo-Saxon Chron.* (Laud) anno 1085   Aa hit wyrsode mid mannan swiðor & swiðor.

   ?c1200   *Ormulum* (Burchfield transcript) l. 206   Ice amm gabriæl Þatt æfre & æfre stannde. Biforenn godd.

   a1225   (▸ *?*OE)   *MS Lamb.* in R. Morris *Old Eng. Homilies* (1868) 1st Ser. 49 (*MED*)   Heo delueð deihwamliche..deoppre and deoppre.

   ?c1225   (▸ *?*a1200)   *Ancrene Riwle* (Cleo. C.vi) (1972) 213   Þer waxeð wunde & deopeð intowart þe saule..forðre & forðre.

   c1450   (▸ *c*1380)   CHAUCER *House of Fame* (Fairf. 16) (1878) l. 818   Euerych ayre other stereth More and more.

   1558   T. PHAER tr. Virgil *Seuen First Bks. Eneidos* II. sig. F.ij   In vain I cald and cald.

   a1586   SIR P. SIDNEY *Arcadia* (1590) I. i. sig. B3   A thing which floted drawing nearer and nearer to the banke.

   1600   SHAKESPEARE *Henry IV, Pt. 2* II. i. 33   I haue borne, and borne, and borne.

   1609   SHAKESPEARE *Troilus & Cressida* IV. vii. 140   Ile kill thee euery where, yea ore and ore.

   1748   S. RICHARDSON *Clarissa* VI. xxx. 98   Lord M...turning round and round..his..thumbs.

   1781   R. B. SHERIDAN *Trip to Scarborough* II. i, in *Wks.* (1883) 296   Oh, this is better and better!

   1820   SHELLEY *To Skylark* in *Prometheus Unbound* 201   Higher still and higher.

   1823   BYRON in E. Elliott *Giaour* in *Love, a Poem* 151   I have..lived for months and months on shipboard!

   1843   DICKENS *Christmas Carol* i. 34   Many and many a day.

   1856   C. M. YONGE *Daisy Chain* I. xiv. 133   She..rhapsodized to her heart's content, talking faster and faster, and looking more and more excited.

   1894   J. D. ASTLEY *Fifty Years of my Life* I. 166   We were all wet through and through.

   1938   *Amer. Home* Jan. 16/1   Such a floor lasts for years and years.

   1954   *Househ. Guide & Almanac* (News of World) 88   Nature's impenetrable limit to man's quest for greater and greater speed.

   1970   J. DICKEY *Deliverance* iii. 153   Bobby tumbled out of the rapids, rolling over and over on the slick rocks.

   2003   *Church Times* 12 Dec. 11/2   This story will, I fear, run and run.

†**4.** In correlative constructions, as the introductory correlative. ***and..and***: both..and. *Obsolete*.

> a1225  (▸ *?*OE)   *MS Vesp.* in R. Morris *Old Eng. Homilies* (1868) 1st Ser. 239 (*MED*)   Se hlaford..cumþ forte isi and frend and fend.
>
> 1340   *Ayenbite* (1866) 145 (*MED*)   We byeþ alle cristene ine one cristenedome, and riche and poure..God of huam we hyealdeþ alle and body and zaule and al þet we habbeþ.
>
> c1440   W. Hilton *Mixed Life* (Thornton) in G. G. Perry *Eng. Prose Treat.* (1921) 31   Þou sall be made and bryghte and clene.
>
> 1483   Caxton tr. J. de Voragine *Golden Legende* 242/4   To thende that he wold not leue them and disheryted and orphanes he made his testament.

**5.** Connecting two adjectives, or an adjective and an adverb, of which the former logically stands in (or approaches) an adverbial relation to the latter; esp. after *fine, good, nice*. Cf. *good and* at good *adj.* 12c, *main and* —— at main *adj.*² 4d, *nice and* —— at nice *adj.* 14b, *rare and* —— at rare *adj.*¹ 5d. Now *colloquial* and *regional*.

> a1475   in J. O. Halliwell *Early Eng. Misc.* (1855) 79   If hit be holdynge togedere as gum-wex, than hit is good and fyne.
>
> 1561   T. Hoby tr. B. Castiglione *Courtyer* II. sig. T.ii ᵛ   Upon this the gentilman beeinge somwhat vexed..tooke the kinge in his hande whiche was good and bigg..and reached the Ape a great knocke on the heade.
>
> ?1578   W. Patten *Let. Entertainm. Killingwoorth* 82   I am..iolly & dry a mornings.
>
> 1612   H. Peacham *Gentlemans Exercise* I. xxvi. 104   Scrape it good and hard with a knife.
>
> 1796   F. Burney *Camilla* II. iv. vii. 390   Just read this little letter, do, Miss, do—it won't take you much time, you reads so nice and fast.
>
> 1846   D. Jerrold *Mrs. Caudle* ii. 6   You'll be nice and ill in the morning.
>
> 1866   E. Yates *Land at Last* I. i. vi. 112   Flexor was fine and buffy when he came home last night.
>
> 1905   G. H. Lorimer *Old Gorgon Graham* 220   Just as he got good and ready to strike, I pasted him one in the snoot.
>
> 1923   W. S. Maugham *Our Betters* I. 30   I thought you'd like me to look nice and clean.
>
> 1943   D. Whipple *They were Sisters* iii. 50   Your Auntie Lucy'll be fine and cross with you for slopping all that water over the floor.
>
> 1999   F. McCourt *'Tis* ii. 12   If this is the way they eat all the time in America I won't be a bit hungry and I'll be fine and fat, as they say in Limerick.

**6.** Emphatically.

**a.** Expressing a difference of quality between things of the same name or class; = and also, and other.

> a1569   A. Kingsmill *Conf. containing Conflict with Satan* 39 in *Most Excellent & Comfortable Treat.* (new ed.) (1578)   There is a sinne and a sinne: much oddes betweene the committing of sinnes in the reprobate and the elect.
>
> 1633   Earl of Manchester *Al Mondo: Contemplatio Mortis* (rev. ed.) 82   A heart and a heart God cannot abide.

1855   R. Browning *Heretic's Trag.* in *Wks.* (1863) I. 289   Alack, there be roses and roses, John!

1883   W. Pollock in *Harper's Mag.* 909/1   There are, in the first place, photographs and photographs.

1938   A. Roche *Fear & Relig.* vii. 95   Some shrinking from death..there must be... But there is fear and fear.

1991   *Oxf. Jrnl. Legal Stud.* **11** 440   All human conduct is determined or caused. But there are causes and causes.

†**b.** Opposed to *or. Obsolete. rare.*

1837   T. Carlyle *French Revol.* I. vii. ix. 384   He can answer only, Yes or No; would so gladly answer, Yes *and* No.

\*\* Connecting coordinate clauses or sentences.

**7.** Simply connective.

**a.** Additive.

eOE   *Anglo-Saxon Chron.* (Parker) anno 534   Her Cerdic forþferde, & Cynric his sunu ricsode forþ xxvi wintra.

OE   *West Saxon Gospels: Matt.* (Corpus Cambr.) ii. 20   Aris & [*c*1200 *Hatton* ænd] nim þæt cild & his modor.

*a*1225   (▸ *?c*1175)   *Poema Morale* (Lamb.) 159 in R. Morris *Old Eng. Homilies* (1868) 1st Ser. 169   Þer men luȝen her ent stelen.

*c*1275   (▸ *?a*1216)   *Owl & Nightingale* (Calig.) (1935) l. 31   [Þ]e niȝtingale hi iseȝ..& þuȝte wel wl of þare hule.

*c*1400   (▸ *?c*1390)   *Sir Gawain & Green Knight* 308   He coȝed ful hyȝe, Ande rimed hym ful richly, & ryȝt hym to speke.

*c*1503   R. Arnold *Chron.* f. lxxxiiij^v/2   He was howsled & anelid and Soo died.

1659   H. L'Estrange *Alliance Divine Offices* 152   It was..necessary that they should be washed and cleansed before they entered the sacred Font.

1751   Johnson *Rambler* No. 165. ¶3   The brightest hours of prosperity have their clouds, and the stream of life..will grow putrid by stagnation.

1756   E. Burke *Vindic. Nat. Society* 2   I then thought, and am still of the same Opinion.

1832   T. Carlyle *Reminisc.* (1881) I. 9   I have often wondered and admired at this.

1879   Tennyson *Lover's Tale* (new ed.) 54   Love mourn'd long, and sorrow'd after Hope.

1922   J. Joyce *Ulysses* 81   He saw the priest bend down and kiss the altar and then face about and bless all the people.

1980   V. S. Pritchett *Edge of Cliff* 13   He put his book down and went inside.

2001   S. Hawking *Universe in Nutshell* iv. 118   Pairs of virtual particles that appear together at some point of spacetime, move apart, and come back together and annihilate each other.

†**b.** Adversative: yet, but. *Obsolete.*

OE   *West Saxon Gospels: Matt.* (Corpus Cambr.) xii. 7   Ic wylle mildheortnesse & na onsægdnysse.

▸ *c*1300   *Havelok* (Laud) (1868) 789 (*MED*)   Hauelok was war þat grim swank sore For his mete, and he lay at hom.

*?a*1425   (▸ *c*1400)   *Mandeville's Trav.* (Titus C.xvi) (1919) 33   Þei wenen þat þei han bawme & þei haue non.

1481   Caxton tr. *Hist. Reynard Fox* (1970) 65   He complayneth and I playne not.

    *a*1500 (▸ *a*1415)   J. M<small>IRK</small> *Festial* (Gough) (1905) 33   Hor seruandys..gon yn ryche araye, and þay homselfe yn pore wede.

    1611   *Bible (*King James*)* Matt. xxii. 30   Hee said, I goe sir, and went not.

**8.** Introducing a consequence.

**a.** Introducing the historical sequel or consequence of a fact.

    OE   Æ<small>LFRIC</small> *Old Eng. Hexateuch: Gen.* (Claud.) i. 3   God cwæð ða: Gewurðe leoht, & leoht wæarð geworht.

    1382   W<small>YCLIF</small> *Genesis* i. 3   God seide, Be maad liȝt: and maad is light.

    ?*a*1475   *Ludus Coventriae* (1922) 354 (*MED*)   Sche conseyved..and in the fiftene yer sche childyd.

    1591   *Troublesome Raigne Iohn* I. sig. C<sup>v</sup>   Hastie curres that lie so long to catch, Come halting home, and meete their ouermatch.

    1611   *Bible (*King James*)* Gen. i. 3   God said Let there be light: and there was light.

    1611   *Bible (*King James*)* Luke vii. 8   I say vnto one Goe, and he goeth; and to another Come, and hee commeth.

    1667   S. P<small>EPYS</small> *Diary* 30 June (1974) VIII. 312   A pretty young woman..and I did kiss her.

    1751   J. W<small>ESLEY</small> *Let.* Dec. (1931) III. 320   We talked largely with her, and she was humbled to the dust.

    1758   D. L<small>INDSEY</small> *Let.* 19 Mar. in K. Miller et al. *Irish Immigrants in Land of Canaan* (2003) 29   The merchant ran away, and I had great truble in getting my money.

    1820   K<small>EATS</small> *Lamia* II, in *Lamia & Other Poems* 29   You have dismiss'd me, and I go From your breast houseless.

    1879   A. C<small>LARK</small> tr. V. Rydberg *Rom. Days* 294   A few paces from the *trattoria*, and I stood on the Forum Romanum.

    1954   G. V<small>IDAL</small> *Messiah* II. i. 42   The police chief evidently knew all about him and the conversation was short.

    1966   L. B<small>RUCE</small> *How to talk Dirty* i. 17   He cashed the bottles and I got my twenty cents.

    2004   R. T<small>AMES</small> *Robert Adam* 5   His education was disrupted by illness and he dropped out of university.

**b.** Introducing the predicted consequence or fulfilment of a command, or of a hypothesis put imperatively, or elliptically.

    OE   *West Saxon Gospels: Matt.* (Corpus Cambr.) viii. 8   Ac cweð þin an word & min cnapa biþ gehæled.

    *c*1275 (▸ ?*a*1200)   L<small>AȜAMON</small> *Brut* (Calig.) (1978) 13007   Abideð feouwertene niht, & ich eow wullen suggen soððere wordes.

    *c*1405 (▸ *c*1390)   C<small>HAUCER</small> *Miller's Tale* (Hengwrt) (2003) l. 344   Werk al by conseil and thow schalt noght rewe.

    *a*1425 (▸ *c*1395)   *Bible (*Wycliffite, L.V.*)* (Royal) (1850) John xvi. 16   A litil, and thanne ȝe schulen not se me.

    1557   *Bible (*Whittingham*)* John xvi. 16   A little whyle, and ye shal not see me.

    1611   *Bible (*King James*)* Luke x. 28   This do, and thou shalt liue.

    1754   R. C<small>HALLONER</small> *Medit.* II. 82   O let us but love, as we ought..and we shall be all saints.

    1799   J. T. A<small>LLINGHAM</small> *Fortune's Frolic* I. iii. 15   Gee'us a buss, and I'll tell thee.

    1827   B. D<small>ISRAELI</small> *Vivian Grey* IV. VI. ii. 76   Five minutes more, and our son must have reigned in Little Lilliput.

    1896   A. A<small>USTIN</small> *England's Darling* III. i. 63   Face a head gust and it will steady you.

    1933   D. L. S<small>AYERS</small> *Murder must Advertise* iv. 72   Spray with Sanfect and you're safe.

| | | |
|---|---|---|
| 1946 | R. A. Knox *Retreat for Priests* vii. 69 | Drive out nature with a pitchfork..and she will still come back. Shut up a beaver in the Zoo, and it will still make dams. |
| 2004 | *Managem. Today* Dec. 27/1 | Bloomer..is on probation: one more mishap and he will be out. |

**9.**

**a.** Introducing an explanatory, amplifying, or parenthetic clause or phrase.

See also *and how!* at HOW *adv.* 4d, *and no mistake* at MISTAKE *n.* Phrases 3, *and no wonder!* at WONDER *n.* 6e, *and (good) reason* at REASON *n.¹* 6d, *and welcome* at WELCOME *adj.* 3b.

| | | |
|---|---|---|
| OE | *Charter: Abp. Ealdwulf to Leofenað* (Sawyer 1381) in J. M. Kemble *Codex Diplomaticus* (1845) III. 295 | Leofenað and his twegen yrfewardas æfter him gesyllan ælce geare xv leaxas, and þa gode. |
| c1275 | (▸ ?a1200) Laȝamon *Brut* (Calig.) (1963) 1183 | He..hehte hine..makian an eorð-hus..& þat inne swiðe feire stude. |
| 1340 | *Ayenbite* (1866) 102 (*MED*) | Ane halle and uol of uolk. |
| c1405 | (▸ c1387–95) Chaucer *Canterbury Tales Prol.* (Hengwrt) (2003) l. 43 | A knyght ther was and that a worthy man. |
| a1500 | (▸ a1460) *Towneley Plays* (1897–1973) 313 | Into this dongeon depe I soght And alle for luf of the. |
| a1616 | Shakespeare *Tempest* (1623) II. i. 323 | I heard a humming, (And that a strange one too). |
| 1710 | N. Rowe *Jane Shore* I. i | Yet there is one, and he amongst the foremost. |
| 1790 | E. Burke *Refl. Revol. in France* 135 | We know, and it is our pride to know, that man is by his constitution a religious animal. |
| 1843 | Dickens *Christmas Carol* i. 1 | Scrooge signed it: and Scrooge's name was good upon 'Change. |
| 1855 | Macaulay *Hist. Eng.* III. 323 | He and he alone has done all this. |
| 1869 | A. Morris *Open Secret* xi. 194 | To think that *we* are, and we only are, to blame. |
| 1890 | F. Goldie *Ven. E. Arrowsmith* (C.T.S.) 2 | Robert Arrowsmith's father..was often thrown into gaol—and we know what gaols were in those days. |
| 1930 | G. K. Chesterton *Resurr. Rome* v. 202 | The French would certainly have recovered the stolen French provinces whenever they could; and quite right too. |
| 1970 | *Globe & Mail (*Toronto*)* 1 July 7/1 | Those earliest settlers..called themselves American Loyalists—and rightly, for most of them were second-generation Americans. |
| 2004 | *Dazed & Confused* Feb. 26 | Like all Detroit natives of a certain age—and he's a lot older than he looks—Joseph was suckled on Motor City's golden era of Hitsville-honed Motown soul. |

**b.** Introducing a subordinate clause with different grammatical subject from the main clause and either a participle as verb or a complement with copular verb understood, expressing the circumstances of the action described by the main clause. Cf. ME *pron.¹* 6a. Now *regional* (chiefly *Irish English*).

In quot. *c*1384 perhaps only a literalism of translation.

| | | |
|---|---|---|
| c1384 | *Bible (*Wycliffite, E.V.*)* (Douce 369(2)) John viii. 9 | And Jhesu dwelte aloone, and the womman stondinge in the myddel [L. *et mulier in medio stans*]. |
| c1450 | (▸ c1400) *Bk. Vices & Virtues* (Huntington) (1942) 33 | Grete officers in lordes houses þat..ȝyueþ largely þe goodes of here lordes and not witynge þe lord. |
| a1500 | in *Antiquary* (1901) **37** 55 (*MED*) | All that lande was ov[e]r cov[e]red with froste and snowe, and no man[ne]r of grenes apperyng in no place. |

| | | |
|---|---|---|
| 1552 | R. Huloet *Abcedarium Anglico Latinum* sig. Biiii/2 | Babblynge to him selfe, and no body present. *Soliloquium*. |
| 1671 | Milton *Samson Agonistes* 1480 | Much rather I shall chuse To live the poorest in my Tribe, then richest, And he in that calamitous prison left. |
| 1711 | Swift *Jrnl. to Stella* 1 Sept. (1948) I. 349 | I envy people maunching and maunching peaches and grapes, and I not daring to eat a bit. |
| 1792 | R. Burns in J. Johnson *Scots Musical Museum* IV. 387 | How can ye chant, ye little birds, And I sae weary fu' o' care! |
| 1812 | M. Edgeworth *Absentee* II. xi. 18 | Which would be hard on us, and me a widow. |
| 1816 | Scott *Antiquary* II. i. 4 | Your honour wadna hae us contradict the captain e'en now, and him maybe deeing? |
| 1853 | E. C. Gaskell *Cranford* xiv. 281 | When I cried, she took hold of my hand to comfort me; and the gentleman waiting for her all the time. |
| 1916 | G. B. Shaw *Pygmalion* I. i. 113 | Why didnt you say so before? and us losing our time listening to your silliness! |
| 1974 | J. B. Keane *Lett. of Love-Hungry Farmer* 58 | The heart gave out on him and he spreading manure. |
| 1992 | P. McCabe *Butcher Boy* (1993) 157 | I seen two of her other wains running about the street last night..and them with hardly a stitch on them! |

 **10.** Connecting two verbs, the second of which is logically dependent on the first, *esp.* where the first verb is *come*, *go*, *send*, or *try*. Cf. come *v.* 4c, go *v.* 30c, send *v.*¹ 8b, try *v.* 16b. Cf also sure *adj.*, *adv.*, and *int.* Phrases 7a. Now *colloquial* and *regional*.

> Except when the first is *come* or *go* the verbs in this construction are normally only in the infinitive or imperative.

| | | |
|---|---|---|
| [OE | *West Saxon Gospels: Matt.* (Corpus Cambr.) viii. 21 | Drihten, alyfe me ærest to farenne & bebyrigean [*c*1200 *Hatton* to farene to beberienne] minne fæder.] |
| *c*1325 (▸*a*1250) | *Harrowing of Hell* (Harl.) 152 | Welcome, louerd, mote þou be, þat þou wolt vs come & se. |
| 1526 | *Bible (*Tyndale*)* Mark i. f. xliijv | Whos shue latchett I am not worthy to stoupe doune and vnlose. |
| 1599 | in *Edinb. B. Rec.* 250 | [The council] ordanis the thesaure to trye and speik with Jhonn Kyle. |
| 1671 | Milton *Paradise Regain'd* I. 224 | At least to try, and teach the erring Soul. |
| 1710 | Swift *Jrnl. to Stella* 12 Oct. (1948) I. 53 | But I'll mind and confine myself to the accidents of the day. |
| 1780 | Mrs. Thrale *Let.* 10 June (1788) II. 150 | Do go to his house, and thank him. |
| 1811 | J. Austen *Sense & Sensibility* III. xi. 238 | They will soon be back again, and then they'd be sure and call here. |
| 1878 | W. S. Jevons *Polit. Econ.* 42 | If every trade were thus to try and keep all other people away. |
| 1887 | T. Hardy *Woodlanders* I. viii. 153 | Promising to send and let her know as soon as her mind was made up. |
| 1925 | F. S. Fitzgerald *Great Gatsby* ii. 33 | Here's your money. Go and buy ten more dogs with it. |
| 1959 | F. O'Connor *Let.* 20 Nov. in *Habit of Being* (1980) 359 | I have been wanting to write and thank you for sending back the manuscript. |
| 1985 | J. Kelman *Chancer* (1987) 250 | The safety helmet's really important, aye, mind and get yourself one. |
| 2004 | A. Sileika *Woman in Bronze* 309 | He invited Josephine to come and see the plaster. |

 **\*\*\*** Introductory.
 **11.** Continuing the narration.

**a.** Continuing a narration from a previous sentence, expressed or understood. Also standing alone as a question: 'And so?', 'And what then?'.

>   OE  *Anglo-Saxon Chron.* (Tiber. B.i) anno 856   Ond þa fengon Aþelwulfes sunu II to rice.
>
>   ?a1160  *Anglo-Saxon Chron.* (Laud) (Peterborough contin.) anno 1140   & te eorl of Angæu wærd ded, & his sune Henri toc to þe rice.
>
>   c1405  (▸c1385)   CHAUCER *Knight's Tale* (Hengwrt) (2003) l. 323   And therfore at the kynges court my brother Ech man for hymself.
>
>   1485  *Malory's Morte Darthur* (Caxton) I. viii. sig. avi   And within xv dayes ther came Merlyn amonge hem.
>
>   1611  *Bible (*King James*)* John xxi. 21   Peter seeing him saith to Jesus, Lord, and what shall this man do?
>
>   a1616  SHAKESPEARE *King John* (1623) IV. i. 40   *Ar*. Must you with hot Irons, burne out both mine eyes? *Hub*. Yong Boy, I must. *Art*. And will you? *Hub*. And I will.
>
>   1782  F. BURNEY *Cecilia* II. IV. vi. 192   'And pray of what sect,' said Cecilia, 'is this gentleman?'
>
>   1846  G. GROTE *Hist. Greece* I. I. i. 53   And thus she remained a whole year.
>
>   1853  C. KINGSLEY *Hypatia* I. v. 124   And why could not you run away, boy?
>
>   1861  E. BULWER-LYTTON *Pilgrims of Rhine* (beginning)   And the stars sat each upon his ruby throne and looked with sleepless eyes upon the world.
>
>   1957  E. S. DUCKETT *Alfred the Great* vii. 123   Nothing remained for them but to surrender or to try to make their escape. And escape by cunning strategy they did.
>
>   1970  'D. HALLIDAY' *Dolly & Cookie Bird* vii. 107   He went through all the drawers… 'I feel we ought to view his credentials.' 'And?' I said crossly. 'Clean as a whistle,' said Johnson.
>
>   1984  R. DAHL *Boy* 95   'Back it out of the hedge,' my mother said. 'And hurry.'

**b.** Continuing a narration from the implied assent to a previous question or opinion: 'Yes! and'.

>   1591  *Troublesome Raigne Iohn* I. sig. A3ᵛ   *Chatt*. And say the message he hath giuen in charge. *Iohn*. And spare not man, we are preparde.
>
>   1623  J. WEBSTER *Dutchesse of Malfy* III. v. sig. H3   *Let not That trouble him, I had rather haue his heart, then his mony*. And I beleeue so too.
>
>   1769  I. BICKERSTAFF *Captive* II. iv. 18   *Cadi*. Ferdinand in disguise!—Now I begin to smell a rat. *Ferd*. And I another that outstinks it.
>
>   1847  A. HELPS *Friends in Council* 1st Ser. I. 284   *E*. 'It gives new life to politics.' *M*. 'And not to politics only.'
>
>   1853  C. KINGSLEY *Hypatia* I. v. 110   'You are now to obey me.' 'And I will.'
>
>   1906  A. STRINGER *Wire Tappers* 100   'Now, nitro-glycerine I object to, it's so abominably crude.'.. 'And so odiously criminal!' she interpolated.
>
>   1980  W. HORWOOD *Duncton Wood* (1990) xxi. 306   'Now you take care of yourself..and have a good Longest Night.' 'And you,' said Rose.

**12.** In expressing doubt at, or asking the truth of, what one has already heard.

　　Frequent in earlier use in verse, esp. in poems of lament or elegy.

>   a1542   T. WYATT *Coll. Poems* (1969) clxxxvi. 196   And wylt thow leve me thus?

1707   I. Watts *Hymns & Spiritual Songs* II. cx. 180   And must this Body die? This mortal Frame decay?

1739   C. Wesley in J. Wesley & C. Wesley *Hymns & Sacred Poems* (ed. 2) 74   And can it be, that I should gain An Int'rest in the Saviour's Blood!

?1770   W. J. Mickle *There's Nae Luck about the House* (song)   And are ye sure the News is true, And are ye sure He's well?

1774   C. Dibdin *Waterman* I. 9   And did you not hear of a jolly young waterman, Who at Black-friars Bridge used for to ply.

1844   B. Disraeli *Coningsby* I. III. iii. 273   'And you walked here!' said Lady Everingham.

1885   R. L. Stevenson & F. Stevenson *Epil. of Cigar Divan* in *More New Arabian Nights* 199   'And are you really the person of the—establishment?'.. 'A vendor, sir, a vendor,' returned the other.

1909   F. L. Barclay *Rosary* xxiv. 257   'And this pleases you?' inquired the doctor.

1982   S. Brett *Murder Unprompted* (1984) v. 49   'And you really think I should take it?' 'Yes. I can't think why you're havering.'

**II.** Conditional. Cf. AN *conj.* 2.

**13.**

**a.** If; suppose that, provided that, on condition that. Now *U.S. regional*.

  a1225   (▸ ?OE)   *MS Lamb*. in R. Morris *Old Eng. Homilies* (1868) 1st Ser. 23   Þah an castel beo wel bemoned..mid monne and mid wepne, and þer beo analpi holh þat an mon mei crepan in, Nis hit al unnet?

  c1275   (▸ ?a1200)   Laȝamon *Brut* (Calig.) (1978) 8313   Þat weord þat ich þe sende, bi mine liue ich hit halde; & þu hit nult ileuen..ich hit wulle trousien.

  ▸ c1300   *Havelok* (Laud) (1868) 2862 (*MED*)   And þou wile mi conseyl tro, Ful wel shal ich with þe do.

  c1325   (▸ a1250)   *Harrowing of Hell* (Harl.) (1907) 11   Ant he were at þis worldes fyne.

  c1330   (▸ ?c1300)   *Guy of Warwick* (Auch.) l. 444   Leuest þing me were to dye. & ich wist bi wiche weye.

  ?a1400   (▸ a1338)   R. Mannyng *Chron.* (Petyt) (1996) II. 1703   I salle..help þe..& euer I se þat day.

  1484   Caxton tr. G. de la Tour-Landry *Bk. Knight of Tower* (1971) xlvi. 68   For and she be wyse she ought to thynke to what ende..her counceylle may come.

  1526   *Bible (*Tyndale*)* Matt. xix. f. xxvij   But and thou wilt entre in to lyfe.

  ?1529   R. Hyrde tr. J. L. Vives *Instr. Christen Woman* I. xii. sig. O^v   Let her chaunge her place, or go away, & need be.

  a1535   T. More *Dialoge of Comfort* (1553) II. sig. F.iii   Gesse her and you can.

  1547   *Certain Serm. or Homilies* in J. Griffiths *Two Bks. Homilies* (1859) I. 108   And it please your grace, you did once promise me.

  1612   T. Shelton tr. Cervantes *Don-Quixote: Pt. 1* I. III. viii. 183   They may tell it and they please.

  a1616   Shakespeare *Comedy of Errors* (1623) I. ii. 94   And you will not sir, Ile take my heeles.

  1625   Bacon *Ess*. (new ed.) 137   They will set an House on Fire, and it were but to roast their Egges.

  1711   J. Greenwood *Ess. Pract. Eng. Gram.* 163   Sometimes And is used for If: As, and you please, for, if you please.

  1916   *Dialect Notes* **4** 285   And you go, I won't stay, nary a step!

  1936   K. M. Morehouse *Rain on Just* 124   Whop me and you have to be whopping.

  1958   S. A. Grau *Hard Blue Sky* 356   And he went slower..he go better.

  1975   E. Sackheim in G. Cohen *Comments on Etymol.* (1990) **20** 41   What you want with a woman, man And she can't rob and steal.

†**b.** With following *if* in same sense. Cf. *an if* at IF *conj.* 8b, NIF *conj.*² *Obsolete*.

>    1482   N. KNYVETON *Let.* in *Cely Lett.* (1975) 145   Anodur tyme I shal be as glad to do you pleser and iff I kan.
>    1523   LD. BERNERS tr. J. Froissart *Cronycles* I. xxviii. 41   He wolde haue had his right, and yf he wyst how.
>    1526   *Bible (*Tyndale*)* Matt. vi. f. vij^v   For and yff ye shall forgeve other men there treaspases.
>    1526   *Bible (*Tyndale*)* Matt. xxiv. f. xxxv^v   But and yf the evyll servaunt shall saye [so Cranm., *Genev.*, 1611; Wycl. and *Rhem.* But if].
>    1591   (▸ *?a*1425)   *Adam & Eve* (Huntington) in R. M. Lumiansky & D. Mill *Chester Myst. Cycle* (1974) I. 22   We should dye iwys and if we touch that tree.
>    *c*1600   (▸ *?c*1395)   *Pierce Ploughman's Crede* (Trin. Cambr. R.3.15) 17   Þerfor lerne þe byleue leuest me were And if any werldly wiȝt wille me couþe.
>    *a*1616   SHAKESPEARE *Two Gentlemen of Verona* (1623) I. i. 75   A Sheepe doth very often stray, And if the Shepheard be awhile away.
>    1673   R. ALLESTREE *Ladies Calling* I. §1. ¶27   But and if on the other side they meet with one of too much sagacity.

†**14.** Concessively: even if; although. *Obsolete*.

>    *c*1400   (▸ *?c*1380)   *Cleanness* (1920) l. 864   And ȝe ar iolyf gentylmen your iapes ar ille.
>    1444   in *Paston Lett. & Papers* (2004) II. 25   What so ever ye do..in my Maister Cleris name, he shall avowe it and it shulde coste hym gret parte of his good.
>    *c*1475   (▸ *?c*1400)   *Apol. Lollard Doctr.* (1842) 40   And he was riche, he was mad nedy for vs.
>    1526   *Bible (*Tyndale*)* Mark vi. f. liij^v   Thatt they myght touche and hit wer but the edge off hys vesture. [So Cranm., *Genev.*; *Rhem.* & 1611, If it were.]
>    *a*1556   N. UDALL *Ralph Roister Doister* (?1566) I. ii. sig. A.iiij^v   He shall goe without hir, and he were my brother.
>    1657   T. WALL *Comment on Times* 33   Religious they will be, and 't be but for the benefit they receive thereby.
>    1685   *Factious Citizen* II. 18   'Tis no matter, Mr. Turbulent, and it had been worse.

†**15.** As if, as though. *Obsolete*.

>    *?a*1475   *Ludus Coventriae* (1922) 72 (*MED*)   It is wel seyd, ȝe answere and ȝe were twenty ȝere olde.
>    *c*1500   (▸ *?a*1437)   *Kingis Quair* (1939) clxi   A maner smylyng make And sche were glad.
>    1530   J. PALSGRAVE *Lesclarcissement* 690/1   He revyled me and I had ben a dogge.
>    1600   SHAKESPEARE *Midsummer Night's Dream* I. ii. 78   I will roare you, and 'twere any Nightingale.
>    1609   SHAKESPEARE *Troilus & Cressida* I. ii. 122   Oh he smiles valiant[l]y..Oh yes, and twere a clowd in Autumne.
>    1623   J. WEBSTER *Deuils Law-case* v. sig. L2   Harke, he knocks to be let out and he were mad.

†**16.** Introducing an indirect question: if, whether. *Obsolete* (*nonstandard* or *regional*).

| | | | |
|---|---|---|---|
| 1600 | SHAKESPEARE *Midsummer Night's Dream* v. i. 192 | | To spy and I can heare my Thisbyes face. |
| 1601 | B. JONSON *Every Man in his Humor* III. iv. sig. Hᵛ | | To feele and there be any brayne in it. |
| 1602 | B. JONSON *Poetaster* I. ii. sig. B2ᵛ | | Aske him and he will clem mee. |

†**B.** *adv.*

Also; even. *Obsolete.*

OE (Northumbrian)   *Rushw. Gospels: John* xii. 26   *Ubi sum ego illic et minister meus erit* : hwer am ic ðer & [OE *Lindisf.* æc] hera ðegn min bið.

▸ a1382   *Bible (*Wycliffite, E.V.*)* (Douce 369(1)) (1850) Wisd. xviii. 20   Thanne forsothe touchede and [a1425 *L.V.* also] riȝtwismen [L. *tetigit autem tunc et justos*] the temptacioun of deth.

▸ c1384   *Bible (*Wycliffite, E.V.*)* (Douce 369(2)) (1850) John xv. 23   He that hatith me, hatith and [a1425 *L.V.* also] my fadir [L. *Qui me odit, et patrem meum odit*].

▸ c1449   R. PECOCK *Repressor* (1860) 519   If thin answere now mad to my questiouns is good, and such thanne a lijk answere schal be good..to thi questioun.

1558   BP. T. WATSON *Holsome Doctr. Seuen Sacramentes* xvi. f. xcviiiᵛ   He that hath promysed pardone vnto vs, whensoeuer we conuerte, dothe not promise vnto vs longe lyfe and to lyue whyle to morowe.

1607   (▸ ?a1425)   *Chester Plays* (Harl. 2124) 137   Ye shall see and what somewhat I have in my sacke.

1614   R. WILBRAHAM *Jrnl.* (1902) 114   Grant o God that and thrice so much may sett his maistie's estate..as it was at his happie coronacion.

**C.** *n.¹*

**1.** An instance of the word 'and'. Originally and chiefly in ***ifs and* (also *or*) *ands***: expressions of condition or doubt. Similarly ***ifs, ands, or* (also *and*) *buts***.

Originally in sense A. 13, but now probably mostly understood as the ordinary sense of the word.

[c1175   *Names of Letters* in N. R. Ker *Catal. MSS containing Anglo-Saxon* (1957) 337   Anglicę litterę Ƿ wen, Ð ðet, Þ þorn, ⁊ ⁊ and.]

a1535   T. MORE *Hist. Richard III* in *Wks.* (1557) 54/2   What quod the protectour thou seruest me I wene wᵗ iffes & with andes.

1613   N. BRETON *Answer* in *Vncasing Machiuils Instr.* G   With ifs and ands he begins to say.

1638   W. CHILLINGWORTH *Relig. Protestants* I. vii. §10. 395   Whence without all Ifs and Ands, that appeares sufficiently which I said in the beginning.

1678   R. CUDWORTH *True Intellect. Syst. Universe* I. v. 723   Absolutely and without any *Ifs* and *Ands*.

a1680   T. GOODWIN *Wks.* (1683) II. IV. 444   The Grants of Grace run without *Ifs*, and_*Ands*, and *Buts*.

1683   E. HOOKER in J. Pordage *Theologia Mystica* Pref. Epist. 137   An absolute approbation..without any cautions, qualifications, ifs or ands.

1748   E. PARKMAN *Diary* 30 May (1974) 177/1   I was ready to throw up the Precincts Votes without any Ifs and and's.

1823   tr. J. L. H. Campan *Memoirs Marie Antoinette* (ed. 2) I. x. 259   Five different requests—such an office, *or* such a mark of distinction, *or*..and so on... The *ors* were changed into *ands*.

1922   *Ann. Amer. Acad. Polit. & Social Sci.* **102** 109/2   Without any ifs, ands or buts.

1935   C. BEATON *Diary* in *Self Portrait with Friends* (1979) v. 43   There are no ifs and ands. If I live with a man I know so. There's no *parti pris*.

1995  *Denver Post* 27 Aug. A22/3   As with all these proposals, ifs, ands and buts abound.

2000  *High Country News* 19 June 3/4   It will be a national priority to preserve these roadless areas as they are, no ifs, ands or buts about it.

**2.** *Computing* and *Electronics*. A Boolean function of two or more variables that has the value unity (or true) if and only if each variable has this value; (also) a data search function of two or more terms that returns only data matching all the terms. Usually *attributive* and in capitals, esp. designating devices for realizing this function.

[1938  C. E. SHANNON in *Trans. Amer. Inst. Electr. Engin.* **57** 718/1   There are many special types of relays and switches... The operation of all these types may be described with the words 'or', 'and', 'if', 'operated', and 'not operated'.]

1946  J. P. ECKERT in *Theory & Techniques Design Electronic Digital Computers* (Univ. Pennsylvania) (1947) II. xv. 9   In an 'and' circuit, when an impulse A and an impulse B are received on a set of terminals, an output will be given.

1960  M. G. SAY et al. *Analogue & Digital Computers* viii. 165   The 'and' and 'or' operations may be performed by the diode gates.

1971  J. H. SMITH *Digital Logic* iv. 51   The AND function, like the OR, is used for simplifying circuit arrangements but does not form the basis for a complete logic system.

1984  J. HILTON *Choosing & using your Home Computer* 51/1   Combinations of AND, OR and NOT allow all decisions based on conventional logic to be made.

2005  S. ELIAS & S. LEVINKIND *Legal Res.* (ed. 13) xiii. 13/2   We encountered the most common and simplest Boolean command: the *and* command. If you enter two words in your search engine query box and separate them with an *and*, you are telling the search engine to pull up all documents that contain both words.

## COMPOUNDS

**AND gate**  *n. Computing* and *Electronics* a circuit which produces an output only when signals are received simultaneously through all input connections.

1959  *Bell Syst. Techn. Jrnl.* **38** 50   The operation of the Laddic as an AND gate.

1997  *T3* Jan. 67/1   The AND gate gives you the sum of the input and the OR gate gives you the inverse of the sum.

2003  T. CRANE *Mech. Mind* (ed. 2) iv. 145   The causal properties of the and-gate are those properties to which the machine is causally sensitive: the machine will output an electric current when and only when it takes electric currents from both inputs.

This entry has been updated (OED Third Edition, June 2008).

Oxford University Press
Copyright © 2019 Oxford University Press . All rights reserved.