UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMO HOLDINGS INC.

        Plaintiff,

  -v-

HONG KONG UCLOUDLINK NETWORK
TECHNOLOGY LIMITED, AND
UCLOUDLINK (AMERICA), LTD.

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CIVIL ACTION NO. 18CV5427 (JSR)**

### DECLARATION OF MATTHEW J. WELDON IN SUPPORT OF PLAINTIFF SIMO HOLDINGS INC.'S OPPOSITION TO DEFENDANTS HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD.'S MOTION FOR SUMMARY JUDGMENT OF <u>NON-INFRINGEMENT AND NO PRE-SUIT DAMAGES</u>

I, MATTHEW J WELDON, declare that the following is true and correct:

1. I am a partner at K&L Gates, LLP, counsel to Plaintiff SIMO Holdings Inc. ("SIMO") in this action. I am admitted to practice in this Court, and I am familiar with the facts and circumstances set out herein. I submit this Declaration in support of SIMO's Opposition to Defendants' Motion for Summary Judgment of Non-Infringement and No Pre-Suit Damages.

2. Annexed hereto as **<u>Exhibit 1</u>** is a true and correct copy of excerpts from Martin J. Feuerstein's deposition transcript on February 25, 2019.

3. Annexed hereto as **<u>Exhibit 2</u>** is a true and correct copy of the Declaration of Dr. Paul C. Clark in Support of SIMO's Response in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement and No Pre-Suit Damages.

1

4. Annexed hereto as **Exhibit 3** is a true and correct copy of excerpts from the Initial Expert Report of Dr. Paul C. Clark.

5. Annexed hereto as **Exhibit 4** is a true and correct copy of UCLOUDLINK0385307-UCLOUDLINK0385396 (ISO/IEC 7816-4 (2005)).

6. Annexed hereto as **Exhibit 5** is a true and correct copy of excerpts from Paul Clark's deposition transcript on February 15, 2019.

7. Annexed hereto as **Exhibit 6** is a true and correct copy of excerpts from Xiaolei Qin's deposition transcript on November 5, 2018.

8. **Exhibit 7** is omitted intentionally.

9. Annexed hereto as **Exhibit 8** is a true and correct copy of excerpts from Martin J. Feuerstein's Invalidity Expert Report.

10. Annexed hereto as **Exhibit 9** is a true and correct copy of excerpts from Martin J. Feuerstein's deposition transcript on February 26, 2019.

11. Annexed hereto as **Exhibit 10** is a true and correct copy of Plaintiff SIMO Holdings Inc.'s Disclosure of Asserted Claims and Infringement Contentions Pursuant to Local Patent Rule 6.

12. Annexed hereto as **Exhibit 11** is a true and correct copy of excerpts from Rongrong Zeng's deposition transcript on November 8, 2018.

13. Annexed hereto as **Exhibit 12** is a true and correct copy of United States Patent No. 8,116,735.

14. Annexed hereto as **Exhibit 13** is a true and correct copy of the Terminal Disclaimer to Obviate A Double Patenting Rejection Over A "Prior" Patent filed by SIMO Holdings, Inc. at the USPTO on February 13, 2012.

15. Annexed hereto as **Exhibit 14** is a true and correct copy of excerpts from Hua Wei's deposition transcript on November 6, 2018.

16. Annexed hereto as **Exhibit 15** is a true and correct copy of excerpts from John L. Hansen's deposition transcript on February 13, 2019.

17. Annexed hereto as **Exhibit 16** is a true and correct copy of excerpts from Rongrong Zeng's deposition transcript on November 9, 2018.

18. Annexed hereto as **Exhibit 17** is a true and correct copy of UCLOUDLINK0010784-UCLOUDLINK0010862 (uCloudlink's technical document discussing Skyroam's confidential technology) and a certified translation thereof.

19. Annexed hereto as **Exhibit 18** is a true and correct copy of UCLOUDLINK0010899-UCLOUDLINK0010914 (uCloudlink's technical document discussing Skyroam's confidential technology) and a certified translation thereof.

20. Annexed hereto as **Exhibit 19** is a true and correct copy of UCLOUDLINK0217231-UCLOUDLINK0217238 (patent technical disclosure drafted by Wang Bin) and a certified translation thereof.

21. Annexed hereto as **Exhibit 20** is a true and correct copy of UCLOUDLINK0217228-UCLOUDLINK0217230 (internal uCloudlink email) and a certified translation thereof.

22. Annexed hereto as **Exhibit 21** is a true and correct copy of the email sent from Mr. Samuel Steinbock-Pratt to the parties on March 1, 2019.

I declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the foregoing is true and correct.

Dated: New York, New York
       March 19, 2019

                /s/ Matthew J. Weldon
               **MATTHEW WELDON, ESQ.**