# REDACTED EXHIBIT 15

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
SIMO HOLDING, INC.,                  )
                                     )
        Plaintiff,                   )
                                     )
        vs.                          ) Civil Action No.
                                     ) 18-cv-5427-(JSR)
HONG KONG UCLOUDLINK NETWORK         )
TECHNOLOGY LIMITED AND               )
UCLOUDLINK (AMERICA), LTD.,          )
                                     )
        Defendants.                  )
_____ )
```

DEPOSITION OF JOHN L. HANSEN

Wednesday, February 13, 2019

San Francisco, California

Reported By:

Hanna Kim, CLR, CSR No. 13083

Job No. 46095

```
 1
 2
 3
 4          Deposition of JOHN L. HANSEN, taken on
 5          behalf of the Plaintiff, at the law
 6          offices of K&L Gates LLP, 4 Embarcadero
 7          Center, Suite 1200, San Francisco,
 8          California 94111-5994, on Wednesday,
 9          February 13, 2019, beginning at 9:05 a.m.
10          and ending at 4:48 p.m., before Hanna Kim,
11          CLR, Certified Shorthand Reporter,
12          No. 13083.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    3

 1                  A P P E A R A N C E S:

 2


 3   For Plaintiff:

 4           K&L GATES LLP

 5           BY:   HAROLD H. DAVIS, ESQ.

 6           BY:   PETER E. SOSKIN, ESQ.

 7           4 Embarcadero Center, Suite 1200

 8           San Francisco, California 94111-5994

 9           415.249.1008

10           harold.davis@klgates.com

11           peter.soskin@klgates.com

12

13   For Defendants:

14           MORGAN, LEWIS & BOCKIUS LLP

15           BY:   ROBERT W. BUSBY, ESQ.

16           1111 Pennsylvania Avenue, N.W.

17           Washington, D.C. 20004-2541

18           202.739.5970

19           robert.busby@morganlewis.com

20

21

22

23

24

25
```

```
 1                        I N D E X
 2
 3   WITNESS:  JOHN L. HANSEN
 4   EXAMINATION                                        PAGE
 5        BY MR. DAVIS:                                  6
 6
 7
 8                       E X H I B I T S
 9
10   HANSEN DEPOSITION EXHIBITS                         PAGE
11   Exhibit 1     Expert Rebuttal Report of John        24
12                 L. Hansen
13   Exhibit 2     Expert Report of Christopher A.       24
14                 Martinez with Respect to
15                 Damages
16   Exhibit 3     Printout from the New York            29
17                 Department of State website,
18                 with entity status information
19   Exhibit 4     Printout from Wayback Machine         56
20                 on archive.org, of snapshot of
21                 GlocalMe.com web page from
22                 October 28, 2017
23   Exhibit 5     Document; Bates nos.                  57
24                 SIMO_0172805 through '821
25
```

```
                                                                    5

 1                       EXHIBITS (CONTINUED)

 2

 3    HANSEN DEPOSITION EXHIBITS                             PAGE

 4    Exhibit 6      Document; Bates nos.                      60

 5                   UCLOUDLINK0385960 through '963

 6    Exhibit 7      Printout of portion of website           119

 7                   that's at Google Fi,

 8                   "https://fi.google.com/about/

 9                   faq/#switching-plans-1"

10    Exhibit 8      Printout of portion of Google            120

11                   Fi website, discussing the

12                   pricing of its plan

13    Exhibit 9      Printout of web page from                125

14                   Keepgo website

15    Exhibit 10     Document; Bates nos.                     171

16                   SIMO_0150697 through '699

17    Exhibit 11     Document; Bates nos.

18                   UCLOUDLINK 13725 through '737

19    Exhibit 12     Document; Bates nos. SIMO 14359

20                   through '14363

21

22

23

24

25
```

Hansen, John L.                                           February 13, 2019

                                                                          6

1                    San Francisco, California
2            Wednesday, February 13, 2019; 9:08 a.m.
3                              --o0o--
4                          JOHN L. HANSEN,
5    having been administered an oath, was examined and
6    testified as follows:
7                           EXAMINATION
8    BY MR. DAVIS:
9        Q.   Good morning, Mr. Hansen.
10       **A.   Good morning.**
11       Q.   How are you doing today?
12       **A.   Fine, thank you.**
13       Q.   All right.  Well, thank you for coming out
14   on a wet and cold San Francisco morning.  I
15   represent SIMO, the plaintiff in this case.
16            You've been deposed many times before,
17   correct?
18       **A.   That's correct.**
19       Q.   All right.
20            So is it fair to say you understand how
21   this deposition process works?
22       **A.   I do.**
23       Q.   All right.
24            If you need a reminder on anything, just
25   let me know, but I don't think that will be the

238

1                              JURAT

2

3        I, JOHN L. HANSEN, do hereby certify under

4   penalty of perjury that I have read the foregoing

5   transcript of my deposition taken on Wednesday,

6   February 13, 2019; that I have made such corrections

7   as appear noted herein in ink, initialed by me; that

8   my testimony as contained herein, as corrected, is

9   true and correct.

10

11       Dated this _____ day of _____,

12  2019, at _____,

13  California.

14

15

16

17                          _____
                            JOHN L. HANSEN
18

19

20

21

22

23

24

25

239

1           CERTIFICATE OF REPORTER

2

3           I, Hanna Kim, a Certified Shorthand

4   Reporter, do hereby certify:

5           That prior to being examined, the witness

6   in the foregoing proceedings was by me duly sworn to

7   testify to the truth, the whole truth, and nothing

8   but the truth;

9           That said proceedings were taken before me

10  at the time and place therein set forth and were

11  taken down by me in shorthand and thereafter

12  transcribed into typewriting under my direction and

13  supervision;

14          I further certify that I am neither

15  counsel for, nor related to, any party to said

16  proceedings, not in anywise interested in the

17  outcome thereof.

18          In witness whereof, I have hereunto

19  subscribed my name.

20

21  Dated:  ____ day of _____, 2019

22

23                      _____
                        Hanna Kim
24                      CLR, CSR No. 13083

25