# REDACTED EXHIBIT 17