# REDACTED EXHIBIT 20