# Exhibit B
# (FILED UNDER SEAL)

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

SIMO HOLDINGS, INC.,                        )
                                            )
 Plaintiff,                                 )
                                            )
         vs.                                )No. 18-cv-5427-(JSR)
                                            )
 HONG KONG UCLOUDLINK NETWORK               )
 TECHNOLOGY LIMITED and UCLOUDLINK          )
 (AMERICA), LTD.,                           )
                                            )
 Defendants.                                )
_____

Deposition Upon Oral Examination Of

MARTIN FEUERSTEIN

Volume I

*** CONFIDENTIAL, ATTORNEYS' EYES ONLY ***

_____

9:30 a.m.

February 25, 2019

7401 164th Avenue NE

Redmond, Washington

REPORTED BY:  Yvonne A. Southworth, CCR No. 2129.

CONFIDENTIAL, ATTORNEYS' EYES ONLY

Feuerstein, Martin - Vol. I                          February 25, 2019



42

1   cellular network.

CONFIDENTIAL, ATTORNEYS' EYES ONLY
Feuerstein, Martin - Vol. I                       February 25, 2019



81

1   ██████████████████████████████████

CONFIDENTIAL, ATTORNEYS' EYES ONLY

Feuerstein, Martin - Vol. I                             February 25, 2019

139

1    communication circuitry, 518, coupled to one or more
2    wireless radios or transceivers, 540, semicolon, user
3    interface devices 506, comma, like a display, 508,
4    comma, keyboard, 510, comma, speaker, comma, and
5    microphone, 511, parentheses, a self-contained power
6    source, 502, like a battery, comma, coupled to a power
7    management module, 504, comma, and at least one BUS,
8    514, that includes the aforementioned components.
9            Do you see that?  My question is very
10   simple, sir.  Do you see what I just read?
11   **A         I see what you just read, yes.**
12   Q         All right.  Doesn't that there say that a --
13   it's referring to a plurality of components.  So
14   there's at least one processor, a memory, and so on,
15   not two processors, two memories, and so on?
16           MR. ZHU:  Objection.
17   **A         So I see the same column, line 25 seems to**
18   **be describing this as one embodiment, but there are**
19   **different embodiments and some other embodiments.**
20   Q         Right.  What it actually says though, sir,
21   the actual quote, not your interpretation, different
22   embodiments may include some or all of these
23   components.  Doesn't that indicate, like I said, it
24   could have one processor and a memory, and maybe it
25   doesn't have some of that other stuff.  It can have

140

1   some or all.  That's what it's saying in the
2   specification, clear as day, right?
3           MR. ZHU:  Objection.
4   Q       Let me rephrase the question.  You don't
5   dispute that the patent says different embodiments may
6   include some or all of these components.  That's what
7   the patent says, right?
8   **A       Yes.  That's what the patent says.**
9   Q       All right.  And it also -- the section I
10  read just above, it talks about having one processor
11  and a memory, among other things.  I give you that.
12  But it's referring to one processor, not two, not
13  three, one.  Right?
14  **A       Okay.  Can you repeat the question, please?**
15  Q       The section I read talks about having one
16  processor and a memory, among other things?
17  **A       At least one processor.**
18  Q       Right.  It's referring to one, not two, not
19  three, correct?
20  **A       It's referring to at least one.  Such as at**
21  **least one.**
22  Q       Right.  So it could have one processor,
23  correct?
24  **A       Yes, it could have one.**
25  Q       All right.  In your opinion, in order to