# Exhibit C

CONFIDENTIAL, ATTORNEYS' EYES ONLY

Feuerstein, Martin - Vol. II                                    February 26, 2019

153

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

SIMO HOLDINGS, INC.,                        )
                                            )
 Plaintiff,                                 )
                                            )
        vs.                                 )No. 18-cv-5427-(JSR)
                                            )
HONG KONG UCLOUDLINK NETWORK                )
TECHNOLOGY LIMITED and UCLOUDLINK           )
(AMERICA), LTD.,                            )
                                            )
 Defendants.                                )

_____

Deposition Upon Oral Examination Of

MARTIN FEUERSTEIN

Volume II

*** CONFIDENTIAL, ATTORNEYS' EYES ONLY ***

_____

9 o'clock a.m.

February 26, 2019

7401 164th Avenue NE

Redmond, Washington

REPORTED BY:  Yvonne A. Southworth, CCR No. 2129.

Henderson Legal Services, Inc.
202-220-4158                                www.hendersonlegalservices.com

CONFIDENTIAL, ATTORNEYS' EYES ONLY

Feuerstein, Martin - Vol. II                                February 26, 2019

158

1  Q       All right.  Do you know whether that term
2  was argued as part of the claims construction in this
3  case?
4  **A       I do not.**
5  Q       Do you know if the Court construed the term,
6  relaying, in Claim 8?
7  **A       I do not see that in the claim construction**
8  **exhibit.**
9  Q       Were you the one who suggested that perhaps
10 this limitation wasn't met, or was this suggested to
11 you by someone else?
12 **A       I have a strong opinion about the "relay",**
13 **and it has long-standing use in telecomm.  I guess the**
14 **simplest example would be from normal life, a relay**
15 **race.  You have a baton, and it gets handed from one**
16 **person to the next, intact, as-is, without being taken**
17 **apart or modified or repackaged into something else.**
18         **That has a similar meaning in telecomm.  If**
19 **something is relayed, if it's a particular message,**
20 **it's received in a particular format and then relayed,**
21 **re-sent in that same format to some other entity,**
22 **which is consistent with the -- the definition that I**
23 **gave in my report, to receive and pass on information**
24 **or a message.**
25 Q       Okay.  I have two follow-up questions on

159

1   that.  When you talked about a relay race, the first
2   runner in a relay already has the baton, do they not?
3   **A        Yes.  They start with the baton.**
4   Q         Right.  And so they can't get the baton from
5   somewhere else.  They start with the baton and hand it
6   to --
7   **A        Right.  We're always talking about, and the**
8   **patent talks about, and the claim talks about a --**
9   **some type of a request coming in and going out.  And**
10  **that -- that coming in and going out of the message is**
11  **the relaying.  So the most appropriate analogy to**
12  **what's described in the claims and in the -- in the**
13  **patent is, if you will, the stage of the relay race**
14  **where one person is handing the baton off to another.**
15            **Because they're sort of two legs.  There's**
16  **one person handing off to the other.  And in the**
17  **patent itself and in the claims, there's a request**
18  **coming in and a request going out that is relayed.  So**
19  **there are two legs to that.**
20  Q         All right.  You say that, but that's not how
21  the claim is worded, is it, Dr. Feuerstein?  Isn't
22  the -- isn't the activity before or the step before
23  relaying that you establish a local authentication
24  information request?  That happens before you relay
25  it.  Isn't that true?

Feuerstein, Martin - Vol. II                              February 26, 2019

162

1  commentary in the middle of it, and then I show that
2  to the jury, I'm relaying parts of your discussion
3  here, aren't I?
4  **A        No.  I don't agree with that.**
5  Q        You don't think that's a relaying.  That's
6  basically where we're coming from?
7  **A        Yes.**
8  Q        All right.  Can you point to anything in the
9  patent that supports your definition that that's what
10 relay means, without repackaging or anything like
11 that?  Any line, any figure, anything at all?  And the
12 reason why I ask is because it's not -- it's not in
13 your report anywhere.  There's nothing cited in your
14 report.
15 **A        So when I look at Figure 8, in the patent --**
16 Q        Okay.
17 **A        It clearly shows the service provider, 110,**
18 **sending a request for authentication information to**
19 **the client, 106.**
20 Q        I'm sorry.  Are you on Figure 3A?
21 **A        Figure 8.**
22 Q        I'm sorry.  I just misheard you.  I should
23 have been paying closer attention.  Okay.  We're at
24 Figure 8.
25 **A        Figure 8.  So there's a request for**

CONFIDENTIAL, ATTORNEYS' EYES ONLY

Feuerstein, Martin - Vol. II                    February 26, 2019

163

1    authentication information that goes to the client,
2    106.  That's line 804.  And there is, at line 806, a
3    request for authentication information that's relayed
4    to the administration system.
5    Q        I'm sorry to stop you there.  But Figure 8
6    doesn't say anything about relaying, does it?  The
7    word, relay, doesn't appear there?
8    A        From a person of ordinary skill in the art,
9    this is the -- this diagram in Figure 8 is what we
10   would typically call a call flow or message flow.  If
11   it was a voice call, it would be a call flow.  If it
12   was some kind of a data, it would be a message flow.
13   These are clearly messages.  And the requests for
14   authentication information and requests for --
15   requests for authentication information that goes to
16   the client, and the same request for authentication
17   information is relayed from the client to the
18   administration system, or admin system as it's labeled
19   here, 116, which is -- just a moment, I'm not done --
20   which is consistent with the claim language of
21   relaying the local authentication information request
22   to the remote administration system via the data
23   communications link.  I think that's exactly what's
24   shown here.  And the fact that this is authentication
25   information, authentication information indicates that