# Exhibit H

# Exhibit B

| Claim Element (Asserted claims 1, 5, 7, 8, 10-14, 19, and 20) | In View of WO 2006094564 A1 ("*Walton*") and SIM Access Profile - Interoperability Specification, Version 1.0 ("*SAP*" hereafter) |
|---|---|
| information are stored by the foreign wireless communication client or the extension unit. | |
| **Claim 7 (Dependent)** | |
| 7<br>The authentication bank of claim 1, wherein the first request for authentication information further comprises at least one of a unique subscriber identifier, a wireless communication client identifier, a password, and a current location of the foreign wireless communication client or the extension unit. | *See* e.g., *Walton at* 4:30-31, 5:1-12, and 6:23-30.<br><br>*See also*, e.g., *Sap* at Figure 4-4, page 15, page 16, page 13, page 42, and page 47. |
| **Claim 8 (Independent)** | |
| 8[p]<br>A wireless communication client or extension unit comprising a plurality of memory, processors, programs, communication circuitry, authentication data stored on a subscribed identify module (SIM) card and/or in memory and non-local calls database, at least one of the plurality of | *See* e.g., *Walton* at Abstract, 4:4-5:12, 6:23-30, 6:4-30, and 8:1-10. |

**DEFENDANTS HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD.'S INVALIDITY CONTENTIONS PURSUANT TO LOCAL PATENT RULE 7**

5

# Exhibit B

| Claim Element (Asserted claims 1, 5, 7, 8, 10-14, 19, and 20) | In View of WO 2006094564 A1 ("*Walton*") and SIM Access Profile - Interoperability Specification, Version 1.0 ("*SAP*" hereafter) |
|---|---|
| programs stored in the memory comprises instructions executable by at least one of the plurality of processors for: | |
| 8[a] enabling an initial setting of the wireless communication client or the extension unit and a remote administration system; | *See* e.g., claim element 1[a] of '735 patent. |
| 8[b] establishing a data communication link to transmit information among the wireless communication client or the extension unit, and the remote administration system; | *See* e.g., claim element 1[a]. |
| 8[c] establishing a local authentication information request in response to a local authentication request by a local cellular communication network, wherein the local authentication information request comprises information regarding the local authentication request for local authentication information | *See* e.g., 1[a] and 1[c] |

**DEFENDANTS HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD.'S INVALIDITY CONTENTIONS PURSUANT TO LOCAL PATENT RULE 7**

6