# Exhibit M

# relay, *v.*1

**Pronunciation:** Brit. /rɪˈleɪ/, /ˈriːleɪ/, U.S. /riˈleɪ/, /rəˈleɪ/, /ˈriˌleɪ/
**Forms:** lME **rebaie** (transmission error), lME **relaied** (past participle), lME **relaye** ...
**Frequency (in current use):**
**Origin:** Of multiple origins. Partly a borrowing from French. Partly formed within English, by conversion. **Etymons:** French *relayer* ; RELAY *n.*1
**Etymology:** Partly < Middle French, French *relayer*...

†**1.** *Hunting*.

 **a.** *intransitive*. To release a set of hounds in a chase, esp. after a previous set has passed. Also *transitive* with the hounds as object. *Obsolete*.

 *figurative* in quot. 1565.

> c1425 EDWARD, DUKE OF YORK *Master of Game* (Vesp. B.xii) (1904) 96 (*MED*)  If..þe hunter þat hath relaied see þat þe deer ben likly to falle in daunger..he shuld, whan he haþ relaied, stonde stille in þe fues and halow þe houndis.
> c1425 EDWARD, DUKE OF YORK *Master of Game* (Vesp. B.xii) (1904) 96  He shuld lat þe deer passe and go to þe fues..and relaye vpon þe fues [*a*1425 *Digby* relaye his houndes vpon þe fues].
> 1565 B. GOOGE tr. 'M. Palingenius' *Zodiake of Life* (new ed.) XI. sig. QQ.iiij^v  One starre doth Chiron more relay, the sacrifice in hands He holdes eleuen hath, & deckt with. iiij. the goodly Altare stands.
> 1688 R. HOLME *Acad. Armory* III. 188/2  *Relay*, is to set on fresh Hounds, from a Receit, when the Chase and rest of the Kennel of Hounds be past.

 **b.** *transitive*. To hunt (a deer) using relays. *Obsolete*. *rare*⁻¹.

> c1425 EDWARD, DUKE OF YORK *Master of Game* (Vesp. B.xii) (1904) 98 (*MED*)  And he [*sc.* the stag] haþ be so wel ronne to and enchased and entreued, and so oft relayed and vannlaied to..þan turne he his lede [*read* hede] and standeþ at a bay.

**2.**

 **a.** *transitive*. To place or arrange (esp. horses or people) in relays; to provide with, or replace by, fresh relays. Now *hist.* and *rare*.

> 1788 EARL OF MALMESBURY *Diaries & Corr.* II. 427  The emissaries of this Cabal had been relayed (if I may use the expression) on the road.
> 1832 Z. ALLEN *Pract. Tourist* (1833) II. 404  The coach-horses on the principal roads in England are relayed at the end of eight or ten miles.
> 1883 *Daily News* 3 Jan. 5/6  Those who watched in the mortuary room were relayed every ten minutes.
> 1883 *Pall Mall Gaz.* 18 Dec. 4/2  Our human ponies were not relayed.
> 1917 D. C. ROPER *U.S. Post Office* i. 6  The students employed runners who, by operating under prescribed schedules, relayed each other and carried..messages of all kinds.
> 1986 *Monumenta Nipponica* 41 379  The prohibition against the skipping of any post station obliged travelers to be relayed at each station: travelers switched palanquins or horses, and goods were transferred to another horse that worked the stretch of road to the following stop.

 **b.** *intransitive*. To obtain a fresh relay of horses. Now *rare*.

> 1829 P. HAWKER *Diary* (1893) II. 4  [I] relayed with a horse at Winchester that..could only toddle along.
> 1853 *Knickerbocker* Feb. 99  When we stopped to relay, we were immediately surrounded by a crowd of ragged beggars.
> 1906 C. E. MULFORD in *Outing* July 423/2  They relayed at the Barred-Horseshoe and went on their way at the same place.
> 1921 C. E. MULFORD *Bar-20 Three* vi. 77  A hard-riding courier, relaying twice, carried the work of the job-print toward Mesquite.

**3.** *transitive*.

 **a.** To pass on (a message or information).

> 1859 S. SMITH *Thirty Years Out of Senate* xxiii. 128 (*caption*)   A young boy stands by the table relaying a message to the man.
> 1943 M. MILLAR *Wall of Eyes* xiv. 182  Alice knew from the smile and the voice that Maurice had some kind of bad news and was determined to relay it.
> 1956 A. H. COMPTON *Atomic Quest* ii. 117  These men were thoroughly acquainted with our wartime methods of bomb construction and relayed the techniques to Russia.
> 1974 *State* (Columbia, S. Carolina) 13 Feb. 5- A/1  President Nixon relayed word through a spokesman Tuesday that he has no plans to visit the Middle East.
> 1989 P. D. JAMES *Devices & Desires* xxxi. 220  Oliphant had made it his business to find out something of their past and had relayed the information to Rickards.
> 2008 M. BLAKE *Comfortably Numb* ii. 10  Syd's family informed David Gilmour, who relayed the news to his former bandmates.

 **b.** To pass on or retransmit (signals received from elsewhere). Also more generally: to transmit.

> 1872 *Ann. Rep. Secretary War* (U.S.) 701  Telegraph line to the summit works very hard, and I had to relay the Mount Washington signals.
> 1904 *Marconigram* July 16/2  One may telephone from New York, have the telegraphone record his message and repeat it over another wire to St. Louis, where another machine relays it to Denver.
> 1923 *Glasgow Herald* 22 Mar. 9/2  A Birmingham concert was relayed for London with some success.
> 1961 *Lancet* 2 Sept. 546/2  Discriminative sensation travels by the lemniscal pathway and is relayed..via the thalamus to the cortex.
> 1969 *Times* 16 July 4/1  The television pictures to be relayed back to earth will be taken by a camera fixed on a special attachment.

1992   V. Capel *Public Addr. Syst.* i. 1   The purpose of a public address system is to relay speech.

2008   J. Schaffler *Digital Signage* ix. 189   Each time a train pulls into a station, new video updates are instantly relayed via Wi-Fi to an on-board server.

---

**Derivatives**

ˈrelayed *adj.* that has been relayed (in sense 3b).

1881   *Instr. Observers Signal Service* (U.S. Army) 218   Whenever a 'relayed' message, in course of transmission, is stopped at a relaying office.., the office from which it was originally sent should be promptly notified.

1949   *Radio Times* 15 July 6/1   [We] presented an electrophone to our aged father on October 5th, 1908... I have a vivid recollection of..listening to a relayed programme.

2005   A. Smith *Accidental* 292   Their special relayed televised message to her had reached its end.

Oxford University Press
Copyright © 2019 Oxford University Press . All rights reserved.