# Exhibit N



SINCE 1828
Menu

-
-
-

- JOIN MWU

  Gain access to thousands of additional definitions and advanced search features—ad free! JOIN NOW

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- VIDEO
- MORE
  WORD OF THE DAY　VIDEO　WORDS AT PLAY　FAVORITES
- WORDS AT PLAY
- FAVORITES

Facebook　Twitter　YouTube　Instagram

relay
✕

🔍

dictionary thesaurus

- JOIN MWU
- GAMES
- THESAURUS
- WORD OF THE DAY
- VIDEO
- WORDS AT PLAY
- FAVORITES

Follow: Facebook　Twitter　YouTube　Instagram

# relay

noun

re·lay | \ ˈrē-ˌlā  \

# Definition of *relay*

(Entry 1 of 3)

1a **:** a supply (as of horses) arranged beforehand for successive relief
b **:** a number of persons who relieve others in some work worked in relays around the clock
2a **:** a race between teams in which each team member successively covers a specified portion of the course
b **:** one of the divisions of a relay
3 **:** an electromagnetic device for remote or automatic control that is actuated by variation in conditions of an electric circuit and that operates in turn other devices (such as switches) in the same or a different circuit
4 **:** [servomotor](#)
5 **:** the act of passing along (something, such as a message or ball) by stages also **:** one of such stages

relay

[verb (1)](#)
re·lay | \ ˈrē-ˌlā 🔊 , ri-ˈlā 🔊 \
relayed; relaying

Definition of *relay* (Entry 2 of 3)

[transitive verb](#)

1a **:** to place or dispose in [relays](#)
b **:** to provide with relays
2 **:** to pass along by relays news was relayed to distant points
3 **:** to control or operate by a relay

relay

[verb (2)](#)
re·lay | \ (ˌ)rē-ˈlā 🔊 \
relaid\ -ˈlād 🔊 \; relaying

Definition of *relay* (Entry 3 of 3)

[transitive verb](#)

**:** to lay again relay track

# Examples of *relay* in a Sentence

Noun

Our *relay* team is training for next weekend's race. a satellite *relay* of a television signal
See More ⊕⊖

# First Known Use of *relay*

Noun

15th century, in the meaning defined at [sense 1a](#)

Verb (1)

1788, in the meaning defined at sense 1a

Verb (2)

1757, in the meaning defined above

## History and Etymology for *relay*

Noun

Middle English, set of fresh hounds, from *relayen*

Verb (1)

Middle English, to release a set of fresh hounds, take a fresh horse, from Middle French *relaier*, from re- + *laier* to let go, leave — more at delay

Verb (2)

re- + lay entry 1

Keep scrolling for more

## Learn More about *relay*

Share *relay*



Resources for *relay*

 Time Traveler! Explore the year a word first appeared

## Dictionary Entries near *relay*

relaxed

relaxin

relaxometer

relay

relay broadcast

relay governor

relay nucleus

## Statistics for *relay*

Look-up Popularity

Top 40% of words

Time Traveler for *relay*

## The first known use of *relay* was in the 15th century

[See more words from the same century](#)

Keep scrolling for more

More Definitions for *relay*

relay

[noun](#)


## English Language Learners Definition of *relay*

: a race between teams in which each team member runs, swims, etc., a different part of the race
: the act of passing something from one person or device to another also : a system for doing this
: a group of people, horses, etc., that takes the place of others so that something (such as a job or an activity) is done continuously

[See the full definition for *relay* in the English Language Learners Dictionary](#)

relay

[noun](#)
re·lay | \ ˈrē-ˌlā 🔊 \

## Kids Definition of *relay*

 (Entry 1 of 2)

1 **:** a race between teams in which each team member covers a certain part of the course
2 **:** the act of passing something from one person to the next
3 **:** a fresh supply (as of horses or people) arranged to relieve others

relay

[verb](#)
re·lay | \ ˈrē-ˌlā 🔊 , ri-ˈlā\
relayed; relaying

Kids Definition of *relay* (Entry 2 of 2)

: to pass along by stages Please *relay* the message to the others.

Keep scrolling for more

More from Merriam-Webster on *relay*

Rhyming Dictionary: Words that rhyme with *relay*

Spanish Central: Translation of *relay*

Nglish: Translation of *relay* for Spanish Speakers

Britannica English: Translation of *relay* for Arabic Speakers

Britannica.com: Encyclopedia article about *relay*

Comments on *relay*

What made you want to look up *relay*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS ⊕

**WORD OF THE DAY**

# parabolic 🔊

of or relating to a parable or parabola

Get Word of the Day daily email!

Your email address     SUBSCRIBE

**Test Your Vocabulary**

A Green Quiz

-