# Exhibit P

# Exhibit P

# ETSI TS 122 101 V8.13.0 (2009-10)

*Technical Specification*

# Universal Mobile Telecommunications System (UMTS); LTE; Service aspects; Service principles (3GPP TS 22.101 version 8.13.0 Release 8)



- Under emergency situations, it may be desirable for the operator to prevent UE users from making access attempts (including emergency call attempts) or responding to pages in specified areas of a network, see 3GPP TS 22.011 [11];

- Ciphering Indicator for terminals with a suitable display;

- The ciphering indicator feature allows the UE to detect that the 3GPP radio interface ciphering (user plane) is not switched on and to indicate this to the user. The ciphering indicator feature may be disabled by the home network operator setting data in the SIM/USIM. The default terminal behaviour shall be to take into account the operator setting data in the SIM/USIM. However, terminals with a user interface that can allow it, shall offer the possibility for the user to configure the terminal to ignore the operator setting data in the SIM/USIM. If this feature is not disabled by the SIM/USIM or if the terminal has been configured to ignore the operator setting data in the SIM/USIM, then whenever a user plane connection is in place, which is, or becomes un-enciphered, an indication shall be given to the user. In addition, if this feature is not disabled by the SIM/USIM or if the terminal has been configured to ignore the operator setting data in the SIM/USIM, then additional information may be provided about the status of the ciphering. Ciphering itself is unaffected by this feature, and the user can choose how to proceed;

- Support for PLMN selection.

- Support for handling of interactions between toolkits concerning the access to UE MMI input/output capabilities;

- Whenever an application (e.g. a SAT/MExE/WAP application) requires the access to the UE MMI input/output capabilities (e.g. display, keyboard,… ), the UE shall grant this access subject to the capabilities of the UE. This shall not cause the termination of any other applications (e.g. WAP browser or MExE/SAT application) which were previously using these UE resources. The UE shall give the user the ability to accept or reject the new application. In the case that the application request is rejected, the access to the UE MMI input/output capabilities is returned to the applications which were previously using these UE resources.  If the user decides to continue with the new application, then when this new application is terminated, the access to the UE MMI input/output capabilities shall be returned to the UE to be re-allocated to applications (e.g. the preceding application which was interrupted). Subject to the capabilities of the UE, the user shall have the ability to switch the MMI input/output capabilities between applications.

Note: Rejecting a request to access the UE MMI input/output capabilities  by an application does not necessarily mean that it is terminated, but only that the access to the UE MMI input/output capabilities are not granted to this application. Handling of rejection (termination, put on hold,…) is the responsibility of the application.

Annex A describes a number of features which may optionally be supported by the UE.

# 15  Relationship between subscription and service delivery

## 15.1  Subscription

A subscription describes the commercial relationship between the subscriber and the service provider.

Case 1:18-cv-05427-JSR   Document 97-16   Filed 03/19/19   Page 4 of 4



**Figure 4: Subscriber, subscription and services relationship**

A subscription to a network operator may provide the user with access to one or more domains. A Subscription shall identify the set of services, within particular domains, to which the user has access (see figure 3); each subscription may specify a different set of services. These services may be provided by the CS CN Domain and/or a PS CN Domain and/or an IM CN subsystem. Subscriptions relate to services such as Basic Services (e.g. Teleservices, Bearer services), PS services and IM-Services (IP-based multimedia services), which are typically provided by network operators, and to value added services which typically are provided by network operators and/or other entities that provide services to a subscriber

The subscription identifies:

- the services and related services information that are made available to the subscriber by the service provider ;

In addition a subscription to a network operator may identify:

- the domains to which the user has been granted access by the network operator. In particular, the PS service profile and information on the allowed QoS parameter ranges shall be contained in the subscription.

- the identity of the subscriber within these domains.
  Note: The identity of a subscriber in the CS CN domain and PS CN domain (e.g. her IMSI) may potentially be different to her identity in the IM CN subsystem

- the radio access systems over which the subscriber may access their services e.g. UTRAN, GERAN, EUTRAN, I-WLAN.

## 15.2     Other concepts associated with services

**Provision of services:**
An action to make a service available to a subscriber. The provision may be:

- general:     where the service is made available to all subscribers (subject to compatibility restrictions enforced) without prior arrangements being made with the service provider;

- pre-arranged:   where the service is made available to an individual subscriber only after the necessary arrangements have been made with the service provider.

**Withdrawal:**
An action taken by the service provider to remove an available service from a subscriber's access. The withdrawal may be:

- general:     where the service is removed from all subscribers provided with the service;