# Exhibit R



(Source: https://www.glocalme.com/mall/wifi?type=g3&giso=US)

| Claim 8 | uCloudlink Accused System and Method |
|---|---|
| [8pre] A wireless communication client or extension unit comprising a plurality of memory, processors, programs, communication circuitry, authentication data stored on a subscribed identify module (SIM) card and/or in memory and non-local calls database, at least one of the plurality of programs stored in the memory comprises instructions executable by at least one of the plurality of processors for: | To the extent the preamble is determined to be limiting, uCloudlink's Accused System and Method comprise a wireless communication client (e.g., a Wifi hotspot device or a mobile phone) or extension unit (e.g., a Wifi hotspot device) comprising a plurality of memory, processors, programs, communication circuitry (e.g., as shown on the circuit board below), authentication data stored on a subscribed identify module (SIM) card (e.g., as shown on the circuit board below) and/or in memory and non-local calls database, at least one of the plurality of programs stored in the memory comprises instructions executable by at least one of the plurality of processors.<br><br> |

|  | (Source: https://www.glocalme.com/mall/wifi?type=g3&giso=US)<br><br><br><br>(Source: https://www.amazon.com/GlocalMe-Hotspot-Upgraded-Worldwide-International/dp/B072KKF37M/ref=sr_1_3?ie=UTF8&qid=1528224511&sr=8-3&keywords=glocalme) |
|---|---|


(Source: https://www.glocalme.com/mall/wifi?type=inside&giso=US)



(Glocalme G3)



(Glocalme G3, showing SIM card)

| | |
|---|---|
| | <br>(Glocalme G3 Instructions) |
| [8a] enabling an initial setting of the wireless communication client or the extension unit and a remote administration system; | uCloudlink's Accused System and Method comprise enabling an initial setting (e.g., registration, activation and/or login) of the wireless communication client or the extension unit and a remote administration system. |