UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X:
                                                                                                   :

SIMO HOLDINGS INC.,                       :

        Plaintiff,              :     No. 1:18-cv-05427 (JSR)

    -against-                     :

HONG KONG UCLOUDLINK NETWORK  :
TECHNOLOGY LIMITED and
UCLOUDLINK (AMERICA), LTD.,         :

          Defendants.       X
--------------------------------------------------------

### DEFENDANTS HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD.'S <u>NOTICE OF MOTIONS *IN LIMINE*</u>

      PLEASE TAKE NOTICE that, pursuant to Rule 9 of the Individual Rules of Practice of Hon. Jed. S. Rakoff, Defendants Hong Kong uCloudlink Network Technology Limited and uCloudlink (America), Ltd. ("uCloudlink") move this Court for an order precluding testimony and evidence at trial as outlined in its accompanying Memorandum.

      In support of this Motion, uCloudlink shall rely upon this Notice of Motion, the Memorandum of Law in Support of its Motions *In Limine*, and the Declaration of Bradford A. Cangro, with its exhibits.

      Pursuant to this Court's Individual Rules and Practices, the briefing schedule was as follows:

uCloudlink's Motions *In Limine*:        April 17, 2019

Opposition Papers:                    April 24, 2019

      The final pre-trial conference is set to take place on April 24, 2019 at 4:15 p.m.  The trial is set for May 1, 2019.

| | |
|---|---|
| Date: April 24, 2019 | /s/ Bradford A. Cangro<br>Robert Busby (admitted *pro hac vice*)<br>robert.busby@morganlewis.com<br>Bradford A. Cangro (admitted *pro hac vice*)<br>bradford.cangro@morganlewis.com<br>**Morgan, Lewis & Bockius LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>+1.202.739.3000<br>+1.202.739.3001<br><br>Jason C. White (admitted *pro hac vice*)<br>jason.white@morganlewis.com<br>Nicholas A. Restauri (admitted *pro hac vice*)<br>nicholas.restauri@morganlewis.com<br>Karon N. Fowler (admitted *pro hac vice*)<br>karon.fowler@morganlewis.com\|<br>**Morgan, Lewis & Bockius LLP**<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>+1.312.324.1000<br>+1.312.324.1001<br><br>Shaobin Zhu<br>shaobin.zhu@morganlewis.com<br>**Morgan, Lewis & Bockius LLP**<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>+1 650.843.4000<br>+1 650.843.4001<br><br>Michael E. Tracht<br>michael.tracht@morganlewis.com<br>**Morgan, Lewis & Bockius LLP**<br>101 Park Avenue<br>New York, NY 10178<br>+1.212.309.6000<br>+1.212.309.6001<br><br>**Attorneys for Defendants Hong Kong uCloudlink Network Technology Limited and Ucloudlink (America), Ltd.** |