# EXHIBIT 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERIC WELCH - 02/11/2019

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3

 4   SIMO HOLDINGS, INC.,

 5          Plaintiff,

 6   vs.                        Case No.  18-cv-5427 (JSR)

 7   HONG KONG UCLOUDLINK NETWORK

 8   TECHNOLOGY LIMITED, AND

 9   UCLOUDLINK (AMERICA), LTD.,

10
            Defendants.
11   ---------------------------------/

12

13

14

15       ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **

16         VIDEOTAPED DEPOSITION OF ERIC WELCH

17             Monday, February 11, 2019

18

19

20

21

22

23   Reported by:
     LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
24   California CSR No. 10523

25   Job No. WDC-205961
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERIC WELCH - 02/11/2019
Page 41

1      BY MR. ZHU:
2      Q.   You can take out your -- basically,
3   2 series exhibits.  You can put them aside.  Now
4   we're back to your report.
5      A.   Okay.
6      Q.   Your report, also Exhibit 1-A, which is
7   defendant's source code log.
8      A.   M-hm.
9      Q.   Can you take a look at defendant's source
10  code log.
11     A.   M-hm.
12     Q.   So does this look familiar to you?
13     A.   It does.  I can see that I signed it twice,
14  which corresponds to my memory.
15     Q.   So you only reviewed the source code twice
16  at our Palo Alto office?
17     A.   That's correct.
18     Q.   That was, like, the first time -- when was
19  your first time to review the source -- review our
20  source code?
21     A.   It looks like we were there on October 12
22  and then again on the 16th.
23     Q.   So first day, on 12, it seems about 2.5
24  hours; right?
25     A.   M-hm.  Yeah.  That's right.

1   Q.   Your second time, about five hours?
2   A.   Five hours, yes.
3   Q.   So in total, less than eight hours;
4   correct?
5   A.   Eight hours at the terminal in the Palo
6   Alto office.  I spent -- after this, I spent, you
7   know, 100 plus hours with the source code.
8   Q.   On the source code production?
9   A.   Right.  Right.  What became clear early on
10  was there's a lot of it, and we needed to reorganize
11  the source code review project and find out best how
12  to -- how to go about doing this.
13          So we convened a team of people, and the
14  first stage was just, you know, finding out which
15  files had the appearance of being relevant, and then
16  we'd get those produced.  And then the rest of us
17  would convene around those and do the real analysis.
18          So the time spent at the terminal by me and
19  everyone else here was just about finding things.
20  It wasn't really about doing the detailed analysis
21  that informed the report.
22   Q.   So based -- based on this source code
23  review log, there's -- there's three columns.  First
24  column is called "Name of person inspecting source
25  code."

CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERIC WELCH - 02/11/2019                                    Page 185

1                    REPORTER CERTIFICATE

2              I, LORRIE L. MARCHANT, Certified Shorthand

3     Reporter, Certificate No. 10523, for the State of

4     California, hereby certify that ERIC WELCH was by me

5     duly sworn/affirmed to testify to the truth, the

6     whole truth and nothing but the truth in the

7     within-entitled cause; that said deposition was

8     taken at the time and place herein named; that the

9     deposition is a true record of the witness's

10    testimony as reported to the best of my ability by

11    me, a duly certified shorthand reporter and a

12    disinterested person, and was thereafter transcribed

13    under my direction into typewriting by computer;

14    that request [ ] was [ X ] was not made to read and

15    correct said deposition.

16             I further certify that I am not interested

17    in the outcome of said action, nor connected with,

18    nor related to any of the parties in said action,

19    nor to their respective counsel.

20             IN WITNESS WHEREOF, I have hereunto set my

21    hand this 12th day of February, 2019.

22

23    _____
           LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
24            Certified Shorthand Reporter #10523

25