# REDACTED
# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3

 4    SIMO HOLDINGS, INC.,

 5              Plaintiff,

 6     vs.                          Case No.  18-cv-5427 (JSR)

 7    HONG KONG UCLOUDLINK NETWORK

 8    TECHNOLOGY LIMITED, AND

 9    UCLOUDLINK (AMERICA), LTD.,

10
              Defendants.
11    ----------------------------------/

12

13

14

15

16      VIDEOTAPED DEPOSITION OF CHRISTOPHER MARTINEZ

17                Tuesday, February 5, 2019

18

19

20
      Reported by:
21    LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
      California CSR No. 10523
22

23    Job No. WDC-205960

24

25
```

```
 1   per customer on average, so --
 2        Q.   Right.  But in all of these summaries and
 3   schedules, you've never done that actual analysis;
 4   correct?
 5        A.   That's correct.  I haven't done that
 6   analysis because I was waiting for the actual data
 7   to do it.  Absent that data, I could do the estimate
 8   based on the information that's in my report.
 9        Q.   All right.  Fair enough.  I'm just trying
10   to ascertain if it's in your report.  That's all I
11   want to know.  Thank you.
12             Would -- if you did that estimate, would
13   that affect your analysis of the reasonable royalty
14   in your report?
15             MR. SOSKIN:  Objection.
16             THE WITNESS:  You mean the unit reasonable
17   royalty, ████████ or the total?
18             BY MR. SOSKIN:
19        Q.   The estimate -- yeah.  I'm sorry.  ██████
20             You estimated that -- okay.  Sorry.  We're
21   all getting messed up.  I'm getting messed up.
22             If you did the estimate that you said you
23   could do, would that affect the reasonable royalty
24   that you calculated in your report?
25        A.   Again, the per-unit reasonable royalty or
```

```
 1   the total reasonably royalty?
 2        Q.   Well, the total reasonable royalty.  Let's
 3   start there.
 4        A.   Yes.  Because even if I added one more unit
 5   of infringing -- one more day pass, that would
 6   increase my total reasonable royalty by ▇; right?
 7   Define the ▇ by that.
 8             So -- I mean, again, I don't know what --
 9   the outcome, but I'm assuming if they sold ▇▇▇▇
10   hardware units, that there's some multiple of that
11   in terms of day passes.  You would have to convert
12   it to the right number of megabytes.  There's some
13   math that has to go on there.
14             But basically you're going to get more
15   units, more day passes, that would have a royalty
16   applied to them.
17        Q.   If you did that estimation that you said
18   you could do, would that affect your royalty base?
19        A.   Yes.  It affects the royalty base.
20        Q.   How would it affect the royalty base?
21        A.   It would -- again, we have -- let's just
22   say we have a static royalty base right now that's
23   documented in my report.  If we said -- just say,
24   for sake of argument, there are ▇▇▇▇ hardware
25   units sold by the defendants.  And let's just say,
```

```
 1   for sake of argument, they sell ▇ day passes per
 2   hardware -- piece of hardware over the life of that
 3   hardware.
 4          So then you have ▇ multiplied by ▇
 5   hardware units, gets you to ▇ day passes.
 6   You're going to have to convert those day passes to
 7   the right megabyte numbers.  But, that said, you've
 8   got that -- maybe that many more units in your base.
 9      Q.  But that estimation, by definition, also
10   has to affect your royalty rate; correct?
11          MR. SOSKIN:  Objection.
12          THE WITNESS:  Why?  I mean, I don't know
13   that it would.
14          BY MR. SOSKIN:
15      Q.  That information isn't going to affect your
16   Georgia-Pacific analysis?
17      A.  I mean, I would think about it in
18   Georgia-Pacific, but I don't know that it changes
19   the quantification of the -- quantification of the
20   per-unit royalty rate is based on what we've already
21   talked about, and that was not a function of the
22   units, the accused units.
23      Q.  Is it -- not from -- okay.
24          I just want to know if, in your opinion,
25   use of data outside the United States, is that -- do
```

```
 1              Earlier you mentioned estimating the value
 2    of an international data use stemming from sales of
 3    hotspots sold in the United States.
 4              Do you remember that?
 5       A.     Yes.
 6       Q.     How would you make such an estimate?
 7              MR. BUSBY:  I'm going to object as outside
 8    the scope of the expert report, and I'm going to
 9    move to strike if there's any type of calculations
10    that are performed that are not in the expert
11    report.
12              MR. SOSKIN:  I understand your objections.
13              THE WITNESS:  So I would estimate by taking
14    the -- the number of -- of uCloudlink accused
15    hotspots and -- which I think is ▓▓▓▓▓, and it's
16    part of my -- it's -- the number is listed in my
17    report.  I would then make -- see if there is
18    information about the number of day passes purchased
19    per hotspot and multiply that ▓▓▓▓▓ hotspots by the
20    number of day passes purchased by hotspot to come up
21    with a proxy for the number of day passes sold to
22    customers who purchased a hotspot in the United
23    States.
24              BY MR. SOSKIN:
25       Q.     And you don't have a number of hotspots
```

```
 1   sold to customers who purchased hotspots in the
 2   United States with respect to uCloudlink products;
 3   correct?
 4        A.   That's correct.
 5        Q.   Do you know, would the -- is there a
 6   another number you can use to estimate the number of
 7   day passes sold for uCloudlink's hotspots sold in
 8   the United States?
 9        A.   Well, I do know that there's a document
10   produced by Skyroam that shows the number of day
11   passes purchased per Skyroam hotspot.  So absent
12   uCloudlink information, I would use the Skyroam
13   statistic as a proxy.
14             MR. BUSBY:  And, again, I'm going to
15   object.  This is outside the expert report.  It
16   wasn't in the expert report.  This is the first I've
17   heard of this analysis.  And we will go to court on
18   this.
19             MR. SOSKIN:  Do you want to mark next in
20   order, or do you want to start a new set of
21   numbering?
22             MR. BUSBY:  I would go in order.  I think
23   it's easier.
24             MR. SOSKIN:  That's fine.
25             So this will be Exhibit --
```

```
 1                THE REPORTER:  15.
 2                MR. SOSKIN:  Is it 15?  It's going to be
 3     Bates No. SIMO_0264150.  I'm sorry.  No, no, no.
 4     Sorry.  0264149.  No.
 5                THE REPORTER:  I have 46.
 6                MR. SOSKIN:  146.  Sorry.
 7                (Marked for identification purposes,
 8                 Exhibit 15.)
 9                BY MR. SOSKIN:
10        Q.   Have you seen this document before?
11        A.   I have.
12        Q.   Is this the document you were referring to
13     in your previous answer?
14        A.   Yes, it is.
15        Q.   And what does this document show you?
16        A.   So in the -- what is it, the fourth --
17     fifth row down, it says "███████████████████████
18     ███," which I assume means day passes.  And it shows
19     that -- it has a March 2017, there were ████ day
20     passes purchased per customer.  In July of '18,
21     there were ████ day passes purchased per customer.
22        Q.   So how would this information help you
23     estimate the number of day passes sold by uCloudlink
24     customers with respect to products -- the devices
25     purchased in the United States but then used abroad?
```

```
 1      A.   So I would simply use Skyroam's statistics
 2   presented in this Exhibit 15 and assume that
 3   uCloudlink would have the similar experience in
 4   terms of selling its day passes to its customers.
 5           So you could simply multiply maybe one of
 6   these numbers, ████████, times the ██████ hotspots
 7   sold by uCloudlink to get an estimation of accused
 8   day passes sold related to hotspots sold in the
 9   United States.
10      Q.   Okay.  And looking at page 1 of 3 of your
11   report or -- I guess it's Schedule 3, is this
12   document in Schedule 3 of your report?  And we're
13   looking at -- I believe this is Exhibit 2.
14      A.   Yes.  It's -- yeah.  This document is in a
15   Bates range that's included in my Schedule 3 to
16   Exhibit 2.
17      Q.   Okay.  And when formulating your opinions
18   in this case, did you consider this document?
19      A.   I did, yes.
20      Q.   So if you were to include the hotspots
21   themselves into your damages calculation, would you
22   have a separate royalty rate for the hardware, or
23   would you include it as part of the -- as part of
24   one royalty with the -- with the data?
25      A.   You could -- I guess you could conceivably
```

```
 1                    REPORTER CERTIFICATE

 2              I, LORRIE L. MARCHANT, Certified Shorthand

 3     Reporter, Certificate No. 10523, for the State of

 4     California, hereby certify that CHRISTOPHER MARTINEZ

 5     was by me duly sworn/affirmed to testify to the

 6     truth, the whole truth and nothing but the truth in

 7     the within-entitled cause; that said deposition was

 8     taken at the time and place herein named; that the

 9     deposition is a true record of the witness's

10     testimony as reported to the best of my ability by

11     me, a duly certified shorthand reporter and a

12     disinterested person, and was thereafter transcribed

13     under my direction into typewriting by computer;

14     that request [ ] was [ X ] was not made to read and

15     correct said deposition.

16              I further certify that I am not interested

17     in the outcome of said action, nor connected with,

18     nor related to any of the parties in said action,

19     nor to their respective counsel.

20              IN WITNESS WHEREOF, I have hereunto set my

21     hand this 6th day of February, 2019.

22

23     _____
            LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
24            Certified Shorthand Reporter #10523

25
```