# REDACTED

# EXHIBIT 5