# EXHIBIT 6

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2   ---------------------------------------X
     SIMO HOLDINGS INC.,
 3
              Plaintiff,
 4
     v.
 5
     uCLOUDLINK NETWORK TECHNOLOGY LIMITED and
 6   uCLOUDLINK (AMERICA), LTD.,

 7            Defendants.

 8                       No. 18-cv-5427 (JSR)

 9   ---------------------------------------X

10        CONFIDENTIAL - ATTORNEYS' EYES ONLY

11         Videotaped deposition of WANG BIN

12                    VOLUME II

13
                   K&L GATES, LLP
14      44th Floor, Edinburgh Tower, The Landmark
                   15 Queen's Road
15                     Central
                     HONG KONG
16

17           MONDAY, NOVEMBER 12, 2018

18                     9:12 A.M.

19

20   Pages 138 - 234

21

22   Reported by Jade K. King.

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Wang Bin, Volume 2
Conducted on November 12, 2018                        158

| | | |
|---|---|---|
| 1 | Skyroam's trade secrets; correct? | 09:45:14 |
| 2 | THE MAIN INTERPRETER: (Chinese spoken). | 09:45:19 |
| 3 | MR. HAN: Objection. I advise my client | 09:45:29 |
| 4 | to plead the Fifth Amendment. | 09:45:31 |
| 5 | THE CHECK INTERPRETER: Correction. | 09:45:35 |
| 6 | "(Chinese spoken)". | 09:45:36 |
| 7 | THE MAIN INTERPRETER: (Chinese spoken). | 09:45:47 |
| 8 | A. Pursuant to the Fifth Amendment's | 09:45:56 |
| 9 | protection of innocent persons of the United | 09:45:58 |
| 10 | States Constitution, I respectfully decline to | 09:46:01 |
| 11 | answer the question at this time. | 09:46:04 |
| 12 | BY MR. JOHNSON: | 09:46:07 |
| 13 | Q. When you copied Skyroam documents to your | 09:46:09 |
| 14 | uCloudlink computer, you did so in order to aid | 09:46:13 |
| 15 | uCloudlink in competing with Skyroam; correct? | 09:46:16 |
| 16 | MR. HAN: Objection. I advise my client | 09:46:37 |
| 17 | to plead the Fifth Amendment. | 09:46:39 |
| 18 | A. Pursuant to the Fifth Amendment's | 09:47:08 |
| 19 | protection of innocent persons of the United | 09:47:09 |
| 20 | States Constitution, I respectfully decline to | 09:47:11 |
| 21 | answer the question at this time. | 09:47:15 |
| 22 | BY MR. JOHNSON: | 09:47:26 |
| 23 | Q. When you copied Skyroam's trade secrets | 09:47:26 |
| 24 | to your uCloudlink work computer, did you intend | 09:47:29 |
| 25 | to use those documents to benefit uCloudlink and | 09:47:32 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Wang Bin, Volume 2
Conducted on November 12, 2018

159

| | | |
|---|---|---|
| 1 | to create patents for uCloudlink? | 09:47:36 |
| 2 | MR. HAN:  Objection.  I advise my client | 09:47:57 |
| 3 | to plead the Fifth Amendment. | 09:47:59 |
| 4 | A.  Pursuant to the Fifth Amendment's | 09:48:12 |
| 5 | protection of innocent persons of the United | 09:48:13 |
| 6 | States Constitution, I respectfully decline to | 09:48:16 |
| 7 | answer the question at this time. | 09:48:19 |
| 8 | BY MR. JOHNSON: | 09:48:22 |
| 9 | Q.  Were any other people involved in your | 09:48:23 |
| 10 | efforts to take Skyroam's trade secrets and copy | 09:48:26 |
| 11 | them to uCloudlink computers? | 09:48:32 |
| 12 | MR. HAN:  Objection.  I advise my client | 09:48:36 |
| 13 | to plead the Fifth Amendment. | 09:48:37 |
| 14 | A.  Pursuant to the Fifth Amendment's | 09:49:13 |
| 15 | protection of innocent persons of the United | 09:49:13 |
| 16 | States Constitution, I respectfully decline to | 09:49:13 |
| 17 | answer the question at this time. | 09:49:13 |
| 18 | BY MR. JOHNSON: | 09:49:24 |
| 19 | Q.  Did you use the Skyroam trade secrets | 09:49:24 |
| 20 | that you copied to your uCloudlink work computer | 09:49:26 |
| 21 | to create patents for uCloudlink? | 09:49:28 |
| 22 | MR. HAN:  Objection.  I advise my client | 09:49:43 |
| 23 | to plead the Fifth Amendment. | 09:49:52 |
| 24 | A.  Pursuant to the Fifth Amendment's | 09:49:59 |
| 25 | protection of innocent persons of the United | 09:49:59 |

```
1              CERTIFICATE OF SHORTHAND REPORTER
2              I, JADE K. KING, Accredited Shorthand
3    Reporter, the officer before whom the foregoing
4    deposition was taken, do hereby certify that the
5    foregoing transcript is a true and correct record of
6    the testimony given; that said testimony was taken
7    by me stenographically and thereafter reduced to
8    typewriting under my supervision; that reading and
9    signing was not requested; and that I am neither
10   counsel for or related to, nor employed by any of
11   the parties to this case and have no interest,
12   financial or otherwise, in its outcome.
13              IN WITNESS WHEREOF, I have hereunto set my
14   hand this 15th day of November 2018.
15
16   _____
17   Jade K. King
18
19
20
21
22
23
24
25
```