# EXHIBIT 14



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/039,646 | 02/28/2008 | Jing LIU | 069308-5001US |

**CONFIRMATION NO. 7901**
**POWER OF ATTORNEY NOTICE**

24341
MORGAN, LEWIS & BOCKIUS, LLP. (PA)
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA 94306


*OC000000035444483*

Date Mailed: 04/15/2009

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 04/08/2009.

- The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

/snguyen/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/039,646 | 02/28/2008 | 2617 | 500 | 069308-5001-US | 20 | 2 |

**CONFIRMATION NO. 7901**

24341
MORGAN, LEWIS & BOCKIUS, LLP.
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA 94306

**UPDATED FILING RECEIPT**



*OC000000030068178*

Date Mailed: 05/22/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Jing LIU, Mountain View, CA;
Richard XU, San Jose, CA;
Xiaolei QIN, San Jose, CA;

**Power of Attorney:** The patent practitioners associated with Customer Number 24341

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 03/12/2008

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/039,646**

**Projected Publication Date:** 09/03/2009

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE
## THE UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

I hereby appoint the practitioners of Morgan, Lewis & Bockius LLP, Customer Number 24341 as attorneys or agents to represent the undersigned and to transact all business before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications and issued patents assigned only to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 C.F.R. § 3.73(b), said appointment to be to the exclusion of the inventors and their attorney(s) in accordance with the provisions of 37 C.F.R. § 3.71, provided that, if any one of these attorneys ceases being affiliated with the law firm of Morgan, Lewis & Bockius LLP as partner, counsel, or employee, then the appointment of that attorney and all powers derived therefrom shall terminate on the date such attorney ceases being so affiliated.

Assignee Name and Address:     Mino Wireless
                               2901 Tasman Drive, Suite 210
                               Santa Clara, California 95054

**SIGNATURE of Assignee of Record**
The undersigned whose signature and title is supplied below is authorized to act on behalf of the assignee.

Name: JING LIU
Signature: [signed]           Date: 5/14/08
Title: CTO                    Telephone: _____

A copy of this form, together with a statement under 37 C.F.R. § 3.73(b) (Form PTO/SB96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 C.F.R. § 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.

This collection of information is required by 37 C.F.R. §§ 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. § 122 and 37 C.F.R. § 1.11 and 1.14.
Send to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450

1-PA/3696834.1



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE


*500541925A*

MAY 16, 2008

PTAS

MORGAN LEWIS & BOCKIUS LLP
3000 EL CAMINO REAL
PALO ALTO, CA 94306

```
            UNITED STATES PATENT AND TRADEMARK OFFICE
              NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.


  RECORDATION DATE: 05/16/2008           REEL/FRAME: 020958/0723
                                         NUMBER OF PAGES: 4

  BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
  DOCKET NUMBER: 069308-5001-US

  ASSIGNOR:
     LIU, JING                           DOC DATE: 05/15/2008

  ASSIGNOR:
     XU, RICHARD                         DOC DATE: 05/15/2008

  ASSIGNOR:
     QIN, XIAOLEI                        DOC DATE: 05/15/2008

  ASSIGNEE:
     MINO WIRELESS
     2901 TASMAN DRIVE
     SUITE 210
     SANTA CLARA, CALIFORNIA 95054
```

020958/0723 PAGE 2

SERIAL NUMBER: 12039646                FILING DATE: 02/28/2008
PATENT NUMBER:                         ISSUE DATE:
TITLE: SYSTEM AND METHOD FOR MOBILE TELEPHONE ROAMING


ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

05/16/2008
500541925

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Jing Liu | 05/15/2008 |
| Richard Xu | 05/15/2008 |
| Xiaolei Qin | 05/15/2008 |

**RECEIVING PARTY DATA**

| Name: | Mino Wireless |
|---|---|
| Street Address: | 2901 Tasman Drive |
| Internal Address: | Suite 210 |
| City: | Santa Clara |
| State/Country: | CALIFORNIA |
| Postal Code: | 95054 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 12039646 |

**CORRESPONDENCE DATA**

Fax Number: (650)843-4001
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 650/843-4000
Email: sballbach@morganlewis.com
Correspondent Name: Morgan Lewis & Bockius LLP
Address Line 1: 3000 El Camino Real
Address Line 4: Palo Alto, CALIFORNIA 94306

| ATTORNEY DOCKET NUMBER: | 069308-5001-US |
|---|---|
| NAME OF SUBMITTER: | Dion M. Bregman |

Total Attachments: 2
source=69308-5001-Us_Assignment#page1.tif

source=69308-5001-Us_Assignment#page2.tif



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/039,646 | 02/28/2008 | 2617 | 435 | 69308-5001-US | 20 | 2 |

**CONFIRMATION NO. 7901**

24341
MORGAN, LEWIS & BOCKIUS, LLP.
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA 94306

**FILING RECEIPT**

*OC000000028807911*

Date Mailed: 03/17/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

    Jing LIU, Mountain View, CA;
    Richard XU, San Jose, CA;
    Xiaolei QIN, San Jose, CA;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 03/12/2008

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/039,646**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/039,646 | 02/28/2008 | Jing LIU | 69308-5001-US |

**CONFIRMATION NO. 7901**

24341
MORGAN, LEWIS & BOCKIUS, LLP.
2 PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA 94306

**FORMALITIES LETTER**



*OC000000028807912*

Date Mailed: 03/17/2008

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION
### FILED UNDER 37 CFR 1.53(b)
*Filing Date Granted*

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The oath or declaration is unsigned.

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of **$65** for a small entity in compliance with 37 CFR 1.27, must be submitted with the missing items identified in this notice.

**SUMMARY OF FEES DUE:**

Total additional fee(s) required for this application is $65 for a small entity
- **$65** Surcharge.

MORGAN, LEWIS & BOCKIUS LLP DOCKET NO. 69308-5001-US

## DECLARATION FOR NON-PROVISIONAL PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below at 201 et seq. beneath my name.

I believe I am the original, first and sole inventor if only one name is listed at 201 below, or an original, first and joint inventor if plural names are listed at 201 et seq. below, of the subject matter which is claimed and for which a patent is sought on the invention entitled **SYSTEM AND METHOD FOR MOBILE TELEPHONE ROAMING**

and for which a patent application:
- ☒ is attached hereto and includes amendment(s) filed on          (if applicable)
- ☐ was filed in the United States on          as Application No.
- ☐ was filed as PCT international Application No.          on          and was amended under PCT Article 19 on (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified application, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| EARLIEST FOREIGN APPLICATION(S), IF ANY, FILED PRIOR TO THE FILING DATE OF THE APPLICATION | | | | |
|---|---|---|---|---|
| APPLICATION NUMBER | COUNTRY | DATE OF FILING (day, month, year) | PRIORITY CLAIMED | |
| | | | YES ☐ | NO ☐ |
| | | | YES ☐ | NO ☐ |

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below.

| PROVISIONAL APPLICATION NUMBER | FILING DATE |
|---|---|
| | |
| | |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose information known to me which is material to patentability as defined in Title 37, Code of Federal Regulations, §1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| NON-PROVISIONAL APPLICATION SERIAL NO. | TYPE OF APPLICATION | FILING DATE | STATUS | | |
|---|---|---|---|---|---|
| | | | PATENTED | PENDING | ABANDONED |
| | | | | | |
| | | | | | |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under § 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| | | | | | |
|---|---|---|---|---|---|
| **201** | FULL NAME OF INVENTOR | LAST NAME: LIU | FIRST NAME: Jing | MIDDLE NAME: | |
| | RESIDENCE & CITIZENSHIP | CITY: Mountain View | STATE OR FOREIGN COUNTRY: California | COUNTRY OF CITIZENSHIP: USA | |
| | POST OFFICE ADDRESS | STREET: 490 Thompson Avenue | CITY: Mountain View | STATE OR COUNTRY: CA | ZIP CODE: 94043 |
| | SIGNATURE OF INVENTOR 201 | | | DATE | |
| **202** | FULL NAME OF INVENTOR | LAST NAME: XU | FIRST NAME: Richard | MIDDLE NAME: | |
| | RESIDENCE & CITIZENSHIP | CITY: San Jose | STATE OR FOREIGN COUNTRY: California | COUNTRY OF CITIZENSHIP: USA | |
| | POST OFFICE ADDRESS | STREET: 1831 Fumia Place | CITY: San Jose | STATE OR COUNTRY: CA | ZIP CODE: 95131 |
| | SIGNATURE OF INVENTOR 202 | | | DATE | |
| **203** | FULL NAME OF INVENTOR | LAST NAME: QIN | FIRST NAME: Xiaolei | MIDDLE NAME: | |
| | RESIDENCE & CITIZENSHIP | CITY: San Jose | STATE OR FOREIGN COUNTRY: California | COUNTRY OF CITIZENSHIP: Peoples ROC | |
| | POST OFFICE ADDRESS | STREET: 4822 LaFiesta Place | CITY: San Jose | STATE OR COUNTRY: CA | ZIP CODE: 95129 |
| | SIGNATURE OF INVENTOR 203 | | | DATE | |
| **204** | FULL NAME OF INVENTOR | LAST NAME: | FIRST NAME: | MIDDLE NAME: | |
| | RESIDENCE & CITIZENSHIP | CITY: | STATE OR FOREIGN COUNTRY: | COUNTRY OF CITIZENSHIP: | |
| | POST OFFICE ADDRESS | STREET: | | | ZIP CODE: |
| | SIGNATURE OF INVENTOR 204 | | | DATE | |
| **205** | FULL NAME OF INVENTOR | LAST NAME: | FIRST NAME: | MIDDLE NAME: | |
| | RESIDENCE & CITIZENSHIP | CITY: | STATE OR FOREIGN COUNTRY: | COUNTRY OF CITIZENSHIP: | |
| | POST OFFICE ADDRESS | STREET: | CITY: | STATE OR COUNTRY: | ZIP CODE: |
| | SIGNATURE OF INVENTOR 205 | | | DATE | |