# Exhibit H
**(REDACTED)**



## CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of Rongrong Zeng

**Date:** November 8, 2018
**Case:** SIMO -v- uCloudlink

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Rongrong Zeng
Conducted on November 8, 2018

28

| | | |
|---|---|---|
| 1 | A. I know that. | 13:59:59 |
| 2 | Q. And does some of the source code that's | 14:00:03 |
| 3 | been produced run on uCloudlink servers? | 14:00:05 |
| 4 | A. Yes. | 14:00:17 |
| 5 | Q. Are you familiar with the different | 14:00:19 |
| 6 | uCloudlink servers for which source code has been | 14:00:21 |
| 7 | produced? | 14:00:27 |
| 8 | A. Our company has ▇▇▇ R&D engineers. | 14:00:49 |
| 9 | It's not possible for me to be familiar with all | 14:00:56 |
| 10 | the source codes. | 14:00:59 |
| 11 | Q. Let's just make sure we're on the same | 14:01:03 |
| 12 | page when we're talking about certain terminology. | 14:01:05 |
| 13 | UCloudlink has produced documents that refer to | 14:01:16 |
| 14 | something by the initials of ▇▇▇ Do you know | 14:01:20 |
| 15 | what ▇▇ stands for? | 14:01:24 |
| 16 | A. I know. | 14:01:37 |
| 17 | Q. What does it stand for? | 14:01:38 |
| 18 | ▇▇▇▇▇▇▇▇▇▇ | 14:01:43 |
| 19 | Q. What's the function of the ▇▇▇▇▇ | 14:01:51 |
| 20 | A. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 14:02:08 |
| 21 | ▇▇▇ | 14:02:13 |
| 22 | MR. ZHU: Counsel, about 50 minutes, over | 14:02:20 |
| 23 | 50 minutes. Almost an hour. So what time is | 14:02:22 |
| 24 | a good point? | 14:02:25 |
| 25 | MS. BURNIM: We can take a break now if | 14:02:28 |