# Exhibit I



**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Hua Wei

**Date:** November 6, 2018
**Case:** SIMO -v- uCloudlink

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Hua Wei
Conducted on November 6, 2018

43

| | | |
|---|---|---|
| 1 | MR. ZHU:  You do not need to answer.  We | 10:59:20 |
| 2 | already designated Mr. Liao testified the whole | 10:59:22 |
| 3 | day yesterday. | 10:59:26 |
| 4 | THE WITNESS:  Can I take a break? | 10:59:27 |
| 5 | MS. BURNIM:  Yes, let's go off the | 10:59:38 |
| 6 | record. | 10:59:39 |
| 7 | THE VIDEOGRAPHER:  We are going off the | 10:59:40 |
| 8 | record.  The time is 10:59 a.m. | 10:59:41 |
| 9 | (Break taken) | 10:59:44 |
| 10 | THE VIDEOGRAPHER:  We are back on the | 11:10:26 |
| 11 | record.  The time is 11:10 a.m. | 11:10:27 |
| 12 | BY MS. BURNIM: | 11:10:32 |
| 13 |     Q.  Could you turn your attention back to | 11:10:33 |
| 14 | Exhibit 25 on the page we were previously looking | 11:10:34 |
| 15 | at that ended in 13627 at the bottom.  It says | 11:10:39 |
| 16 | "Global Presence" at the top. | 11:10:45 |
| 17 |     A.  Okay. | 11:10:58 |
| 18 |     Q.  Do you see where it says "R&D center in | 11:10:58 |
| 19 | Shenzhen"? | 11:11:04 |
| 20 |     A.  Yes, I see it. | 11:11:08 |
| 21 |     Q.  Does uCloudlink have any other R&D | 11:11:13 |
| 22 | centers other than in Shenzhen? | 11:11:16 |
| 23 |     A.  What timeframe are you talking about? | 11:11:30 |
| 24 |     Q.  Currently. | 11:11:38 |
| 25 |     A.  Currently, we also have an R&D center in | 11:11:39 |

| | | |
|---|---|---|
| 1 | Xian. | 11:11:41 |
| 2 |     Q.  And what uCloudlink entity does the R&D | 11:11:47 |
| 3 | staff in Shenzhen work for? | 11:11:51 |
| 4 |     MR. ZHU:  Objection, vague. | 11:12:01 |
| 5 |     A.  Are you asking what entity the R&D center | 11:12:39 |
| 6 | in Shenzhen works for?  Are you asking about | 11:12:44 |
| 7 | uCloudlink Hong Kong or uCloudlink (America)? | 11:12:48 |
| 8 | BY MS. BURNIM: | 11:12:53 |
| 9 |     Q.  Does the research staff work for either | 11:12:53 |
| 10 | one of those entities, or do they work for another | 11:12:55 |
| 11 | company? | 11:12:58 |
| 12 |     A.  Our companies in Hong Kong and the US are | 11:13:16 |
| 13 | responsible for sales. | 11:13:21 |
| 14 |     Q.  I'm asking which uCloudlink company is | 11:13:26 |
| 15 | responsible for research and development. | 11:13:29 |
| 16 |     MR. ZHU:  Objection, asked and answered. | 11:13:43 |
| 17 |     A.  The R&D team in Shenzhen is for -- I do | 11:14:16 |
| 18 | not know how to answer this.  Are you asking what | 11:14:21 |
| 19 | company they work for? | 11:14:25 |
| 20 | BY MS. BURNIM: | 11:14:26 |
| 21 |     Q.  Yes. | 11:14:28 |
| 22 |     MR. ZHU:  Objection, vague. | 11:14:30 |
| 23 |     A.  The R&D center in Shenzhen is responsible | 11:15:11 |
| 24 | for the research and development of products, | 11:15:14 |
| 25 | whereas the companies in Hong Kong and US are | 11:15:18 |