UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMO HOLDINGS INC.

                Plaintiff,

   -v-

HONG KONG UCLOUDLINK NETWORK
TECHNOLOGY LIMITED, AND
UCLOUDLINK (AMERICA), LTD.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CIVIL ACTION NO. 18CV5427 (JSR)**

## DECLARATION OF PETER E. SOSKIN IN SUPPORT OF PLAINTIFF SIMO HOLDINGS INC.'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF CHRISTOPHER MARTINEZ

I, PETER E. SOSKIN, declare that the following is true and correct:

1. I am an associate at K&L Gates, LLP, counsel to Plaintiff SIMO Holdings Inc. ("SIMO") in this action. I am admitted *pro hac vice* to practice in this Court, and I am familiar with the facts and circumstances set out herein. I submit this Declaration in support of SIMO's opposition to Defendants' Motion to Exclude the Testimony of Christopher Martinez.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of relevant portions of the Expert Rebuttal Report of John Hansen, dated February 1, 2019.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of relevant portions of the deposition transcript of John Hansen, taken in this matter on February 13, 2019.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of the document produced at Bates No. SIMO_0172774–77.

1

5. Annexed hereto as **Exhibit 4** is a true and correct copy of the document produced at Bates No. SIMO_172788–804.

6. Annexed hereto as **Exhibit 5** is a true and correct copy of the document produced at Bates No. SIMO_0041994-08.

7. Annexed hereto as **Exhibit 6** is a true and correct copy of U.S. Patent No. 9,736,689.

8. Annexed hereto as **Exhibit 7** is a true and correct copy of relevant portions of the deposition transcript of Christopher Martinez, taken in this matter on February 5, 2019.

9. Annexed hereto as **Exhibit 8** is a true and correct copy of Exhibit 5 to the Expert Report of Christopher Martinez, produced at Bates No. SIMO_0016415–23.

10. Annexed hereto as **Exhibit 9** is a true and correct copy of Exhibit 6 to the Expert Report of Christopher Martinez, produced at Bates No. SIMO_0016531–42.

11. Annexed hereto as **Exhibit 10** is a true and correct copy of Exhibit 7 to the Expert Report of Christopher Martinez, produced at Bates No. SIMO_0016577–92.

12. Annexed hereto as **Exhibit 11** is a true and correct copy of Exhibit 8 to the Expert Report of Christopher Martinez, produced at Bates No. SIMO_0016661–70.

I declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the foregoing is true and correct.


Dated: April 24, 2019
At:   San Francisco, California


                                                     _/s/Peter E. Soskin_
                                                    **PETER E. SOSKIN, ESQ.**