# EXHIBIT 4



| Explore  Start a project | **KICKSTARTER** | Search Q  Sign in |

**Share this project**

Done

**Share**  **Tweet**  **Share**  **Pin**  **Embed**
**Share this project**

Done

Tweet

Share

Pin

Email

# GlocalMe Kills SIM Card and Roaming Pains



EXHIBIT
29  11/06/18
Planet Depos, LLC

SIMO_0172788

Rewards   **Campaign**   FAQ   Updates   Comments   Community

About                                                                    Support



GlocalMe Kills SIM Card and Roaming Pains          $167,301
                                                   pledged of $100,000 goal
Dallas, TX   Technology
                                                   1,158
                                                   backers

### Pledge $1 or more

BIG THANK YOU for your support. We'll keep you closely in our progress and you'll be invited to upcoming events.

ESTIMATED DELIVERY
Sep 2015

50 backers

### Pledge $99 or more

SUPER EARLY GLOCALER - One GlocalMe G2

(Estimated retail price $169 USD)

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

Limited
500 backers

### Pledge $119 or more

KICKSTARTER SPECIAL PACK - One GlocalMe G2 + 400MB worldwide 3G/4G data

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

Limited
107 backers

### Pledge $145 or more

EARLY GLOCALER - One GlocalMe G2

(Estimated retail price $169 USD)

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

4 backers

## GlocalMe campaign

These days, you almost expect to have Internet access anywhere you go. Sometimes, when you go abroad there are missing connections or technological incompatibilities that make an Internet connection almost impossible. GlocalMe will solve these problems by introducing its cloud SIM technology and a never-before-seen smart user interface.

### Pledge $149 or more

BACKPACKER PACK - One GlocalMe G2 + 1GB worldwide 3G/4G data

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

Limited
443 backers



Simply put, GlocalMe is redefining the way we stay connected to the network globally.

We're doing this two ways.

You can connect your tablet, your phone, and your laptop to the best network no matter where you are. GlocalMe keeps you online wherever you are without roaming charges.

Manage your data usage smartly and effectively through GlocalMe's user interface and App.

# GlocalMe at a glance

Cloud SIM     100+ Countries     Best value data rates

Sharable connection     Smart Hotspot     Power bank

# How was GlocalMe born

Internet connection has become one of the main needs of people in our days. This is why about 40% of all the people find it the most annoying aspect of traveling.




### Pledge $199 or more

FREQUENT FLIER PACK : One GlocalMe G2 + 1GB worldwide data

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

Limited
(XX left)

### Pledge $279 or more

FAMILY PACK : Two GlocalMe G2

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

Limited

### Pledge $299 or more

INTERNET ADDICT PACK : One GlocalMe G2 + 5GB worldwide data

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

Limited
XX left

### Pledge $695 or more

PARTNERS PACK : Five GlocalMe G2

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

Limited
XX left

### Pledge $699 or more

HERO PACK : One GlocalMe G2 + one year unlimited worldwide data (* Conditions and Terms Applied)

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

Limited
XX left

### Pledge $6,990 or more

ENTREPRENEUR PACK : Ten GlocalMe G2 + global VIP service + one year unlimited worldwide data* for each unit (* Conditions and Terms Applied)

ESTIMATED DELIVERY    SHIPS TO
Sep 2015              Anywhere in the world

SIMO_0172790



Funding period

Jul 26 2015 - Sep 9 2015 (45 days)

This fact prompted us to dig deeper into a solution where we started to envision "GlocalMe" and all the possible benefits.

# A future without SIM

To break away from tradition - SIM card is a carrier of restrictions, whereas GlocalMe's Cloud SIM technology allows users to enter different operators' networks, and gives people more freedom and effectiveness when moving from one country to another.



Cloud Sim technology, which means it requires no local SIM Card to connect, and users can travel without worrying about signals and coverage to more than 100 countries in the world.

While there are several top competitors in the market when it comes to providing international internet service, ours is heads and shoulders above the rest.

## GLOCALME VS TOP COMPETITORS

|  | GLOCALME | APPLE SIM | Google PROJECT Fi |
|---|---|---|---|
| Technology | Cloud Sim | Universal SIM | Virtual SIM |
| Vessel | Smart Hotspot | SIM Card | Mobile |
| Avaliability | ✓ Any Devices | Limited | Limited |
| Coverage | ✓ Global | Limited | Global |
| Data Speed | ✓ Global4G | Limited | Limited |

Data Speed

Unlike the Apple SIM which only connects on Apple's mobile devices or Google Project Fi focused on Nexus 6 respectively, GlocalMe is offering its availability for all types of devices and software. It is also offering network compatibility with a number of carrier networks in 100+ countries around the world.

The Apple SIM network compatibility is only universal in name since major carriers like AT&T are blocking the services for Apple SIM. Where network compatibility with Google Project Fi is concerned it is only available for Sprint and T-mobile while the date speed becomes limited to 256Kbps in many areas outside of the US. The coverage and service offered by GlocalMe is again very noteworthy because this is the only project of its kind that offers worldwide 3G/4G network. GlocalMe therefore takes an edge over Apple SIM and Google's Project Fi

## Hotspot doesn't need to be dumb

Smart-hotspot operating system, touch-screen interactive features, and the GlocalMe APP allow users to manage the data usage effectively and smartly.



- Track detailed interaction with the data
- Connect to personal network
- Purchase data

More functions coming soon




SIMO_0172792



## Best-value data rates

GlocalMe brings affordable, predictable and flexible rates to fit your need:

No Roaming -- Avoid the high data roaming charges all over the world.

No Contract, Unlocked -- Only pay for the exact amount of data you use.



| | GLOCALME | AT&T | T-MOBILE | VERIZON | SPRINT |
|---|---|---|---|---|---|
| PAYG (per MB) | ✓ US $0.056 | | | US $2.05 | |
| Package | ✓ 1GB $33 | | 100mb $30 | 100mb $25 | 100mb $40 |
| | ✓ 1GB $33 | | 200mb $55 | | 65mb $60 |
| | ✓ 1GB $33 | | 500mb $50 | | |



Our pricing is completely transparent, and there are no hidden costs or surprise changes in the terms our clients sign up for. We protect our clients from shocking, expensive international roaming charges.

GlocalMe offers even better deals exclusively for the Kickstarter community.



$149 one G2 + 1GB worldwide data
$299 one G2 + 9GB worldwide data
$699 one G2 + unlimited worldwide data

Pick a suitable plan using GlocalMe's App or website if you need more data, and enjoy the hassle-free global connection. GlocalMe's pricing options include 1GB worldwide package for $33, and Pay-As-You-Go for $0.056/MB

*Packages provided on Kickstarter (200MB, 1GB, 3GB, 9GB) have one-year validity, whereas packages on GlocalMe's app and website ($33/1GB) are valid for 180 days.

## Sharing connection makes networking more fun

GlocalMe G2 supports up to 5 devices connected simultaneously. Through the smart UI, users are able to monitor the amount of device connected to the GlocalMe network.



## Two SIM card slots for your favorite destinations

G2 can also be used as a traditional unlocked Wi-Fi hotspot with the insertion of local SIM card so as to receive local 3G / 4G network signals.



## What else?

The last but sometimes the most convenient feature: It acts as an additional battery and saves you from the trouble bringing a bulky power bank. Battery Pack 6000 mAh will recharge a standard smart phone over 3 times.

Large battery also lasts for up to 15 hours of continuous use.



## Global testing

We have been doing some tests on GlocalMe's very first model, the G1, and networks throughout the world since 2014.





Quotes by users who have tried our prototypes all over the world.

★★★★★ **Must have for travelling abroad as wifi hotspot - super easy to use and it just works!**

Verified Purchase

Just got it for trip to Canada. Works well like other mentioned. Very simple.
Turn it on, wait for blinking red light to turn to solid blue, and you are ready to go.

★★★★★ **Global Connectivity and fast customer service**

TOP 500 REVIEWER

I am quite a world traveler and need to be connected online. This is a nice device to have. Log on to the company's website while still at home, pay the monthly rate with your credit card, and Glocalme will connect that immediately into Euros. The website and rates should tell you how much your data you are using. Just remember that prepaid plan in Europe cost a lot more than in the US, yet their rates are still a modest. Customer service is also quick and courteous.

★★★★★ **Excellent Tech for us non-tech types!**

Verified Purchase

Just back from 11-day trip to Italy with family of four and this is perfect for those short distance trips.

★★★★★ **Five Stars**

Verified Purchase

Working well even in countries with poor cell signal.

★★★★★ **Very nice saving!**

By San Diego Nerd on April 26, 2016
Verified Purchase

I travel internationally very often, mainly to Canada, Mexico, China, Japan and Europe. My Verizon iPhone gets messages/emails from all over the world, the data roaming is very expensive. Typically Verizon charges $20 per MB or $25 for 130MB. For one week travel, I need about $100 data. Two weeks ago I used Glocalme while traveling in UK. All I need was EUR10 (200MB) data. Very nice saving!

★★★★★ **Setup is extremely easy. Have tested it in the US and will ...**

By Laxpoz on June 13, 2016
Verified Purchase

The device is small and compact. Setup is extremely easy. Have tested it in the US and will take it to Ireland to try in August. The wifi speed and connection are very good. I have recommended it to two of my co-workers for their travels and they both said they are planning on buy one soon. I will do an update when I get back from Ireland.

★★★★★ **Perfect for International travel impressed!**

By nkard on July 16, 2016
Verified Purchase

This was one of my best purchases of the year! Went on vacation to Italy with our family and my husband needed consistent access to wifi for work. Rather than purchase an international plan for our phones or get a SIM card in Italy, we chose instead to to purchase this device. The benefit was huge. Not only was it consistent access and easy to use, but it allowed us to use Internet everywhere we traveled including Italy & Germany. After the initial purchase we we chose to purchase the worldwide data plan. We were able to connect up to six devices which allowed other family members to use the Wi-Fi as well. We ended up re-upping the data plan while we were traveling. This was very easy to do with the App. I would highly recommend this product!

★★★★★ **Hey, it worked!**

GlocalMe Kills SIM Card and Roaming Pains by GlocalMe — Kickstarter    Page 10 of 17

The initial setup went fine following their directions and once the account was set up it worked exactly as advertised. We just returned from a trip to the south of France and if there was cell service this usually connected. It's not crazy fast but it's certainly adequate. It came in handy for a variety of "I really need web access right now" issues. The only time we had trouble with it connecting was when we were driving but I can't really fault the device for that.

## Rewards



GlocalMe's worldwide network currently covers 100+ countries. The coverage may change over time.
Some local mobile operators may implement data throttling and slow down users' unlimited data connection.

## My story

SIMO_0172797



Finally, I had enough, so I decided to create my own technology that would let me connect with my friends and family no matter where I went or what I saw.
- Jeff Koehler

I have always loved to travel and share my photographs and experiences with others. But I haven't always found internet service whenever I go, and sometimes, when I do, I've found that my wireless carrier has slapped me with fees and other bogus charges. To get mobile service, I had to collect local SIM cards and figure out how to use them with my phone and my network. It was just a hassle. Finally, I had enough, so I decided to create my own technology that would let me connect with my friends and family no matter where I went or what I saw.

## Team members

Founders of GlocalMe are ex-Huawei engineers and specialists who've aligned to provide the largest roaming mobile virtual network operator (MVNO) to international travelers throughout the world. Our mission is to be the global mobile internet access entrance for everyone, and to be the global integrator of mobile broadband data services above all other competitors.


Kevin Gao
Founder


Nikolina Jovanovic
Co-Founder


Jeff Koehler
Chief Designer

Kevin has been working in telecom industry for 16+ years and another 6 years in consumer electronics. He has numerous patents and extensive experiences with product innovation. Having worked together for over 5 years and even collaborated with several other talented professionals, Kevin and I have been able to develop the cloud SIM technology.

Niko is a founder of several luxury hotels. With her valuable experiences in global marketing and brand management, we are ready to deliver GlocalMe into your hand.





## Time line



## Stretch goals

## How it works

PLAY

Cloud SIM - The smart switch between mobile networks in over 100 countries

Through our patented Cloud SIM technology, GlocalMe taps into a world's worth of SIM cards that are located throughout the globe. Our SIM cloud continues to grow leaps and bounds as we tap into new countries. By turning on the G2, your device will find the most optimal network and the corresponding SIM card in the cloud SIM which starts to convert the local mobile connection into Wi-Fi signals, making sure that it's within "domestic" roaming boundaries, and saving you, the user, from international charges

G2 is the world's first global 4G Wi-Fi hotspot. Even as advanced as Google's Project Fi, our competitors don't have the worldwide 4G coverage, and their networks only function at a slow data speed.

G2 overview





01: Proximity Sensor   02: Earpiece   03: Touch Panel
04: LCD   05: LED Indicator   06: Microphone
07: USB (Port) (Output) Indicator Status



08: Speaker   09: Power Button   10: Volume + Button
11: Volume - Button   12: SIM Slot 1   13: SIM Slot 2
14: Micro USB (Input)

1. Tough, durable fingerprint-proof glass panels that use comprehensive steel processing, with the addition of explosion-proof membranes to increase the strength and toughness even further.

2. The device's casing side uses the latest CNC technology with extreme processing of up to 30,000 rpm. It is also surgically and precisely made by using superb crafting techniques such as sandblasting, cutting, laminating, oxidation and highlighting.



SIMO_0172801



# Global coverage

GlocalMe service covers 100 countries worldwide! We have included the most exciting travelling destinations! We are discovering and covering more of your favourite places every month!

* Covered    Under testing    To be Covered



### Europe

Aland Islands, Albania, Austria, Belgium, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Monaco, Netherlands, Norway, Poland, Portugal, Romania, Russian Federation, San Marino, Serbia, Slovakia, Slovenia, Spain, Sweden, Switzerland, Turkey, Ukraine, United Kingdom, Vatican City

### Asia

Bahrain, Bangladesh, Cambodia, China, Hong Kong, India, Indonesia, Israel, Japan, Jordan, Kazakhstan, Macao, Malaysia, Maldives, Mongolia, Nepal, Pakistan, Philippines, Qatar, Saudi Arabia, Singapore, South Korea, Sri Lanka, Taiwan, Thailand, The Lao People's Democratic Republic, United Arab Emirates, Vietnam, Yemen

### Africa

Algeria, Angola, Egypt, Ghana, Kenya, Mauritius, Morocco, Nigeria, South Africa, United Republic Of Tanzania, Tunisia, Western Sahara, Zambia

### South America

Argentina, Bolivia, Brazil, Chile, Colombia, Ecuador, Peru, Uruguay, Venezuela

### North America

Canada, Mexico, Panama, Puerto Rico, United States

### Oceania

Australia, Fiji, New Zealand

## How you can help

## How you can help

Funding will allow us to implement technology, cooperate with local operators, and develop new applications that allow us to provide the fastest, most efficient service to our customers. We'll be able to conduct important research that will help us provide the lowest cost products for customers like you. Empower us to make this vision a reality with a donation to this project today!

Join Us

Does your business operate overseas, in more than one country, or send workers to multiple countries? Partner with us to provide your employees with safe, secure, efficient Internet and mobile services. We're also looking for developers and technology enthusiasts to help us make our product better for everyone in the world.

**Spread the Word**

Visit our sites for more information on the GlocalMe here.



### Risks and challenges

-We wish to create an entirely new space and platform for people and data to communicate with each other in a faster and smarter way. Our platform shows great promise and an even greater potential, but is ultimately hampered by current technological limitations, global conditions and other unknown factors. As such, we are still unable to exactly pinpoint the date and manner in which we could fully achieve our goals.

-Of the 100 countries that were covered by GlobalMe's network, the overall device's signal quality ultimately depended on the 3G and 4G network service provided by local operators. There were situations and instances where some areas were not covered by their local network provider, and produced a weak signal or none at all.

-The delivery period may vary, depend or change according to the current situation, but shipping should be expected within a month after the end of the project. In addition, we will assign team

members to assist with production and supply chain management to make sure that all our products are thoroughly tested, meet high margins in quality standards, and flow along smoothly while upholding excellent supply chain ethics.

**Learn about accountability on Kickstarter**

Questions about this project? **Check out the FAQ**

Report this project to Kickstarter

Arts    Comics & Illustration    Design & Tech    Film    Food & Craft    Games    Music    Publishing

**ABOUT**
About us
Our charter
Stats
Press
Jobs

**SUPPORT**
Help Center
Our Rules
Creator Handbook
Campus
Patrons

**HELLO**
Kickstarter Blog
Engineering Blog
Newsletters
Research
MORE FROM KICKSTARTER
Kickstarter Live
The Creative Independent

Kickstarter PBC © 2018

Trust and Safety    Terms of Use    Privacy Policy    Cookie Policy

SIMO_0172804