# EXHIBIT 5

# REDACTED
# EXHIBIT 5