# EXHIBIT 8

# REDACTED
# EXHIBIT 8