# EXHIBIT 9

# REDACTED EXHIBIT 9