# EXHIBIT 10

# REDACTED

# EXHIBIT 10