# EXHIBIT 11

# REDACTED
# EXHIBIT 11