# Exhibit 12

PLAINTIFF'S TRIAL EXHIBIT NO. 258

CONFIDENTIAL-ATTORNEYS' EYES ONLY

# MINO International Communication Services Framework

Richard Xu



Copyright 2007

# Core Services

- Voice Services
  - Terminating International Voice Calls for Enterprises and Consumers
    - ✓ SIP Trunking to IP-PBX
    - ✓ Call forwarding to MINO Gateway
    - ✓ MINO Phone for Consumers to seamlessly make International calls
  - Pre or dynamically assigned local mobile numbers when roaming to other countries
    - ✓ Calling local phone number without any roaming charge
    - ✓ Calling home countries via MINO Services
  - Roaming Voicemail
    - ✓ Call is routed voicemail system when MINO roamer is not available

- Data Services
  - Enabling Blackberry Email Accessing at local mobile carriers who do not have direct connection to RIM Data center via MINO Services
    - ✓ MINO APN from local carriers
  - Mobile VPN accessing to Enterprise Intranet
    - ✓ MINO APN designated for enterprises
    - ✓ IPSec VPN from Mino to Enterprise

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Copyright 2007

MINO

SIMO_0036122
SIMO_0036122

# Key Elements

- ■ MINO Client
  - Mobile Devices with 3G/GPRS/Wi-Fi Data channels
    - ⋎ Smartphones
    - ⋎ Dual-Mode Phone (GSM/WiFi)
    - ⋎ Blackberry
  - Main Features
    - ⋎ Secured Mino Signaling between device and MINO Server
      - – A reliable IP connection to carry MINO Signaling Protocol
    - ⋎ Connection Manager
      - – Maintain IP connection via 3G/GPRS/Wi-Fi
      - – SIM Card Provisioning
    - ⋎ Mino Call Switching (MCS)
      - – MINO Routing Policy
      - – MINO Accessing Points
      - – CallForwarding provisioning when roaming
      - – SIP/RTP/VOIP Engine/IM (Optional to device with Wi-Fi connection)

10/20/2018

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Confidential

Copyright 2007

Mino

3

SIMO_0036123
SIMO_0036123

# Key Elements

- Provisioning Portal
  - User Registration
    - ✓ Enterprise Users with Blackberry data service
    - ✓ Consumers
    - ✓ SIP account creation
    - ✓ Devices and associated carriers used in services
  - Service Provisioning
    - ✓ Subscribe Local Number/MINO SIM Card provisioning
    - ✓ MINO Client for Mobile Phones
    - ✓ SecureKey rendering for client downloading
  - Service Database
    - ✓ User profile
    - ✓ Interface to Carrier OSS or Importing procedure for SIM and Local Mobile Phone Number
  - MINO Administration
    - ✓ Services setup
    - ✓ Enterprise Administrator provisioning
    - ✓ Rate Plans

10/20/2018

Confidential

Copyright 2007

Mino

4

CONFIDENTIAL-ATTORNEYS' EYES ONLY

SIMO_0036124
SIMO_0036124

# Key Elements

- MINO Service Controller (MSC)
  - MINO Signaling over TCP between MSC and MINO Mobile Client
  - Network based CallForwarding enabling when roaming to a foreign country
  - Real-time routing engine
    - SIP
    - MINO Protocol
    - Call Control to Media Gateway and Excel Switch
  - Distribution Management
- SIP/Jabber/XMPP servers
- MINO Media Relay Server
  - Terminating MINO VOIP Call
  - Route call to another Media Gateway or Excel Switch
  - NAT/Firewall Traversal
- Excel Switch
  - PRI Trunking
  - SIP Trunking
- MINO QoS IP Backbone
  - Designated IP backbone connecting all MINO POPS

CONFIDENTIAL-ATTORNEYS' EYES ONLY

MINO

SIMO_0036125
SIMO_0036125



# System Architecture

CONFIDENTIAL-ATTORNEYS' EYES ONLY

10/20/2018

Confidential

Copyright 2007

6

SIMO_0036126
SIMO_0036126

# System Architecture

- **Four Logic Layers**
  - **Provisioning**
    - ✓ User Registration
    - ✓ Service Subscription
      - – SIM Card and Local Numbers
      - – SIP Account Creation
    - ✓ Downloading MINO Client
  - **Service Policy**
    - ✓ Routing Policy
    - ✓ Rating
    - ✓ Use Authentication and Authorization
  - **Service Control**
    - ✓ Device access control
    - ✓ Dynamic Routing for each MINO user
    - ✓ SIP Trunking control for Excel Switching
    - ✓ VOIP Access Control
    - ✓ NAT/Firewall Traversal
    - ✓ Enterprise IP-PBX Access Control
  - **Switching and Transport**
    - ✓ PSTN accessing and Call Switching
    - ✓ SIP trunking
    - ✓ Media Relay
    - ✓ IP QoS Backbone

CONFIDENTIAL-ATTORNEYS' EYES ONLY

10/20/2018

MINO

Copyright 2007

7

SIMO_0036127
SIMO_0036127

# Use Cases

## (1) User Registration and Service subscription (Smartphone or BB)

- Open Account with MINO
  - ✓ User Credentials
  - ✓ Subscribe SIM
    - − Permanent local mobile phone number designated countries
    - − 3 dynamically shared mobile phone numbers for rest countries
      - ❑ Ensuring Data Access in those countries without permanent local mobile phone number
- Deliver MINO SIM to end user
- Download MINO Client
- Install and starting MINO client



- ① Registering & Subscribing
- HTTPS
- Delivering MINO SIM ②
- Download MINO Client ③
- ④ Initial run and download user profile
- MINO Signaling/TCP
- User Profiles
- Service Profiles

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Copyright 2007

MiNO

SIMO_0036128
SIMO_0036128



# Use Cases

(2) Algorithm for accessing local cellular network with MINO SIM

- MINO Client Component
  - Connection Manager
    - Manage MINO SIM to access local cellular network
    - Manage multiple data connections
      - □ UMTS/HSDP
      - □ EDGE
      - □ GPRS
      - □ Wi-Fi

10/20/2018

Confidential

9

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Copyright 2007

SIMO_0036129
SIMO_0036129

# Use Cases

(3) Roaming-In to China with MINO SIM (Smart Phone)

(a) User subscribed permanent local mobile phone

- Set CallForwarding before roaming to China or leaving China
  - Client Approach
  - Network Approach (TBD)



CONFIDENTIAL-ATTORNEYS' EYES ONLY

10/20/2018

Confidential

Copyright 2007

10

SIMO_0036130

SIMO_0036130

# Use Cases

(3) Roaming-In to China with MINO SIM (Smart Phone)

(b) Receiving a call from USA

➤ Voicemail should be provided for the incoming calls during power off after callForwarding is set



CONFIDENTIAL-ATTORNEYS' EYES ONLY

SIMO_0036131
SIMO_0036131

# Use Cases

(3) Roaming-In to China with MINO SIM (Smart Phone)
(c) Receiving a call from USA, and routed to Voicemail



CONFIDENTIAL-ATTORNEYS' EYES ONLY

Confidential

Copyright 2007

12

SIMO_0036132

SIMO_0036132

# Use Cases

(3) Roaming-In to China with MINO SIM (Smart Phone)

(d) Retrieving Voicemail from MINO

➤ Notification via MINO signaling protocol



CONFIDENTIAL-ATTORNEYS' EYES ONLY

Confidential

Copyright 2007

13

SIMO_0036133

SIMO_0036133



# Use Cases

## (3) Roaming-In to China with MINO SIM (Smart Phone)
### (e) Making a call to USA

Initiating a call

Int'l Call?

No → Regular Local Call

Yes → Calling (MINO DID, Called #)

China POP

GetRouteReq (Called #))

GetRouteRes (routes)

SIP Trunking/RTP/IP

MSC

USA POP

Calling (CallID, Called #)

Update routing after CallForwarding (Location, Local #, Home #)

10/20/2018

Confidential

Copyright 2007

14

CONFIDENTIAL-ATTORNEYS' EYES ONLY

SIMO_0036134
SIMO_0036134

# Use Cases

## (4) Roaming-In to China Unicomm with MINO SIM (Blackberry)

- Blackberry accesses RIM service via direct connection from carriers to RIM NOC. Since Unicomm does not have relationship with RIM, therefore normally Blackberry Email function will not work in Unicomm Network

- MINO Roaming Service resolves this issue with help of GPRS Data Roaming Service from Aicent

- MINO acquires designated IP range assigned from RIM for accessing RIM Service
- MINO participations those IP addresses for those carriers without direct connection to RIM
  - MINO APN for accessing Unicomm GPRS = blackberry.unicomm.minowireless.com → 10.10.8/24 e.g.



Blackberry
10.10.8.8

GSM

BS

SGSN

Unicomm

GGSN

Aicent

RIM

BIS

CONFIDENTIAL-ATTORNEYS' EYES ONLY

MiNO
Copyright 2007

SIMO_0036135
SIMO_0036135



# Use Cases

(5) Dual Mode Phone with MINO Client (VOIP over Wi-Fi)

(a) Calling to Non-MINO registered number with MINO VOIP client (Off-Net Call)

➤ SIP ID = Mobile Phone Number @ roaming.sip.minowireless.com

– e.g. 14081234567@roaming.sip.minowireless.com

➤ Called Party is non-MINO registered mobile number or fixed-line number

10/20/2018

Confidential

Copyright 2007

16

CONFIDENTIAL-ATTORNEYS' EYES ONLY

SIMO_0036136
SIMO_0036136



# Use Cases

(5) Dual Mode Phone with MINO Client (VOIP over Wi-Fi)

(b) Calling to MINO registered number with MINO VOIP client (On-Net Call)

➤ SIP ID = Mobile Phone Number @ roaming.sip.minowireless.com
 – e.g. 14081234567@roaming.sip.minowireless.com
➤ Called Party is MINO registered mobile number which is online

CONFIDENTIAL-ATTORNEYS' EYES ONLY

10/20/2018

Confidential

Copyright 2007

17

SIMO_0036137

SIMO_0036137

# Network Architecture

- Global Coverage Requires Scalable Network
  - Distributed POPs
    - Media Relay
    - Media Gateway/Excel Switch (Considering simple Media Gateway to replace Excel Switch)
    - MNO Service Controller (MSC)
  - Centralized User Profile and Global Shared Dynamic Routing Table
    - MINO Datacenter in USA



China POP

HKG POP

Singapore POP

Subscribed QoS IP Backbone

UK POP

MINO Datacenter (USA)

CONFIDENTIAL-ATTORNEYS' EYES ONLY

10/20/2018

Confidential

MiNO

Copyright 2007

18

SIMO_0036138
SIMO_0036138

# Network Architecture

- Centralized Intelligent Routing (Soft switch)
  - Master Routing Table at Datacenter
  - Slave at each edge



CONFIDENTIAL-ATTORNEYS' EYES ONLY

10/20/2018

Confidential

Copyright 2007

SIMO_0036139
SIMO_0036139

# MINO Client Architecture



- MINO Mobile Client
  - MINO Signaling Manager (MSM)
    - Encoding/Decoding MINO Signaling
    - Connection to MSC
  - MINO Connection Manger (MCM)
    - Provisioning MINO SIM
    - Selecting Media to connect
    - Determining Channel for Voice
  - MINO Call Switch (MCS)
    - Dialed digit parsing
    - Call switching
      - GSM Call
      - VOIP Call
      - Callback
      - DID Call (different dialing digits for Regular/Voicemail)

- VOIP Engine (VE)
  - RTP/RTCP
  - Codecs
- SIP/XMPP Stacks (SIP/XMPP)
  - Mini XMPP and SIP stacks
- MINO Tunnel Manager (MTM)
  - RTP connection to Media Relay
  - Peer-to-peer Hole Punching
  - Switching from Media Relay to P2P
- MINO DB (MDB)
  - MINO Data
- MINO API (Middleware)
  - API to integrate with existing dialer

**Graphic User Interface**

**MINO Connection Manager**

Voice | UMTS | EDGE | GPRS | WiFi | M-SIM

Dialer — API

MDB | VE | SIP | MCS | MTM | MSM | XMPP

Peer-to-Peer

RTP/UDP/IP

Mino Signaling/TCP

XMPP/TCP

MINO Media Relay

MINO Service Controller

Jabber/XMPP Server

CONFIDENTIAL-ATTORNEYS' EYES ONLY

SIMO_0036140
SIMO_0036140

# TBD

- Accessing IP-PBX at Enterprise Premise

  - Seamless enable IP-PBX to route mobile international call to MINO
  - IPSec to Enterprise Premise
  - SIP/RTP over IPSec
  - Backend Integration
  - Services

- Network Based CallForwarding Management

  - Seamless callFrowarding Setup is one of the key features of MINO
  - International Voice Roaming Service
  - Possibility of using SS7/MAP signaling with help of one or a few carrier partners

10/20/2018

CONFIIDENTIAL-ATTORNEYS' EYES ONLY

Confidential

Copyright 2007

21

Mino

SIMO_0036141
SIMO_0036141