# Exhibit 13

CONFIDENTIAL-ATTORNEYS' EYES ONLY

SIMO_0018536



# MINO Roaming Companion Devices

Richard Xu

MINO
Copyright 2007

CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Introduction

- MINO provide roaming solution to wireless carriers to bring efficiency and reduce cost of voice roaming.
- Mino Voice Roaming solution provides roamers with local voice service using virtual local SIM (MINO's proprietary SIM technology not directly attached to roamer's handset).
- Mino will develop software in mobile handset as well as an companion device which will provide local voice service in conjunction with the existing mobile phone.
- MINO is looking for a phone ODM partner who can satisfy our basic requirement to build a prototype phone and be able to go-to-market by selling to carriers worldwide.

1/16/2008   Confidential   MINO Copyright 2007

SIMO_0018537

# Companion Device

- Option 1: Modifying existing single mode mobile phone
  - The candidate is preferred as quad-band global certifiable GSM mobile phone
  - Mandatory elements and features:
    - Bluetooth to communicate with existing mobile phone
      - SIM access profile
        - Access SIM at existing mobile phone via Bluetooth (Similar to Car Mobile Phone, Nokia 616)
      - Serial Port Profile
      - Sync
        - Synchronizing phone between local and remote mobile phone
    - Preferred OS
      - Microsoft WM 5.0, Linux, or Symbian
        - Mino needs to develop its own phone dialer for its voice services
      - Otherwise, Telephony API should be opened to Mino for developing its dialer
    - Cellular Network Access
      - Voice only
      - Voice or GPRS

CONFIDENTIAL-ATTORNEYS' EYES ONLY
SIMO_0018538

CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Companion Device

- Use Cases for option 1
    - Peering with existing mobile phone via Bluetooth
    - Registering with cellular network with remote SIM access over Bluetooth
    - Synchronizing phone book with peered device
    - Making a phone call via Mino Dialer
    - Receiving a phone call
    - Reporting status to existing phone
        - Network Registration Status
        - Local Carrier information
            - (MNC, MCC)
            - Local Mobile Phone Number, etc
        - Real-time CDR for each call (incoming/outgoing)
            - Interim CDR per one minute or configurable interval



CONFIDENTIAL-ATTORNEYS' EYES ONLY

## Standalone Roaming Device

- **Option 2: Modifying existing dual-SIM/Dual Mode mobile phone**
  - The candidate is preferred as quad-band global certifiable GSM dual-SIM/dual-mode mobile phone
  - Modification of dual-SIM/dual Radio mobile phone
    - Modified one SIM slot (Slot 2) to redirect physical SIM access to virtual Serial Port (ISO 7816 ←→ VSP)
      - The on/off of this feature is controllable by API or system call, as this feature is only necessary when user is roaming
    - Preferred OS: WM 5.0
      - Mino needs to develop extra application to interface with the created virtual serial port (VSP) to handle the payload in/out of VSP
    - SIM slot 1 with physical SIM card is used for data access
      - Data channel on one radio, such as GPRS/EDGE should be remained active while another SIM (VSP) is used for making/receiving call under different radio



SIMO_0018540

MiNO
Copyright 2007

CONFIDENTIAL-ATTORNEYS' EYES ONLY

## Standalone Roaming Device

- Use Cases for option 2
  - Switch On|Off of VSP in SIM slot 2 per Mino application instruction based on roaming status
  - Maintain Data connection active using SIM in slot 1 when VSP is on in slot 2
  - Making a call using radio from slot 2

SIMO_0018541

MiNO
Copyright 2007

## Request for Proposal

- Technical feasibility and methodology on both option 1 and 2
- Estimation of implementation
- Deliverable