SIMO v. uCloudlink, 18-cv-5427

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SIMO HOLDINGS INC.,

                Plaintiff,

    -v-

HONG KONG UCLOUDLINK NETWORK
TECHNOLOGY LIMITED and UCLOUDLINK
(AMERICA), LTD.,

                Defendants.
------------------------------------------------------------x

18-cv-5427 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/19

## JURY'S VERDICT

**A. Patent Invalidity**

    1. We the jury find that [check one]:

        __✓__ At least one Asserted Claim is not invalid

        _____ All Asserted Claims are invalid

[If you find that at least one Asserted Claim is not invalid, move on to Damages. If you find that each Claim is invalid, do not fill out the rest of the verdict form except to sign and date it.]

**B. Damages**

    2. For defendant's infringement of plaintiff's valid patent claims, we the jury award plaintiff the following compensatory damages:

    $ __2,183,562.40__

**C. Willfulness**

    3. We the jury find that defendants' infringement was:

        Willful __✓__      Not Willful _____

SIMO v. uCloudlink, 18-cv-5427

_____
FOREPERSON

Date: 5/9/2019