UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMO HOLDINGS INC.

    Plaintiff,

 -v-

HONG KONG UCLOUDLINK NETWORK
TECHNOLOGY LIMITED, AND
UCLOUDLINK (AMERICA), LTD.

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CIVIL ACTION NO. 18CV5427 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/19

# [PROPOSED]
# AMENDED JUDGMENT

On June 12, 2019, this Court entered judgment in the above-captioned matter awarding plaintiff SIMO Holdings Inc. $2,183,562.40 in compensatory damages and enhancing those damages by thirty percent to $2,838,631.12. ECF 207. Following several motions for amendment of the judgment, the court amends the judgment and awards SIMO Holdings Inc. the following damages and interest to plaintiff as follows:

| | |
|---|---|
| Compensatory Damages: | $7,540,221 |
| Thirty percent enhancement of compensatory damages[1]: | $655,069 |
| Pre-judgment interest at the prime rate[2]: | $35,364 |

---

[1] Applied only to compensatory damages of $2,183,562.40 specifically found by the jury as of the date of the jury verdict.

[2] Applied only to compensatory damages of $2,183,562.40 specifically found by the jury as of the date of the jury verdict.

1

Judgment is hereby entered holding defendants Hong Kong uCloudlink Network Technology Limited and Ucloudlink (America), Ltd. jointly and severally liable to plaintiff SIMO Holdings Inc. in the amount of $8,230,654.

The rate of post-judgment interest shall be the weekly average one-year constant maturity Treasury yield, compounded annually. 28 U.S.C. § 1961(a), (b).

SO ORDERED.

Dated:   New York, NY

October 16, 2019

Hon. Jed S. Rakoff, U.S.D.J.