UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMO HOLDINGS INC.

          Plaintiff,

   -v-

HONG KONG UCLOUDLINK NETWORK
TECHNOLOGY LIMITED, AND
UCLOUDLINK (AMERICA), LTD.

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CIVIL ACTION NO. 18CV5427 (JSR)**

### NOTICE OF MOTION FOR RECONSIDERATION
### PURSUANT TO LOCAL RULE 6.3

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated December 26, 2019, Plaintiff SIMO Holdings, Inc., by and through its undersigned counsel, will move this Court, before the Honorable Jed S. Rakoff, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an Order reconsidering, its December 11, 2019 Order modifying the permanent injunction. Dkt. 299. Pursuant to the agreed upon and court-approved briefing schedule, this Opening Brief must be filed on December 26, 2019, Defendants' Opposition Brief must be filed by January 6, 2020, and Plaintiffs' Reply Brief must be filed by January 13, 2020. Pursuant to the Court's instructions, there will be no hearing on this Motion.

1

Date: December 26, 2019

Respectfully submitted,

*/s/ Matthew J. Weldon*

Matthew J. Weldon
**K&L Gates LLP**
599 Lexington Avenue
New York, NY 10022
Tel: 212.536.4042
Fax: 212.536.3901
matthew.weldon@klgates.com

Peter E. Soskin (Admitted *Pro Hac Vice*)
**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
peter.soskin@klgates.com
Tel: 415.882.8200
Fax: 415.882.8220

Benjamin E. Weed (Admitted *Pro Hac Vice*)
Gina A. Jenero (Admitted *Pro Hac Vice*)
**K&L Gates LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60602
benjamin.weed@klgates.com
gina.jenero@klgates.com
Tel: 312.372.1121
Fax: 312.827.8000

**ATTORNEYS FOR PLAINTIFF
SIMO HOLDINGS INC.**