# Exhibit B

# 广东省深圳市中级人民法院

# 证据交换通知书

（2019）粤 03 民初 2447 号

深圳市斯凯荣科技有限公司：

我院受理原告深圳市斯凯荣科技有限公司诉被告王斌、深圳市优克联新技术有限公司、深圳优克云联科技有限公司、高文侵害商业秘密纠纷一案，案号为（2019）粤 03 民初 2447 号。现通知你参加本案证据交换，时间定于 2019 年 9 月 10 日 10 时 0 分；证据交换的地点为**深圳市中级人民法院前海办公区第一审判庭（广东省深圳市南山区前海企业公馆 2 栋 C 座）** 。

请你按时参加，并按以下规定执行：

**一、举证期限止于证据交换之日，请在此期间内完成举证，交陆平（86728678）或证据材料接收室信箱，逾期本院将视当事人放弃举证权利，并应自负举证不能之法律责任。证据交换日以后再补充提交证据的，法院原则上不再接纳，由此产生的后果由当事人自负**。

**法院根据案件审理需要认为确有必要接纳或者根据案件庭审情况认为需要要求当事人庭后补交相关证据材料或由法院依职权调取相关证据，以进一步查明案件事实的，不受前述所限。当事人按照法院的要求于庭后补交的证据或法院依职权调查的证据，原则上均应当再次组织开庭或补充调查以进行质证。**

**二、开庭时双方需将以下材料以 word 的形式（禁止以 PDF 形式）刻录成光盘并交给出庭担任法庭记录的速录员。**

**原告方面：1.证据序号、证据名称、具体内容、证明目的或对象；2.对专利的具体描述，包括对请求保护的权利要求事先进行必要技术特征分解（例如请求保护权利要求 1，该权利要求包括如下必要技术特征：A、B、C、D…）、设计视图的描述；3. 被诉侵权产品与原告涉案专利的技术比对或外观比对意见。**

**被告方面：1.证据序号、证据的名称、具体内容、证明目的或对象；2.对原告证据的质证意见；3.答辩意见；4.被诉侵权产品与原告涉案专利的技术比对或外观比对意见**

三、证据交换时，当事人迟到十五分钟的，视为该当事人不参加证据交换。

当事人不参加证据交换的，该当事人将自行承担由此产生的法律后果。

四、证据交换时，请携带证据原件。本院将对当事人提交的证据复印件与原件进行核对，并请双方当事人对证据的真实性、合法性和关联性进行必要的确认。

**五、证据材料规格应以 A4 纸为准，并分类装订成册且自编页码，同时按规定样式填好证据目录，每案各准备一式伍份证据。**否则，本院可以不予接受，视为该当事人不参加证据交换。为便于审判，请另提交起诉状或答辩状三份供合议庭使用。

六、需委托代理人代为诉讼的，应递交委托人签名或盖章的授权委托书，其中须明确委托事项和权限。委托代理人为律师的，请同时提交律师事务所致法院函。