# Exhibit C

# 广东省深圳市中级人民法院

# 民事裁定书

（2019）粤03民初2447号

申请人：深圳市斯凯荣科技有限公司，住所地深圳市南山区南头街道南海大道西桃园路南西海明珠花园F座1001-1003。

法定代表人：LIU JING，董事长。

委托诉讼代理人：刘军，北京市金杜（深圳）律师事务所律师。

委托诉讼代理人：郑泓，北京市金杜（广州）律师事务所律师。

被申请人：王斌，男，汉族，1975年11月13日出生，住深圳市南山区玉泉路麒麟花园商轩2204，公民身份号码230421197511132215。

被申请人：深圳市优克联新技术有限公司，住所地深圳市南山区粤海街道学府路深圳市软件产业基地1栋A座301-306。

法定代表人：高文，总经理。

被申请人：深圳优克云联科技有限公司，住所地深圳市南山区粤海街道滨海社区海天一路19号、17号、18号软件产业基地

4 栋 5 层 511。

法定代表人：杜志刚，总经理。

被申请人：高文，男，汉族，1970 年 1 月 5 日出生，住深圳市南山区桃源村 5 栋 801 房，公民身份号码 420111197001054153。

深圳市斯凯荣科技有限公司诉王斌、深圳市优克联新技术有限公司、深圳优克云联科技有限公司、高文侵害商业秘密纠纷一案，申请人深圳市斯凯荣科技有限公司向本院提出证据保全的申请，请求法院对被申请人采取证据保全，即查封、扣押、复制具体包括：（1）型号为 E1、U2、G2 和 G3 的随身 WIFI 路由器产品相关的系统说明、设计方案、技术文档、软件代码等证据；（2）型号为 S1、P1 的手机产品相关的系统说明、设计方案、技术文档、软件代码等证据；（3）服务器端相关的硬件设备、系统说明、设计方案、技术文档、软件代码等证据；（4）被申请人及其关联公司在美国专利诉讼案件(Case 1:18－cv－05247 – JSR SIMO Holdings Inc v. UCloudlink Network Technology Limited et al ）中提交的下述文件：UCLOUDLINK0043865-866，UCLOUDLINK0043867，UCLOUDLINK0043868，UCLOUDLINK0043869-879，UCLOUDLINK0043880，UCLOUDLINK0043881，UCLOUDLINK0043882，UCLOUDLINK0044063，UCLOUDLINK0044064，UCLOUDLINK0044065，UCLOUDLINK0044067，UCLOUDLINK0044071，UCLOUDLINK0044074，UCLOUDLINK0044075；（5）被申请人王斌、被申请人高文的所有工作电脑（被申请人一的部分工作电脑信息如下：工作电脑一，

ThinkPad E450, Intel(R),Core i7 CPU Processor, 8GB RAM; Hardrive 500GB;工作电脑二，ThinkPad 480,Intel(R),Core ™ i7-8550U CPU@ 1.80Ghz:RAM 64 GB);（6）被申请人王斌、被申请人高文的所有个人电脑。

本院经审查认为，申请人深圳市斯凯荣科技有限公司的证据保全申请符合法律规定。依照《中华人民共和国民事诉讼法》第八十一条第一款、第三款、第一百条第一款、第一百五十四条第一款第四项规定，裁定如下：

对被申请人王斌、深圳市优克联新技术有限公司、深圳优克云联科技有限公司、高文的下列文件、资料等采取查封、扣押、复制等证据保全措施，具体包括：一、型号为 E1、U2、G2 和 G3 的随身 WIFI 路由器产品相关的系统说明、设计方案、技术文档、软件代码等证据；二、型号为 S1、P1 的手机产品相关的系统说明、设计方案、技术文档、软件代码等证据；三、服务器端相关的硬件设备、系统说明、设计方案、技术文档、软件代码等证据；四、被申请人及其关联公司在美国专利诉讼案件（Case 1:18-cv-05247-JSR SIMO Holdings Inc v. UCloudlink Network Technology Limited et al）中提交的文件：UCLOUDLINK0043865-866,UCLOUDLINK0043867,UCLOUDLINK0043868,UCLOUDLINK0043869-879,UCLOUDLINK0043880,UCLOUDLINK0043881,UCLOUDLINK0043882,UCLOUDLINK0044063,UCLOUDLINK0044064,UCLOUDLINK0044065, UCLOUDLINK0044067, UCLOUDLINK0044071,

UCLOUDLINK0044074，UCLOUDLINK0044075；五、被申请人王斌、高文的工作电脑中与案涉相关的文件、资料（包括但不限于工作电脑一，ThinkPad E450，Intel(R),Core i7 CPU Processor，8GB RAM；Hardrive 500GB；工作电脑二，ThinkPad 480,Intel(R),Core ™ i7-8550U CPU@ 1.80Ghz:RAM 64 GB）；六、被申请人王斌、高文个人电脑中与案涉相关的文件、资料。

如不服本裁定，可以自收到裁定书之日起五日内向本院申请复议一次。复议期间不停止裁定的执行。

审 判 长　丘 庆 均
审 判 员　江 剑 军
审 判 员　潘　　亮

广东省深圳市中级人民法院

二〇一九年八月一日

书 记 员　陆平（兼）

本件与原件核对无异