# EXHIBIT F

# 深圳市中级人民法院
# 协助调查令

（2019）粤 03 民初 2447 号

Matthew J.Weldon：

　　本院已受理原告深圳市斯凯荣科技有限公司诉被告王斌、深圳市优克联新技术有限公司、深圳优克云联科技有限公司、高文侵害商业秘密纠纷一案。现因案件审理需要，兹授权持令人郑泓、丁光炜律师向你调取：被告及其关联公司在美国专利诉讼案件 Case1:18-cv-05247-JSR SIMO Holdings Inc v.UCloudlink Network Technology Limited et al（"美国专利诉讼案件"）中提交的下述文件：UCLOUDLINK0010784-0010862；UCLOUDLINK0010899-0010914；UCLOUDLINK0217231-0217238；UCLOUDLINK0217228-0217230。请予以协助。

　　此令于 2020 年 11 月 24 日前有效。



二〇二〇年十一月九日

附持令人资料：

| 姓　　　名 | 郑泓、丁光炜 | 性别 | 男 | 单位 | 北京市金杜（广州）律师事务所 |
|---|---|---|---|---|---|
| 身份证号码 | 445102198107310019、620302198602220811 ||||||
| 执业证号 | 14401201510552626、14401202010208884 ||||||

备注：

一、 此令仅限持令人本人使用。

二、 协助调查单位有权核对持令人的执业证及其身份资料。

三、 持令人持此令调查取证仅限调查令载明事项范围，不得另作他用。

四、 此协助调查令联系人：深圳市中级人民法院知识产权庭李嘉莉，电话：0755-83535384。

