# EXHIBIT G

# SHENZHEN INTERMEDIATE PEOPLE'S COURT
# INVESTIGATION ASSISTANCE ORDER

(2019) YUE 03 MIN CHU No. 2447

Matthew J. Weldon:

This court has accepted a case, in which the plaintiff, Shenzhen Skyroam Technology Co., Ltd. sued the defendants, WANG Bin, Shenzhen uCloudlink Network Technology Co., Ltd., Shenzhen uCloudlink Network Technology Co., Ltd., and GAO Wen, for infringement of trade secrets. Now due to the needs of the case trial, the order authorized attorneys ZHENG Hong and DING Guangwei (the holders of this order) to obtain the following documents from you, which were submitted by the defendants and an affiliate(s) thereof in the US patent litigation case Case1: 18-cv-05247-JSR SIMO Holdings Inc v. UCloudlink Network Technology Limited et al ("the US patent litigation case"): UCLOUDLINK0010784-0010862; UCLOUDLINK0010899-0010914; UCLOUDLINK0217231-0217238; UCLOUDLINK0217228-0217230. Please provide the necessary assistance.

[Shen Zhen, Guangdong Province Cross-page Seal]

This order is effective until November 24, 2020.

November 9, 2020

[Seal of Shenzhen Intermediate People's Court of Guangdong Province]

Information of the order holders:

| Name | ZHENG Hong, DING Guangwei | Gender | Male | Company or Firm | Beijing King & Wood Mallesons (Guangzhou) |
|---|---|---|---|---|---|
| ID number | 445102198107310019, 620302198602220881 | | | | |
| License number | 144012015105526262, 14401202010208884 | | | | |

Notes:

    I. Only the order holders are authorized in this order.

    II. The organization assisting in the investigation has the right to verify the license and identity information of the order holders.

    III. The investigation and evidence collection conducted by the order holders should be within the scope specified in this investigation assistance order, and the order cannot be used for any other purposes.

    IV. Contact for this investigation assistance order: Li Jiali, Intellectual Property Division of Shenzhen Intermediate People's Court, telephone: 0755-83535384.

[Intermediate People's Court Cross-page Seal]



Date: November 11, 2020

To whom it may concern:

This is to certify that the attached translation from Chinese and into English is an accurate representation of the documents received by this office.

The document is designated as:
- Shenzhen Intermediate People's Court Investigation Assistance Order; (2019) Yue 03 Min Chu No. 2447

Alexander Danesis, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Alexander Danesis*
Signature of Alexander Danesis

**The Leader in Global IP Solutions**

www.morningsideIP.com    |    info@morningsideIP.com