# EXHIBIT H

# ·证据目录

提交人：深圳市斯凯荣科技有限公司（"斯凯荣公司"）

提交日期：2019 年 6 月　　日

| 编号<br>（页码） | 证据名称 | 证据来源 | 证明事项 |
|---|---|---|---|
| **第一部分：涉案信息属于斯凯荣公司的商业秘密，依法应当受到保护** | | | |
| （一）涉案信息包括技术信息和经营信息 | | | |
| 1<br>（1） | 斯凯荣公司主张保护的移动漫游相关技术信息和经营信息（保密证据） | 斯凯荣公司 | 斯凯荣公司主张保护的涉案信息包括技术信息和经营信息，斯凯荣公司对此享有权利。 |
| （二）涉案信息属于商业秘密 | | | |
| 2<br>（2-18） | 员工手册 | 斯凯荣公司 | 涉案信息符合商业秘密的构成要件，属于商业秘密。 |
| 3<br>（19-20） | 王斌与斯凯荣公司签订的保密协议 | 斯凯荣公司 | |
| **第二部分:王斌接触了涉案商业秘密** | | | |
| 4<br>（21-25） | 王斌与斯凯荣公司签订的劳动合同 | 斯凯荣公司 | 王斌在斯凯荣公司任职期间担任系统架构师职务，实际接触了涉案商业秘密。 |
| 5<br>（26） | 王斌在斯凯荣公司工作期间的相关邮件（保密证据） | 斯凯荣公司 | |

| 6<br>(27) | 王斌与斯凯荣公司签订的离职交接工作清单 | 斯凯荣公司 | |
|---|---|---|---|
| **第三部分：王斌、深圳市优克联新技术有限公司（"优克联公司"）、深圳优克云联科技有限公司（"优克云联公司"）、高文非法获取、披露、使用涉案商业秘密** | | | |
| 7<br>(28-319) | （2019）粤广广州第104563号公证书 | 广州市广州公证处 | 四被告非法获取、披露、使用涉案商业秘密。 |
| 8<br>(320-333) | 公布号为CN105491555A的中国发明专利申请文本 | 国家知识产权局 | |
| 9<br>(334-363) | 公布号为CN105282701A的中国发明专利申请文本 | 国家知识产权局 | |
| 10<br>(364-388) | 公布号为CN105228179A的中国发明专利申请文本 | 国家知识产权局 | |
| **第四部分：四被告的非法行为给斯凯荣公司造成了巨大经济损失，应赔偿原告经济损失以及合理维权费用** | | | |
| 11<br>(389-414) | （2018）粤广广州第104399号公证书 | 广州市广州公证处 | 涉案商业秘密具有极高的商业价值，四被告的侵权行为给斯凯荣公司造成了巨大经济损失，原告为制止被告侵权行为支出了合理维权费用。 |
| 12<br>(415-417) | 律师费发票 | 金杜律师事务所 | |

# List of Evidences

Submitter：Shenzhen Skyroam Technology Co., Ltd. ("Skyroam")

Submission Date：June ___, 2019

| No. (Page No.) | Evidence Name | Evidence Source | Items to be proved by Evidence |
|---|---|---|---|
| **Part I: The information involved in the case belongs to trade secret of Skyroam, and is entitled to protection according to laws.** | | | |
| 1. The information involved in the case includes technology information and operation/business information. | | | |
| 1 (1) | The mobile roaming related technology information and operation/business information which Skyroam claims to be entitled to protection (confidential evidence). | Skyroam | The information involved in the case which Skyroam claims to be entitled to protection includes technology information and operation/business information, and Skyroam enjoys the rights over them. |
| 2. The information involved in the case belongs to trade secret. | | | |
| 2 (2-18) | Employee Handbook | Skyroam | The information involved in the case fulfills all components required for a trade secret, and thus belongs to trade secret. |
| 3 (19-20) | Confidentiality Agreement signed between Wang Bin and Skyroam | Skyroam | |
| **Part II: Wang Bin was in touch with the trade secret involved in the case.** | | | |

3

| 4 (21-25) | Employment Agreement signed between Wang Bin and Skyroam | Skyroam | Wang Bin held the position of system architect during his employment with Skyroam, and had been actually in touch with the trade secret involved in the case. |
|---|---|---|---|
| 5 (26) | The relevant emails of Wang Bin during his employment period in Skyroam (confidential evidence) | Skyroam | |
| 6 (27) | The work transition list upon termination signed by Wang Bin with Skyroam | Skyroam | |
| **Part III: Wang Bin, Shenzhen uCloudlink New Technology Limited ("New Tech"), Shenzhen uCloudlink Network Technology Co., Ltd. ("Shenzhen Network"), and Gao Wen illegally obtained, disclosed, and used the trade secret involved in the case.** | | | |
| 7 (28-319) | Notarial Certificate No. 104563, (2019) Guangzhou (Documents related to 18-cv-5427 Downloaded from PACER system) | Guangzhou Notary Public Office | The four defendants illegally obtained, disclosed, and used the trade secret involved in the case. |
| 8 (320-333) | China invention patent application text with publication No. CN105491555A | China National Intellectual Property Administration (CNIPA) | |
| 9 (334-363) | China invention patent application text with publication No. CN105282701A | CNIPA | |
| 10 (364-388) | China invention patent application text with publication No. CN105228179A | CNIPA | |
| **Part IV: The illegal conducts of the four defendants have caused great economic losses for Skyroam, and they should indemnify the plaintiff's economic losses and the reasonable fees incurred by plaintiff to protect its rights.** | | | |

4

| 11<br>(389-414) | Notarial Certificate No. 104399, (2018) Guangzhou (uCloudlink Online Store on Fliggy online travel Plat-form) | Guangzhou Notary Public Office | The trade secret involved in the case has extremely high commercial value. The right-infringing conducts of the four defendants have caused great economic losses for Skyroam, and the plaintiff has spent reasonable fees to protect its rights and stop the right-infringing conducts of the defendants. |
| --- | --- | --- | --- |
| 12<br>(415-417) | Invoice of attorney fees | KWM | |

# 补充证据目录一

（2019）粤 03 民初 2447 号

提交人：深圳市斯凯荣科技有限公司（"斯凯荣公司"）

提交日期：2019 年 8 月　　日

| 编号<br>（页码） | 证据名称 | 证据来源 | 证明事项 |
|---|---|---|---|
| 13<br>（418-718） | （2019）粤广广州第 104563 号公证书翻译件 | 广州信实翻译服务有限公司 | 四被告非法获取、披露、使用涉案商业秘密。 |

# Supplemental Evidence Directory I

No. 2447, (2019) Guangzhou 03, civil

Submitter：Shenzhen Skyroam Technology Co., Ltd. ("Skyroam")

Submission Date：August __, 2019

| No. (Page No.) | Evidence Name | Evidence Source | Items to be proved by Evidence |
|---|---|---|---|
| 13<br>（418-718） | The translated text of Notarial Certificate No. 104563, (2019) Guangzhou (translation of evidence No. 7) | Guangzhou Xinshi Translation Service Co., Ltd. | The four defendants illegally obtained, disclosed, and used the trade secret involved in the case. |

# 补充证据目录二

(2019) 粤 03 民初 2447 号

提交人：原告深圳市斯凯荣科技有限公司（"斯凯荣公司"）

提交日期：2020 年 10 月　　日

| 编号（页码） | 证据名称 | 证据来源 | 证明事项 |
|---|---|---|---|
| 14（719-738） | 深圳市斯凯荣科技有限公司企业信用信息公示报告 | 国家企业信用信息公示系统 | 美国专利诉讼案件的被告与本案被告二、三系关联公司；美国专利诉讼案件的原告系本案原告的关联公司。 |
| 15（739-754） | 天游国际有限公司商业登记证 | 香港特别行政区公司注册处 | |
| 16（755-775） | 深圳市优克联新技术有限公司企业信用信息公示报告 | 国家企业信用信息公示系统 | |
| 17（776-790） | 深圳优克云联科技有限公司企业信用信息公示报告 | 国家企业信用信息公示系统 | |
| 18（791-800） | 深圳网网顺科技有限公司企业信用信息公示报告 | 国家企业信用信息公示系统 | |
| 19（801-816） | 北京优克联技术有限公司企业信用信息公示报告 | 国家企业信用信息公示系统 | |
| 20（817-818） | 香港优克网络技术有限公司注册信息 | 香港特别行政区公司注册处 | |
| 21（819-820） | 香港优克有限公司注册信息 | 香港特别行政区公司注册处 | |

| | | | |
|---|---|---|---|
| 22<br>（821-847） | 优克联招股说明书及翻译（摘录） | 美国证券交易委员会官网 | |
| 23<br>（848-852） | 王斌社保记录 | 深圳市社会保险基金管理局 | |
| 24<br>（853-1162） | (2019)深南证字第 20826 号公证书（保密证据） | 深圳市南山公证处 | 1.相关邮件及服务器存储的保密文件显示，斯凯荣公司已完成涉案商业秘密的研发，并采取保密措施，斯凯荣公司依法享有权利；<br>2.王斌曾在斯凯荣公司任职，实际接触了涉案商业秘密。 |
| 25<br>（1163-1333） | LIU JING 的电子邮件（保密证据） | LIU JING | |
| 26<br>（1334-1350） | 斯凯荣公司与网易的邮箱服务合同及内部审批邮件 | 斯凯荣公司、网易公司 | |
| 27<br>（1351-1566） | 粤公标鉴【2019】知鉴字第 22 号司法鉴定意见书（保密证据） | 广东公标知识产权司法鉴定所 | |
| 28<br>（1567-2041） | 美国 18-cv-5427 专利案件公证认证材料及翻译（保密证据） | 纽约南区法院、广州信实翻译服务有限公司 | 四被告非法获取、披露、使用涉案商业秘密。 |

| | | | |
|---|---|---|---|
| 29<br>（2042-2060） | 工信促[2018]第 391 号测试分析报告 | 工业和信息化部软件与集成电路促进中心 | |
| 30<br>（2061） | 被告在稽查局投诉原告的材料 | 被告 | |
| 31<br>（2062-2069） | 专利实施许可合同（专利申请号：2015105590118） | 深圳市市场稽查局 | 1.被告自认，其 MIFI 系列产品、手机系列产品、Simbox 系列产品、Simbank 产品、物联网通信模块产品等使用了原告的涉案商业秘密；<br>2.涉案商业秘密价值巨大，给斯凯荣公司的市场和经济效益造成重大损失；<br>3.被告依据基于斯凯荣公司涉案商业秘密取得的专利权，反过来主张斯凯荣公司专利侵权，具有明显恶意，性质十分恶劣。 |
| 32<br>（2070-2074） | 被告在贵院起诉原告的起诉材料 | 深圳市中级人民法院 | |
| 33<br>（2075-2081） | 专利实施许可合同（专利申请号：2015105611044） | 被告 | |

| 34<br>（2082-2083） | CN105491555A 申请信息及审查历史文件（包括视为撤回通知书） | 国家知识产权局 | 被告非法获取、披露、使用涉案商业秘密，被发现后故意放弃相关专利，给原告造成重大损失。 |
|---|---|---|---|
| 35<br>（2084-2103） | （2018）粤广南粤第 3872 号公证书 | 广州市南粤公证处 | |
| 36<br>（2104-2114） | （2018）粤广南粤第 3873 号公证书 | 广州市南粤公证处 | |
| 37<br>（2115-2124） | （2018）粤广南粤第 3874 号公证书 | 广州市南粤公证处 | |
| 38<br>（2125-2137） | （2018）粤广南粤第 3958 号公证书 | 广州市南粤公证处 | 被告侵害了原告的商业秘密，且获利十分巨大，给斯凯荣公司的市场和经济效益造成重大损失。 |
| 39<br>（2138-2195） | （2019）粤广南粤第 8546 号公证书 | 广州市南粤公证处 | |
| 40<br>（2196-2203） | （2019）粤广南粤第 8547 号公证书 | 广州市南粤公证处 | |
| 41<br>（2204-2219） | （2019）粤广南粤第 8548 号公证书 | 广州市南粤公证处 | |

| 42<br>（2220-2369） | （2018）粤广广州第<br>104393 号公证书及翻译 | 广州市广州公<br>证处 | |
|---|---|---|---|
| 43<br>（2370-2434） | （2018）粤广广州第<br>104394 号公证书 | 广州市广州公<br>证处 | |
| 44<br>（2435-2478） | （2018）粤广广州第<br>104395 号公证书 | 广州市广州公<br>证处 | |
| 45<br>（2479-2509） | （2018）粤广广州第<br>104396 号公证书， | 广州市广州公<br>证处 | |
| 46<br>（2510-2566） | （2018）粤广广州第<br>104397 号公证书 | 广州市广州公<br>证处 | |
| 47<br>（2567-2593） | （2018）粤广广州第<br>104398 号 | 广州市广州公<br>证处 | 被告侵害了原告的商业<br>秘密，且获利十分巨大，<br>给斯凯荣公司的市场和<br>经济效益造成重大损失。 |
| 48<br>（2594-2629） | 优克联公司官方网站及可<br>信时间戳认证证书 | 被告、联合信任<br>时间戳服务中<br>心 | |
| 49<br>（2630） | 优克联公司官方网站<br>ICP/IP 地址/域名信息 | 工业和信息化<br>部 | |
| 50<br>（2631-2652） | 优克云联公司官方网站及<br>可信时间戳认证证书 | 被告、联合信任<br>时间戳服务中<br>心 | |

| | | | |
|---|---|---|---|
| 51<br>（2653） | 优克云联公司官方网站ICP/IP 地址/域名信息 | 工业和信息化部 | |
| 52<br>（2654-2662） | 公证费发票 | 广州市南粤公证处、广州市广州公证处 | |
| 53<br>（2663-2664） | 美国公证认证费用 | 中豪律师集团 | |
| 54<br>（2665-2673） | 翻译费发票 | 广州信实翻译服务有限公司 | 原告为制止被告侵权行为支出了合理维权费用。 |
| 55<br>（2674-2677） | 律师费发票, | 北京市金杜（广州)律师事务所 | |
| 56<br>（2678-2679） | 鉴定费发票 | 广东公标知识产权司法鉴定所、工业和信息化部软件与集成电路促进中心 | |

# Supplemental Evidence Directory II

No. 2447, (2019) Guangzhou 03, civil

Submitter：Plaintiff Shenzhen Skyroam Technology Co., Ltd. ("Skyroam")

Submission Date：October ___, 2020

| No. (Page No.) | Evidence Name | Evidence Source | Items to be proved by Evidence |
|---|---|---|---|
| 14 （719-738） | Enterprise Credit Information Publicity Report of Shenzhen Skyroam Technology Co., Ltd. | National Enterprises Credit Information Disclosure System | The defendant of the US patent litigation is a related company of the 2nd and 3rd defendants in this case; the plaintiff of the US patent litigation is a related company of the plaintiff in this case. |
| 15 （739-754） | Business Registration Certificate of Sky Travel Services Co., Ltd. | Companies Registry of Hong Kong Special Administrative Region | |
| 16 （755-775） | Enterprise Credit Information Publicity Report of Shenzhen uCloudlink New Technology Limited | National Enterprises Credit Information Disclosure System | |
| 17 （776-790） | Enterprise Credit Information Publicity Report of Shenzhen uCloudlink Network Technology Co., Ltd. | National Enterprises Credit Information Disclosure System | |
| 18 （791-800） | Enterprise Credit Information Publicity Report of Shenzhen Netshun Technology Co., Ltd. | National Enterprises Credit Information Disclosure System | |

| | | | |
|---|---|---|---|
| 19<br>（801-816） | Enterprise Credit Information Publicity Report of Beijing uCloudlink Technology Co., Ltd. | National Enterprises Credit Information Disclosure System | |
| 20<br>（817-818） | Registration information of Hong Kong uCloudlink Network Technology Co., Ltd. | Companies Registry of Hong Kong Special Administrative Region | |
| 21<br>（819-820） | Registration information of Hong Kong uCloudlink Co., Ltd. | Companies Registry of Hong Kong Special Administrative Region | |
| 22<br>（821-847） | uCloudlink Prospectus and translation (excerpt) | United States Securities and Exchange Commission official webiste | |
| 23<br>（848-852） | Social insurance record of Wang Bin | Shenzhen Social Insurance Fund Management Bureau | 1. Related emails and the confidential documents saved on the server show that, Skyroam has already completed the R&D of the trade secret involved in this case, and has taken security measures. Skyroam enjoys rights on the trade secret according to laws. |
| 24<br>（853-1162） | Notarial Certificate No. 20826, (2019) Shenzhen, Nanshan (confidential evidence)<br>（includes Emails, and Skyroam confidential documents from Skyroam company server） | Notary Public Office of Nanshan, Guangzhou | 2. Wang Bin had been |

| 25<br>（1163-1333） | E-mails of LIU JING (confidential evidence) | LIU JING | working in Skyroam and had come into contact with the trade secret involved in this case. |
|---|---|---|---|
| 26<br>（1334-1350） | The email services contracts between Skyroam and NetEase and internal approval emails | Skyroam, NetEase | |
| 27<br>（1351-1566） | Judicial Forensic Opinion No. 22, Guangzhou (2019), IP sector (confidential evidence) | Guangdong Public Mark Intellectual Property Judicial Forensic Institute | |
| 28<br>（1567-2041） | Notary certified materials and translation of the US patent case No. 18-cv-5427 (confidential evidence) (Notary certification from Matthew J Weldon) | US District Court for the Southern District of New York, Guangzhou Xinshi Translation Services Co., Ltd. | The four defendants illegally obtained, disclosed, and used the trade secret involved in this case. |
| 29<br>（2042-2060） | Test Analysis Report No. 391 (2018) CSIP | China Software and Integrated Chip Promotions Centre, Industrial and Information Department | |

| | | | |
|---|---|---|---|
| 30<br>（2061） | The complaint materials which defendants filed with Inspection Bureau against plaintiff | Defendants | 1. Defendants self-admitted that, their products such as MIFI series, mobile phone series, Simbox series, Simbank, and IOT communication modules have used plaintiff's trade secret involved in this case; |
| 31<br>（2062-2069） | Patent Exploitation License Contract (Patent Application No. 2015105590118) | Shenzhen Market Inspection Bureau | 2. The trade secret involved in this case has enormous commercial value, and caused serious losses to Skyroam's market and economic interests. |
| 32<br>（2070-2074） | The complaint materials filed by defendants against plaintiff in this Court | Shenzhen Intermediate People's Court | 3. It's outrageous/vile that defendants, relying on the patents which they obtained by compromising |
| 33<br>（2075-2081） | Patent Exploitation License Contract (Patent Application No. 2015105611044) | Defendants | Skyroam's trade secret, claim that Skyroam infringes upon their patent. |
| 34<br>（2082-2083） | Application information and review history documents of No. CN105491555A (including the Notification that Application is Deemed to be Withdrawn)<br>(only public information) | China National Intellectual Property Administration (CNIPA) | Defendants illegally obtained, disclosed, and used the trade secret involved in this case, and deliberately abandoned the related patents after their conducts were discovered, which caused serious losses to plaintiff. |

| | | | |
|---|---|---|---|
| 35<br>（2084-2103） | Notarial Certificate No. 3872, (2018) Guangzhou Nanyue<br>(Purchasing uCloudlink products on www.jd.com) | Notary Public Office of Nanyue, Guangzhou | |
| 36<br>（2104-2114） | Notarial Certificate No. 3873, (2018) Guangzhou Nanyue<br>(Purchasing uCloudlink products on www.jd.com) | Notary Public Office of Nanyue, Guangzhou | |
| 37<br>（2115-2124） | Notarial Certificate No. 3874, (2018) Guangzhou Nanyue<br>(Purchasing uCloudlink products on www.jd.com) | Notary Public Office of Nanyue, Guangzhou | Defendants infringed upon the plaintiff's trade secret and obtained huge profits, which caused serious losses to Skyroam's market and economic interests. |
| 38<br>（2125-2137） | Notarial Certificate No. 3958, (2018) Guangzhou Nanyue<br>(Purchasing uCloudlink products from Sundan Store) | Notary Public Office of Nanyue, Guangzhou | |
| 39<br>（2138-2195） | Notarial Certificate No. 8546, (2019) Guangzhou Nanyue<br>(Purchasing uCloudlink products on www.jd.com) | Notary Public Office of Nanyue, Guangzhou | |
| 40<br>（2196-2203） | Notarial Certificate No. 8547, (2019) Guangzhou Nanyue<br>(Purchasing uCloudlink products on www.jd.com) | Notary Public Office of Nanyue, Guangzhou | |

| | | | |
|---|---|---|---|
| 41<br>（2204-2219） | Notarial Certificate No. 8548, (2019) Guangzhou Nanyue<br>(Purchasing uCloudlink products on www.jd.com) | Notary Public Office of Nanyue, Guangzhou | |
| 42<br>（2220-2369） | Notarial Certificate No. 104393, (2018) Guang-zhou, and its translation (copy of uCloudlink's official website) | Guangzhou Notary Public Office | |
| 43<br>（2370-2434） | Notarial Certificate No. 104394, (2018) Guangzhou (Browsing online shop of uCloudlink) | Guangzhou Notary Public Office | |
| 44<br>（2435-2478） | Notarial Certificate No. 104395, (2018) Guangzhou (Browsing online shop of uCloudlink) | Guangzhou Notary Public Office | |
| 45<br>（2479-2509） | Notarial Certificate No. 104396, (2018) Guangzhou (Browsing online shop of uCloudlink) | Guangzhou Notary Public Office | Defendants infringed upon the plaintiff's trade secret and obtained huge profits, which caused serious losses to Skyroam's market and economic interests. |
| 46<br>（2510-2566） | Notarial Certificate No. 104397, (2018) Guangzhou (copy of Roamingman's official website) | Guangzhou Notary Public Office | |
| 47<br>（2567-2593） | Notarial Certificate No. 104398, (2018) Guangzhou (Browsing online shop of uCloudlink) | Guangzhou Notary Public Office | |
| 48<br>（2594-2629） | The New Tech official website and trusted timestamp certification | Defendants, UniTrust Time Stamp Authority | |

| | | | |
|---|---|---|---|
| 49<br>（2630） | The ICP/IP address/domain name information of New Tech official website | Industrial and Information Department | |
| 50<br>（2631-2652） | The Shenzhen Network official website and trusted timestamp certification | Defendants, UniTrust Time Stamp Authority | |
| 51<br>（2653） | The ICP/IP address/domain name information of Shenzhen Network official website | Industrial and Information Department | |
| 52<br>（2654-2662） | Invoices of notarial fees | Notary Public Office of Nanyue, Guangzhou, Guangzhou Notary Public Office | |
| 53<br>（2663-2664） | Fees of US notarial certification | Zhonghao Law Firm | Plaintiff has spent reasonable fees to protect its rights and stop the infringing conduct of defendants. |
| 54<br>（2665-2673） | Invoices of translation fees | Guangzhou Xinshi Translation Services Co., Ltd. | |
| 55<br>（2674-2677） | Invoices of attorney fees | Beijing KWM (Guangzhou) | |

| 56<br>（2678-2679） | Invoices of appraisal fees | Guangdong Public Mark Intellectual Property Judicial Forensic Institute, China Software and Integrated Chip Promotions Centre of Industrial and Information Department | |
|---|---|---|---|