UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMO HOLDINGS INC., <br><br> Plaintiff, <br><br> -against- <br><br> HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED and UCLOUDLINK (AMERICA), LTD., <br><br> Defendants. | 18-cv-5427 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

It is hereby ordered that for good cause shown the time for plaintiff SIMO Holdings Inc. to pay a sanction of $40,000 to the Clerk of Court, SDNY, see ECF No. 327, is extended to January 8, 2021.

SO ORDERED.

Dated:   New York, NY

December 11, 2020

_____

JED S. RAKOFF, U.S.D.J.

1