# United States Court of Appeals for the Federal Circuit

---

**SIMO HOLDINGS INC.,**
*Plaintiff-Appellee*

v.

**HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED, UCLOUDLINK (AMERICA), LTD.,**
*Defendants-Appellants*

---

2019-2411

---

Appeal from the United States District Court for the Southern District of New York in No. 1:18-cv-05427-JSR, Judge Jed S. Rakoff.

---

**JUDGMENT**

---

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 01/05/2021 |

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

ENTERED BY ORDER OF THE COURT

January 5, 2021    /s/ Peter R. Marksteiner
                   Peter R. Marksteiner
                   Clerk of Court