# United States Court of Appeals for the Federal Circuit

_____

**SIMO HOLDINGS INC.,**
*Plaintiff-Appellee*

v.

**HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED, UCLOUDLINK (AMERICA), LTD.,**
*Defendants-Appellants*

_____

2019-2411
_____

Appeal from the United States District Court for the Southern District of New York in No. 1:18-cv-05427-JSR, Judge Jed S. Rakoff.

_____

**MANDATE**
_____

In accordance with the judgment of this Court, entered January 5, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 18, 2021     /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 18 2021